**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **PORTER ELEVATOR, INC.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 41-1429321 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **104 PRAIRIE AVENUE SOUTH** **PORTER, MN 56280** Number, Street, City, State & ZIP Code | **PO BOX 8** **PORTER, MN 56280** P.O. Box, Number, Street, City, State & ZIP Code |
| **YELLOW MEDICINE** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

Debtor      **PORTER ELEVATOR, INC.**                                    Case number (*if known*) _____
    Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | District | | When | | Case number |
| | _____ | | _____ | | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | | When | Case number, if known | |
| | _____ | | _____ | _____ | |

---

Debtor    **PORTER ELEVATOR, INC.**                                    Case number (*if known*) _____

Name

---

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **104 PRAIRIE AVENUE S.**
                             **PORTER, MN, 56280-0000**
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.  Insurance agency    **PENN MILLERS INSURANCE AGENCY**

          Contact name    **SHELDON KIMPLING - BREMER INSURANCE**

          Phone    **507-537-0261**

---

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | | | |
|---|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

---

| 15. | **Estimated Assets** | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **PORTER ELEVATOR, INC.**                                    Case number (*if known*) _____
          Name

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2015**
               MM / DD / YYYY

**X** **/s/ BRUCE TETRICK**                                    **BRUCE TETRICK**
Signature of authorized representative of debtor              Printed name

Title    **PRESIDENT**

---

**18. Signature of attorney**

**X** **/s/ MICHAEL F McGRATH**                    Date  **December 23, 2015**
Signature of attorney for debtor                        MM / DD / YYYY

**MICHAEL F McGRATH**
Printed name

**RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A.**
Firm name

**4545 IDS CENTER**
**80 SOUTH EIGHTH STREET**
**MINNEAPOLIS, MN 55402-2225**
Number, Street, City, State & ZIP Code

Contact phone  **612-332-8511**       Email address  **mfmcgrath@ravichmeyer.com**

**168610**
Bar number and State

---

## WRITTEN ACTION BY BOARD OF DIRECTORS OF
## PORTER ELEVATOR, INC.
## TAKEN WITHOUT A MEETING

The undersigned, being all of the members of the Board of Directors of Porter Elevator, Inc., a Minnesota corporation (the "Corporation") acting pursuant to Minnesota Statute Section 302A.239 respectively, do hereby agree to the adoption of and do hereby adopt the following resolutions by consent in writing:

WHEREAS, the Articles of Incorporation and/or Bylaws of the Corporation provides that any action permitted to be taken at a meeting of the Board of Directors may be taken by written action signed by the number of directors that would be required to take such action at a meeting of the Board of Directors at which all directors are present;

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code; and

RESOLVED, that Bruce Tetrick, President of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Corporation and is further authorized to execute and deliver all documents necessary during the administration of the bankruptcy case;

RESOLVED, that Bruce Tetrick, President of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds on behalf of the Corporation as are necessary and appropriate in connection with the administration of the bankruptcy case;

RESOLVED, that Bruce Tetrick, President of the Corporation, is authorized and directed to employ Michael F. McGrath, attorney and the law firm of Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association, to represent the Corporation in such bankruptcy case, and is authorized and directed to employ any other professionals needed to assist the Corporation in fulfilling its duties as a Chapter 7 debtor;

RESOLVED, that Bruce Tetrick, President of the Corporation, be and is authorized and directed to take any and all action necessary to carry out the intent of the foregoing resolutions and to perform the Corporation's obligations that arise as a result of the foregoing resolutions.

The above action is taken without a meeting by authorization in writing signed by the number of members of the Board of Directors required to take the same action at a meeting of the Board of Directors at which all members are present.

This action is to be effective as of December 12th, 2015.

DIRECTORS:

_Bruce Tetrick_

_____

---

**Fill in this information to identify the case:**

Debtor name      **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

---

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 23, 2015**        *X* **/s/ BRUCE TETRICK**
                                          Signature of individual signing on behalf of debtor

                                          **BRUCE TETRICK**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

---

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

**Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................... $   **513,600.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................ $   **3,119,261.89**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................. $   **3,632,861.89**

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   **3,147,978.46**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................ $   **1,009,010.76**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............... +$   **102,573.31**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b          $   **4,259,562.53**

**Fill in this information to identify the case:**

Debtor name  **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                          **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **CHECKING**<br>**Last 4 digits of Acc# : 8051**<br>**FIRST SECURITY BANK**<br>**PO BOX 469**<br>3.1.. **SLEEPY EYE, MN 56085** | **CHECKING** | 8051 | $0.00 |
| **HEDGE - CHECKING**<br>**Last 4 digits of Acc# : 8069**<br>**FIRST SECURITY BANK**<br>**PO BOX 469**<br>3.2.. **SLEEPY EYE, MN 56085** | **HEDGE - CHECKING** | 8069 | $0.00 |
| **CHECKING**<br>**Last 4 digits of Acc# : 5402**<br>**STATE BANK OF TAUNTON**<br>**PO BOX 398**<br>3.3.. **TAUNTON, MN 56291-0398** | **CHECKING** | 5402 | $0.00 |
| **CHECKING**<br>**Last 4 digits of Acc# : 7274**<br>**MINNWEST BANK**<br>**301 BASELINE RD**<br>**PO BOX 1216**<br>3.4.. **MARSHALL, MN 56258** | **CHECKING** | 7274 | $1,400.00 |

4.     **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.** _____    Case number *(If known)* _____
Name

| 5. | **Total of Part 1.** | $1,400.00 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **947,321.41** - **0.00** = .... **$947,321.41**
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**

| | | $947,321.41 |
|---|---|---|

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☐ No.  Go to Part 7.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** **175301.02 BUSHELS OF CORN** | **$0.00** | **Recent cost** | **$559,210.25** |
| **4976.58 BUSHELS OF SOYBEANS** | **$0.00** | **Recent cost** | **$40,807.96** |
| **21654.09 BUSHELS OF OATS** | **$0.00** | **Recent cost** | **$31,398.43** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**                           Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| **4716.78 BUSHELS OF SPRING WHEAT** | $0.00 | **Recent cost** | $22,027.36 |

29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish*
     **200 HOLSTEIN STEERS**

| | | | |
|---|---|---|---|
| | $0.00 | **Recent cost** | $315,000.00 |

30.  **Farm machinery and equipment** *(Other than titled motor vehicles)*

| | | | |
|---|---|---|---|
| **2012 CASE IH MX 140 TRACTOR - SERIAL NO. ZCBE15228** | $0.00 | **Estimated FMV** | $70,000.00 |
| **21 YERN'S CALF CREEP FEEDERS** | $0.00 | **Estimated FMV** | $31,500.00 |
| **FARM KING 12" X 122' AUGER PTO DRIVE SWING HOPPER** | $0.00 | **Estimated FMV** | $30,000.00 |
| **HUTCHINSON TRACE MASTER WITH HYDRAULIC SWIVEL** | $0.00 | **Estimated FMV** | $16,000.00 |
| **HUTCHINSON GRAIN PUMP PORTABLE 10" X 72' WITH MOTOR** | $0.00 | **Estimated FMV** | $20,000.00 |
| **SUKUP CORN DRYER** | $0.00 | **Estimated FMV** | $200,000.00 |
| **HUTCHINSON TOP DRIVE AUGER 10" X 51' 20 HP ELECTRIC WITH TIRES FLEX SPOUT** | $0.00 | **Estimated FMV** | $8,000.00 |
| **WESTFIELD 10" X 51' PORTABLE AUGER WITH ELECTRIC PREMIUM HIGH EFFICIENCY MOTOR 20 HP** | $0.00 | **Estimated FMV** | $8,000.00 |
| **FARM KIN 12" X 112' PTO DRIVE AUGER WITH SWING AUGER** | $0.00 | **Estimated FMV** | $30,000.00 |
| **FUEL BARREL WITH SPLIT TANK (2) WITH 2 PUMPS** | $0.00 | **Estimated FMV** | $8,000.00 |
| **2 IHC TRACTOR MODEL 1066** | $0.00 | **Estimated FMV** | $10,000.00 |
| **MITSUBISHI FORKLIFT MODEL # FG25** | $0.00 | **Estimated FMV** | $5,000.00 |
| **CUSTOM BUILT PNEUMATICS VAC-U-VATOR** | $0.00 | **Estimated FMV** | $10,000.00 |
| **HARVEST INT'L 10" X 72' AUGER WITH SWING AWAY PORTABLE AUGER** | $0.00 | **Estimated FMV** | $8,000.00 |
| **MOLASSES TANK WITH ELECTRIC PUMP AND METER 3000 GALLON** | $0.00 | **Estimated FMV** | $6,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor      **PORTER ELEVATOR, INC.**                                   Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| **BLACK MAX SNOWBLOWER SERIAL # 129890052** | $0.00 | Estimated FMV | $4,000.00 |
| **HUTCHINSON 8" X 58' PORTABLE AUGER WITH MOTOR** | $0.00 | Estimated FMV | $3,000.00 |
| **PLATFORM SCALE FOR WEIGHING FEED ADDITIVES** | $0.00 | Estimated FMV | $1,500.00 |
| **GRAVITY BOX TRAILER** | $0.00 | Estimated FMV | $500.00 |
| **AIR COMPRESSOR FOR PUMPING LIQUIDS INTO FEED** | $0.00 | Estimated FMV | $4,000.00 |
| **PALLET RACKING IN FEED MILL** | $0.00 | Estimated FMV | $1,000.00 |
| **8 MOTOROLA HAND HELD RADIOS** | $0.00 | Estimated FMV | $2,000.00 |
| **DICKEY JOHN GAC 2500 MOISTURE TESTER** | $0.00 | Estimated FMV | $3,000.00 |
| **NEOGEN "DON" VOMITOXIN TESTER** | $0.00 | Estimated FMV | $1,500.00 |
| **SEEDBURO GRAIN GRADING SCALE WITH CUP** | $0.00 | Estimated FMV | $1,000.00 |
| **GRAIN DIVIDER - SEEDBURO** | $0.00 | Estimated FMV | $500.00 |
| **SEEDBURO FILLING HOPPER #151** | $0.00 | Estimated FMV | $300.00 |
| **HUTCHINSON TOP DRIVE AUGER 10" X 51' ELECTRIC WITH TIRES PREMIUM HIGH EFFICIENCY MOTOR 20 HP MOTOR (BRAND NEW)** | $0.00 | Estimated FMV | $10,000.00 |
| **SIMON CARTER COMPANY CARTER DOCKAGE TESTER SERIAL #666 STYLE #XT2** | $0.00 | Estimated FMV | $3,000.00 |
| **RED & GREEN STOP & GO LIGHTS ATTACHED TO OLD SCALE HOUSE BUILD FOR DIRECTING TRUCK TRAFFIC OFF AND ON TRUCK SCALE** | $0.00 | Estimated FMV | $300.00 |
| **SCROLLING SIGN ATTACHED TO OLD SCALE HOME BUILD** | $0.00 | Estimated FMV | $1,000.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**                                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **FEED MILL BINS; STEEL STRUCTURES AND 1 ROUND OVERHEAD BULK BIN, DISTRIBUTORS, LEGS AND OTHER ASSORTED FEED MILL COMPONENTS** | $0.00 | **Estimated FMV** | $120,000.00 |
| **ROTATING BROOM ATTACHMENT FOR BOBCAT SKIDLOADER** | $0.00 | **Estimated FMV** | $4,000.00 |
| **CORN BUNKER, LEASED EQUIPMENT (PANELS, FANS, TUBING, GRAIN PROBE, TICKET PRINTER AND LIVE BOTTOM BELT TRAILER** | $0.00 | **Estimated FMV** | $90,701.34 |
| 31.  **Farm and fishing supplies, chemicals, and feed SEE ATTACHED EXHIBIT B-31** | $0.00 | **Recent cost** | $76,638.14 |

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6.**                                                        | $1,756,883.48 |

Add lines 28 through 32.  Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software 4 COMPUTERS; 4 PRINTERS AND 6 MONITORS** | $0.00 | **Estimated FMV** | $3,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **PORTER ELEVATOR, INC.** _____        Case number *(If known)* _____
Name

---

| **CHAIRS AND DESKS** | $0.00 | **Estimated FMV** | $2,500.00 |

---

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                              | $5,500.00 |
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2014 FORD F350 - VIN NO.**<br>**1FT8W3BTXEEA85045** | $0.00 | **Estimated FMV** | $45,000.00 |
| 47.2.. **2013 CTS CADILLAC - VIN NO.**<br>**1G6DM5E30D0163066** | $0.00 | **Estimated FMV** | $25,000.00 |
| 47.3.. **2005 PTRB TR CON - VIN NO.**<br>**1XP5DU9X95D849687** | $0.00 | **Estimated FMV** | $35,000.00 |
| 47.4.. **2015 TRAI TRAILER - VIN NO. 1**<br>**TKN04936FW016440** | $0.00 | **Estimated FMV** | $80,000.00 |
| 47.5.. **2007 HS TRAILER - VIN NO.**<br>**4ULAT17197M000331** | $0.00 | **Estimated FMV** | $1,000.00 |
| 47.6.. **2016 ALUM TRAILER - VIN NO.**<br>**1YGSF2421GB137639** | $0.00 | | $0.00 |
| 47.7.. **2015 STEA TRAILER - VIN NO.**<br>**52LBE1627FE035679** | $0.00 | **Estimated FMV** | $4,000.00 |
| 47.8.. **2003 PTRB CC CON - VIN NO.**<br>**2NPNHD7X23M801649** | $0.00 | **Estimated FMV** | $25,000.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**
_____   Case number _(If known)_ _____
Name

| 47.9.. | **2009 PJ TRAILER - VIN NO. 4P5T624269134642** | $0.00 | **Estimated FMV** | **$4,000.00** |
| 47.10.. | **2012 WILS TRAILER - VIN NO. 4WW4412A9C7703186** | $0.00 | **Estimated FMV** | **$27,500.00** |
| 47.11.. | **2013 WILS TRAILER - VIN NO. 422RR12A6D7704992** | $0.00 | **Estimated FMV** | **$28,500.00** |
| 47.12.. | **2003 PTRB DS CON - VIN NO. 1NP5DB9X83D804736** | $0.00 | **Estimated FMV** | **$30,000.00** |
| 47.13.. | **2015 CHEV CW SIL - VIN NO. 3GCUKTEJ6FG248448** | $0.00 | **Estimated FMV** | **$45,000.00** |
| 47.14.. | **2005 STRG CC STE - VIN NO. 2FZMAZCV75AU68509** | $0.00 | **Estimated FMV** | **$35,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** _Examples:_ Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| **$385,000.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **PORTER ELEVATOR, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**55.1.** **GRAIN ELEVATOR**
**104 PRAIRIE**
**AVENUE**
**PORTER, MN  56280**

**PROPERTY ID NO.**
**37-033-3020**
**LEGALLY**
**DESCRIBED AS:**
**SECT-33 TWP-114**
**RANG-44**
**UNPLATTED PT E1/2**
**SW1/4, BEG AT PT**
**ON SWLY LI 1ST ST**
**420 FT NWLY FROM**
**W**
**LI MAIN ST, TH SELY**
**290 FT, TH SWLY**

| PROPERTY | FEE TITLE | $0.00 | Tax records | $513,600.00 |
|---|---|---|---|---|

| 56. | **Total of Part 9.** | **$513,600.00** |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**                                    Case number *(If known)* _____
Name

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

**TOOLS**                                                                           $1,000.00

**CLUB CAR CARRY ALL**                                                              $3,000.00

**CLUB CAR GOLF CART**                                                              $2,800.00

**S650 BOBCAT SKID LOADER**                                                        $14,650.00

**2015 ALUMA SNOWMOBILE TRAILER**                                                  $1,707.00

78.    **Total of Part 11.**                                                       $23,157.00
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **PORTER ELEVATOR, INC.**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $947,321.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,756,883.48 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $385,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $513,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $23,157.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,119,261.89 | + 91b. $513,600.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,632,861.89 |

**REPORT: IV350P**      **PERIOD VALUATION REPORT BY PRODUCT**
**TIME .: 13:02 12/21/2015**      **PRINT ELEVATOR EDEN 1**
**PRODUCT NUMBER / DESCRIPTION**      **GROUP BRAND**

**EXHIBIT B-31**

BRANCH: 1 PORTER     PERIOD: 01/29/2015 THRU 12/21/2015

| PRODUCT | DESCRIPTION | GROUP BRAND | OPENING UNITS / $ | RECEIPTS UNITS / $ | SALES UNITS / $ | RETURNS UNITS / $ | ADJUSTMENT UNITS / $ | TRANSFERS UNITS / $ | PROD/USAGE UNITS / $ | CLOSING UNITS / $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | SWEETLITE 45 | 10  1 | | | | | | | | |
| | | | 175.000 | 275.000 | | | 100.000 | | | |
| | | | 41.68 | 65.52 | | | 23.83 | | | .01- |
| 8 | BEET PULP | 10  1 | | | | | WEIGHTED AVERAGE = $.2500 | | | |
| | | | 240.000 | 40.000 | | | | | | 200.000 |
| | | | 60.00 | 10.00 | | | | | | 50.00 |
| 06 | WINTER WHEAT | 50  1 | | | | | WEIGHTED AVERAGE = | | | |
| | | | | | 203328.000 | | | | | 203328.000- |
| 14 | HEN SHELLS | 10  1 | | | | | WEIGHTED AVERAGE = $.1828 | | | |
| | | | 77.500 | 300.000 | 100.000 | | .500 | | 40.000- | 238.000 |
| | | | 16.74 | 54.90 | 20.55 | | .10 | | 7.68- | 43.51 |
| 17 | FREE FLO LIMESTONE | 10  1 | | | | | WEIGHTED AVERAGE = $.0720 | | | |
| | | | 204.000 | 6000.000 | 500.000 | | 346.000 | | 4219.500- | 1830.500 |
| | | | 15.43 | 424.00 | 35.56 | | 26.16 | | 298.23- | 131.80 |
| 21 | DAIRY WHITE BARN LIME | 10  1 | | | | | WEIGHTED AVERAGE = $.0720 | | | |
| | | | 600.000 | | 100.000 | | | | | 500.000 |
| | | | 43.20 | | 7.20 | | | | | 36.00 |
| 28 | 18 1/2% DI CAL | 10  1 | | | | | WEIGHTED AVERAGE = $.3500 | | | |
| | | | 100.000 | | | | 200.000 | | | 100.000- |
| | | | 35.00 | | | | 70.00 | | | 35.00- |
| 30 | UREA | 10  1 | | | | | | | | |
| | | | 29.000- | | | | 29.000 | | | |
| | | | 8.64- | | | | 8.64 | | | |
| 35 | CULTURED YEAST | 10  1 | | | | | WEIGHTED AVERAGE = $.2880 | | | |
| | | | 625.000 | 40.000 | | | 75.000 | | 314.000- | 346.000 |
| | | | 180.00 | 11.52 | | | 21.60 | | 90.43- | 99.65 |
| 41 | SODIUM BI-CARB | 10  1 | | | | | WEIGHTED AVERAGE = $.0001 | | | |
| | | | 315.000- | 2090.000 | | | 1289.000 | | 1644.000- | 2760.000 |
| | | | .03- | .23 | | | .13 | | .16- | .29- |
| 42 | MAGNESIUM OXIDE | 10  1 | | | | | WEIGHTED AVERAGE = $.3200 | | | |
| | | | 570.000 | | | | 1.000 | | | 571.000 |
| | | | 182.40 | | | | .32 | | | 182.72 |
| 48 | WHOLE COTTONSEED | 10  1 | | | | | WEIGHTED AVERAGE = $.2692 | | | |
| | | | 7050.000 | 48000.000 | 1150.000 | | 1976.000 | | 47992.000- | 7884.000 |
| | | | 1887.00 | 12720.00 | 309.01 | | 523.64 | | 12699.26- | 2122.37 |
| 55 | SUPERCHARGER 99% FAT | 10  1 | | | | | | | | |
| | | | 25.000- | | | | 25.000 | | | |
| | | | 17.19- | | | | 17.19 | | | |
| 70 | WILD BIRD MIX | 10  1 | | | | | WEIGHTED AVERAGE = $.2367 | | | |
| | | | 1100.000 | 400.000 | | | 1000.000- | | | 500.000 |
| | | | 160.54 | 92.00 | | | 134.21- | | | 118.33 |
| 72 | BLACK SUNFLOWERS | 10  1 | | | | | WEIGHTED AVERAGE = $.3396 | | | |
| | | | 2600.000 | 2000.000 | 200.000 | | 500.000- | | 2050.000- | 1850.000 |
| | | | 871.03 | 680.00 | 66.00 | | 176.50- | | 680.29- | 628.24 |
| 99 | PURE CAL | 10  1 | | | | | WEIGHTED AVERAGE = $.1344 | | | |
| | | | 200.000 | | | | | | | 200.000 |
| | | | 26.88 | | | | | | | 26.88 |
| DR | DRYING INCOME | 90  1 | | | | | | | | |
| | | | 1305009.587- | | | | 1305009.587 | | | |
| ST | ELEVATOR STORAGE | 10  1 | | | | | WEIGHTED AVERAGE = | | | |
| | | | 8577.519- | 973.429 | | | 8577.519 | | | 973.429- |
| 01S | CORN SALES | 50  1 | | | | | | | | |
| | | | 482492.503- | 4811.071 | | | 487303.574 | | | |
| 03S | SP WHEAT SALES | 50  1 | | | | | | | | |
| | | | 605115.600- | | | | 605115.600 | | | |
| 102 | AIM BI-CARB | 10  1 | | | | | WEIGHTED AVERAGE = $.2034 | | | |
| | | | 1483.000 | 4500.000 | | | 1483.000- | | | 4500.000 |
| | | | 99.82 | 949.50 | | | 134.22- | | | 915.10 |
| 131 | CANDI OIL CARMEL FLAVOR | 10  1 | | | | | WEIGHTED AVERAGE = $.7165 | | | |
| | | | 540.000 | 5600.000 | 640.000 | | 20.000- | | 4230.000- | 1250.000 |
| | | | 417.15 | 4012.40 | 465.28 | | 15.45- | | 3053.20- | 895.62 |
| 199 | ROYAL MINERAL BLOCK | 10  1 | | | | | WEIGHTED AVERAGE = $.3100 | | | |
| | | | 120.000 | | 40.000 | | | | | 80.000 |
| | | | 37.20 | | 12.40 | | | | | 24.80 |
| 204 | AM. BRINE SALT BLOCK | 10  1 | | | | | WEIGHTED AVERAGE = $.0924 | | | |
| | | | 2350.000 | 2000.000 | 950.000 | | | | | 3400.000 |
| | | | 211.50 | 188.00 | 85.50 | | | | | 314.00 |
| 223 | STOCKMANS CHOICE LOOSE | 10  1 | | | | | WEIGHTED AVERAGE = $.0689 | | | |
| | | | 2415.000 | 3500.000 | 1630.000 | | 132.000- | | 2539.000- | 1614.000 |
| | | | 176.67 | 241.50 | 116.77 | | 9.71- | | 180.47- | 111.22 |
| 246 | AM. TRACE MIN BLOCK | 10  1 | | | | | WEIGHTED AVERAGE = $.1165 | | | |

REPORT: IV350P    PERIOD VALUATION REPORT BY PRODUCT    Page: 2
PORTER ELEVATOR INC
TIME .: 13:02 12/21/2015

PRODUCT NUMBER / DESCRIPTION    GROUP BRAND

| | OPENING + UNITS / $ | RECEIPTS - UNITS / $ | SALES + UNITS / $ | RETURNS + UNITS / $ | ADJUSTMENT + UNITS / $ | TRANSFERS + UNITS / $ | PROD/USAGE = UNITS / $ | CLOSING UNITS / $ |
|---|---|---|---|---|---|---|---|---|
| **BRANCH: 1 PORTER**   PERIOD: 01/29/2015 THRU 12/21/2015 | | | | | | | | |
| (units) | 2750.000 | 2000.000 | 1850.000 | | 300.000- | | | 2600.000 |
| ($) | 316.22 | 234.00 | 212.76 | | 34.50- | | | 302.96 |
| **247 TRACE MIN SALT LOOSE** 10 1   WEIGHTED AVERAGE = $.1192 | | | | | | | | |
| (units) | 50.000 | 500.000 | 150.000 | | 200.000 | | | 600.000 |
| ($) | 6.00 | 59.50 | 18.00 | | 24.00 | | | 71.50 |
| **250 AM. IODIZED SALT BLOCK** 10 1   WEIGHTED AVERAGE = $.1139 | | | | | | | | |
| (units) | 1600.000 | 6000.000 | 5900.000 | | | | | 1700.000 |
| ($) | 192.22 | 684.00 | 682.52 | | | | | 193.70 |
| **253 BLOAT GUARD BLOCK** 10 1   WEIGHTED AVERAGE = $.2498 | | | | | | | | |
| (units) | 312.900 | | | | 20.100 | | | 333.000 |
| ($) | 78.16 | | | | 5.02 | | | 83.18 |
| **258 AM. IODIZED LOOSE SALT** 10 1   WEIGHTED AVERAGE = $.1456 | | | | | | | | |
| (units) | 500.000 | | | | | | | 500.000 |
| ($) | 72.80 | | | | | | | 72.80 |
| **273 DC SOLAR SALT** 10 1   WEIGHTED AVERAGE = $.0900 | | | | | | | | |
| (units) | 3600.000 | 7350.000 | 3950.000 | | 2550.000- | | | 4450.000 |
| ($) | 356.40 | 651.70 | 355.15 | | 252.45- | | | 400.50 |
| **304 T. CLASSIC HIGH PRO DOG** 10 1   WEIGHTED AVERAGE = $.4133 | | | | | | | | |
| (units) | 1750.000 | 3100.000 | 3100.000 | | 750.000 | | | 1000.000 |
| ($) | 732.61 | 1280.30 | 1283.40 | | 316.23- | | | 413.28 |
| **311 T. PUPPY MIX 20#** 10 1   WEIGHTED AVERAGE = $.7185 | | | | | | | | |
| (units) | 60.000 | | | | 40.000- | | | 20.000 |
| ($) | 43.11 | | | | 28.74- | | | 14.37 |
| **314 T. CAT FOOD** 10 1   WEIGHTED AVERAGE = $.4548 | | | | | | | | |
| (units) | 2719.000 | 4800.000 | 3140.000 | 20.000 | 1839.000 | | | 2560.000 |
| ($) | 1148.59 | 2212.80 | 1441.61 | 9.22 | 764.81- | | | 1164.19 |
| **317 T. GOLD PREMIUM DOG FOOD** 10 1   WEIGHTED AVERAGE = $.4575 | | | | | | | | |
| (units) | 1300.000 | 750.000 | 650.000 | | 700.000- | | | 700.000 |
| ($) | 562.32 | 406.95 | 339.39 | | 309.66- | | | 320.22 |
| **427 THREONINE** 10 1 | | | | | | | | |
| (units) | 4.000- | | | | 4.000 | | | |
| ($) | 1.51- | | | | 1.51 | | | |
| **438 GOAT-ETTE** 10 1   WEIGHTED AVERAGE = $.4350 | | | | | | | | |
| (units) | 150.000 | | | | | | | 150.000 |
| ($) | 65.25 | | | | | | | 65.25 |
| **440 25# DEER BLOCK** 10 1   WEIGHTED AVERAGE = $.3300 | | | | | | | | |
| (units) | 175.000 | | | | 95.000- | | | 80.000 |
| ($) | 57.75 | | | | 31.35- | | | 26.40 |
| **457 PRO MOLASS PAIL** 10 1   WEIGHTED AVERAGE = $.3879 | | | | | | | | |
| (units) | 14110.000 | 40000.000 | 6310.000 | | 12015.000 | | 44484.000- | 15331.000 |
| ($) | 2096.34 | 10823.10 | 1031.76 | | 1881.95 | | 7822.18- | 5947.45 |
| **505 AMMONIUM CHLORIDE** 10 1   WEIGHTED AVERAGE = $.7246 | | | | | | | | |
| (units) | | | | | 24.000 | | | 24.000 |
| ($) | 1.65- | | | | 19.04 | | | 17.39 |
| **534 CALCIUM CHLORIDE** 10 1 | | | | | | | | |
| (units) | 2000.000 | | | | 2000.000- | | | |
| ($) | 830.00 | | | | 830.00- | | | |
| **549 LIQUID MILK BUDS** 10 1   WEIGHTED AVERAGE = $.4868 | | | | | | | | |
| (units) | 1648.000 | 2560.000 | 252.000 | | 924.000 | | 2182.000- | 850.000 |
| ($) | 861.23 | 1319.97 | 132.95 | | 486.21- | | 1148.29- | 413.75 |
| **54A FISH MEAL** 10 1   WEIGHTED AVERAGE = $.6980 | | | | | | | | |
| (units) | 50.000 | | | | | | | 50.000 |
| ($) | 34.90 | | | | | | | 34.90 |
| **731 40% POULTRY CONCENTRATE** 10 1 | | | | | | | | |
| (units) | 500.000 | | 500.000 | | | | | |
| ($) | 175.00 | | 175.00 | | | | | |
| **901 CATTLE LAC VITAMIN ADE** 10 1   WEIGHTED AVERAGE = $.4400 | | | | | | | | |
| (units) | 266.000 | | 114.000 | | 15.000 | | 45.000- | 122.000 |
| ($) | 117.04 | | 50.16 | | 6.60 | | 19.80- | 53.68 |
| **924 VIAMIN E 20,000** 10 1   WEIGHTED AVERAGE = $.8498 | | | | | | | | |
| (units) | 82.000 | | 16.000 | | | | | 66.000 |
| ($) | 69.70 | | 13.60 | | .01- | | | 56.09 |
| **100A COTTONSEED HULLS** 10 1   WEIGHTED AVERAGE = $.0500 | | | | | | | | |
| (units) | | 2000.000 | | | 2000.000- | | 1050.000- | 1050.000- |
| ($) | | 528.00 | | | 528.00- | | 52.50- | 52.50- |
| **1045 B.G. ELITE SUMMER 40:30** 10 1 | | | | | | | | |
| (units) | 12380.000- | 24560.000 | 12180.000 | | | | | |
| ($) | 2253.16- | 4488.19 | 2235.03 | | | | | |
| **1100 SOYBEAN HULL PELLETS** 10 1   WEIGHTED AVERAGE = $.0526 | | | | | | | | |
| (units) | 16032.000- | 235680.000 | 131584.000 | | 96019.000 | | 78467.000- | 105616.000 |
| ($) | 1457.79- | 12049.63 | 6061.51 | | 4864.66 | | 3839.23- | 5555.76 |
| **1111 MISC FEED** 10 1   WEIGHTED AVERAGE = $.1900 | | | | | | | | |
| (units) | 27557.500- | 129.560 | 612.000 | 3.000 | 27569.500 | | | 467.440- |
| ($) | 7344.33- | 6177.43 | 6423.57 | .57 | 7501.09 | | | 88.81- |
| **1157 BG ELITE 40:30 R500T180** 10 1   WEIGHTED AVERAGE = $.1792 | | | | | | | | |
| (units) | 2050.000 | 72590.000 | 76240.000 | 4000.000 | | | | 2400.000 |

PERIOD VALUATION REPORT BY PRODUCT
PERIOD ELEVEN

PRODUCT NUMBER / DESCRIPTION    GROUP BRAND

| | OPENING + | RECEIPTS - | SALES + | RETURNS + | ADJUSTMENT + | TRANSFERS + | PROD/USAGE = | CLOSING |
|---|---|---|---|---|---|---|---|---|
| | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ |

BRANCH: 1 PORTER     PERIOD: 01/29/2015 THRU 12/21/2015

| Product / Description | Group Brand | Line | Opening | Receipts | Sales | Returns | Adjustment | Transfers | Prod/Usage | Closing |
|---|---|---|---|---|---|---|---|---|---|---|
| (branch header) | | $ | 512.50 / 13279.74 | | 14120.26 | 758.00 | | | | 429.98 |
| 1200 ELITE 40:30 | 10  1 | Units | 3750.000 | 4050.000 | 4650.000 | | 3700.000- | | | 550.000- |
| | | $ | 716.25 | 769.50 | 904.85 | | 704.65- | | | 123.75- |
| | WEIGHTED AVERAGE = $.2250 | | | | | | | | | |
| 1333 ELITE HP 40% GROWER R300 | 10  1 | Units | 5900.000 | 10400.000 | 16300.000 | | | | | |
| | | $ | 1327.50 | 2258.71 | 3586.12 | | | | | .09 |
| 1748 ELITE HRCS-D | 10  1 | Units | 800.000 | | | | 800.000- | | | |
| | | $ | 199.60 | | | | 199.60- | | | |
| 20CV FOUNDATION DRY COW PMX | 10  1 | Units | 700.000 | 2000.000 | 2250.000 | | 50.000- | | | 400.000 |
| | | $ | 469.98 | 1104.20 | 1319.77 | | 33.57- | | | 220.84 |
| | WEIGHTED AVERAGE = $.5521 | | | | | | | | | |
| 20D4 FOUNDATION HEIFER PREMIX | 10  1 | Units | 1350.000 | | 1350.000 | | | | | |
| | | $ | 495.86 | | 495.86 | | | | | |
| 210A ASCENT 38-5 | 10  1 | Units | 500.000 | | | | | | | 500.000 |
| | | $ | 750.00 | | | | | | | 750.00 |
| | WEIGHTED AVERAGE = $1.5000 | | | | | | | | | |
| 2110 TOTAL CALF 19 TX/R | 10  1 | Units | | 4000.000 | 4000.000 | | | | | |
| | | $ | | 777.00 | 777.00 | | | | | |
| 2345 NEO TECH 4 | 10  1 | Units | 400.000 | | | | 350.000- | | | 50.000 |
| | | $ | 680.00 | | | | 664.37- | | | 15.63 |
| | WEIGHTED AVERAGE = $.3126 | | | | | | | | | |
| 2499 MYTX 10-20 | 10  1 | Units | 700.000 | | | | 94.000- | | | 606.000 |
| | | $ | 218.82 | | | | 29.38- | | | 189.44 |
| | WEIGHTED AVERAGE = $.3126 | | | | | | | | | |
| 26N0 36 CALF HEIFER B275 | 10  1 | Units | 1750.000 | | 900.000 | | 250.000 | | 1300.000- | 200.000- |
| | | $ | 498.75 | | 256.50 | | 71.25 | | 370.50- | 57.00- |
| | WEIGHTED AVERAGE = $.2850 | | | | | | | | | |
| 284J CALF BEG 20-20 AM DX | 10  1 | Units | 900.000 | 2850.000 | 4150.000 | | 550.000 | | | 150.000 |
| | | $ | 1288.62 | 3437.09 | 5355.87 | | 793.74 | | | 163.58 |
| | WEIGHTED AVERAGE = $1.0905 | | | | | | | | | |
| 3GYX GAINRITE DDG FIN R1000 | 10  1 | Units | 2000.000 | 4000.000 | 6000.000 | | | | | |
| | | $ | 482.90 | 911.20 | 1394.20 | | | | | .10- |
| 4894 LTS SOW BASE 70 | 10  1 | Units | 3750.000 | 7950.000 | 11800.000 | | 100.000 | | | |
| | | $ | 1230.00 | 2601.60 | 3864.80 | | 33.20 | | | |
| 493A ZIN PRO 55# | 10  1 | Units | 50.000 | | | | 5.000 | | | 55.000 |
| | | $ | 55.00 | | | | 5.50 | | | 60.50 |
| | WEIGHTED AVERAGE = $1.1000 | | | | | | | | | |
| 5060 TM SALT SE/VIT | 10  1 | Units | 150.000 | | | | 150.000- | | | |
| | | $ | 30.15 | | | | 30.15- | | | |
| 5550 SOYBEAN MEAL | 10  1 | Units | 104918.000 | 1098101.000 | 518177.000 | | 85557.000- | | 557976.000- | 41309.000 |
| | | $ | 12768.87 | 182082.04 | 89068.87 | | 7425.81- | | 90224.01- | 8132.22 |
| | WEIGHTED AVERAGE = $.1969 | | | | | | | | | |
| 5555 DISTILLERS | 10  1 | Units | 209654.000 | 5408158.000 | 4592482.000 | 65137.000 | 163058.000- | | 862254.000- | 65155.000 |
| | | $ | 16182.92 | 375671.45 | 319299.00 | 5260.96 | 12699.42- | | 59885.41- | 5231.50 |
| | WEIGHTED AVERAGE = $.0803 | | | | | | | | | |
| 5820 B.G.SYNERGY MINERAL | 10  1 | Units | 2500.000 | 2100.000 | 1250.000 | | 2500.000- | | | 850.000 |
| | | $ | 881.90 | 482.00 | 414.52 | | 655.72- | | | 293.66 |
| | WEIGHTED AVERAGE = $.3455 | | | | | | | | | |
| 5822 SYNERGY MINERAL W/ALTOSID | 10  1 | Units | 100.000 | | | | 100.000- | | | |
| | | $ | 58.00 | | | | 58.00- | | | |
| 5836 BG SYNERGY MINERALR2000 | 10  1 | Units | 390.000- | 7750.000 | 6650.000 | | 1840.000 | | | 2550.000 |
| | | $ | 198.96- | 2631.28 | 2339.77 | | 762.31 | | | 854.86 |
| | WEIGHTED AVERAGE = $.3352 | | | | | | | | | |
| 5MNM SHOW-RITE M-N-M TOP DRESS | 10  1 | Units | | 100.000 | 100.000 | | | | | |
| | | $ | | 36.88 | 36.88 | | | | | |
| 7009 ROLLING CHG | 90  1 | Units | 967.000- | | 716.000 | | 1036.000 | | | 647.000- |
| | WEIGHTED AVERAGE = | | | | | | | | | |
| 7020 DELIVERY | 90  1 | Units | 1077.000- | | 799.000 | | 1143.000 | | | 733.000- |
| | WEIGHTED AVERAGE = | | | | | | | | | |
| 7600 23%BROILERSTARTER | 10  1 | Units | | | .100 | | | | | .100 |
| | | $ | | | .01 | | | | | .01 |
| | WEIGHTED AVERAGE = $.1000 | | | | | | | | | |
| 7601 20%BROILERDEVELOPER | 10  1 | Units | | 700.000 | 700.000 | | | | | |
| | | $ | | 125.17 | 125.16 | | | | | .01 |

```
REPORT: IV350P                    PERIOD VALUATION REPORT - BY PRODUCT                          Page:      4
TIME .: 13:02 12/21/2015          PORTER ELEVATOR
PRODUCT NUMBER / DESCRIPTION      GROUP BRAND
```

| | OPENING + | RECEIPTS - | SALES + | RETURNS + | ADJUSTMENT + | TRANSFERS + | PROD/USAGE = | CLOSING |
|---|---|---|---|---|---|---|---|---|
| BRANCH: 1 PORTER | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ |
| | | | PERIOD: 01/29/2015 THRU 12/21/2015 | | | | | |
| **8200  NH3**  (20  1) | | | 13440.000- | | 13440.000 | | | |
| $ | | | 3091.20- | | 3091.20 | | | |
| **9000  20% LAMB CREEP**  (10  1) | 500.000 | 500.000 | | | | | | |
| $ | 150.84 | 150.85 | | | .01- | | | .02- |
| **9054  14% COOLMAX COMPETITOR**  (10  1) | 1000.000 | 1000.000 | | | | | | |
| $ | 181.31 | 181.30 | | | | | | .01 |
| **9130  DRY GOAT**  (10  1) | 1000.000 | 2000.000 | 3000.000 | | | | | |
| $ | 213.50 | 276.82 | 490.31 | | | | | .01 |
| **9220  DAIRY GOAT SUPPLEMENT**  (10  1) | | 6000.000 | | | | 6000.000- | | |
| $ | | 1356.00 | | | | 1356.00- | | |
| **9251  18%COMPLETEGOATSTARTER**  (10  1)  WEIGHTED AVERAGE = $.1381 | 5600.000 | 20000.000 | 22500.000 | | 200.000- | | | 2900.000 |
| $ | 772.80 | 2741.00 | 3085.62 | | 27.60- | | | 400.58 |
| **9252  16%COMPLETEGOATGROWER**  (10  1)  WEIGHTED AVERAGE = $.1299 | 200.000 | 11900.000 | 13000.000 | | | | | 900.000- |
| $ | 39.22 | 1513.77 | 1669.92 | | | | | 116.93- |
| **D651  HAY GUARD 50# PAIL**  (10  1)  WEIGHTED AVERAGE = $2.2550 | 100.000- | 1000.000 | | | | | | 900.000 |
| $ | 225.50- | 2255.00 | | | | | | 2029.50 |
| **L394  SHEPARDS CHOICE LAMB KID**  (10  1) | 25.000 | | | | 25.000- | | | |
| $ | 43.67 | | | | 43.65- | | | .02 |
| **T867  BG RS 28 B300 FORAGE EXT**  (10  1)  WEIGHTED AVERAGE = $1.0130 | 2400.000 | | | | | | | 2400.000 |
| $ | 2431.20 | | | | | | | 2431.20 |
| **T868  FLY PATROL 4**  (10  1) | 225.000 | | | | 225.000- | | | |
| $ | 153.49 | | | | 153.51- | | | .02- |
| **T882  BG 24/7 INTAKE STIMULATOR**  (10  1)  WEIGHTED AVERAGE = $.4312 | 675.000 | | | | 225.000 | | | 900.000 |
| $ | 291.06 | | | | 97.02 | | | 388.08 |
| **T888  BG 24/7 TOTAL MINERAL**  (10  1) | 450.000 | | | | 450.000- | | | |
| $ | 203.98 | | | | 204.00- | | | .02- |
| **0440A  WILD THING 25#**  (10  1)  WEIGHTED AVERAGE = $.3656 | 125.000 | | | | | | | 125.000 |
| $ | 45.70 | | | | | | | 45.70 |
| **32937  SCOTT FIER DEER PELLET**  (10  1)  WEIGHTED AVERAGE = $.2087 | 10800.000 | 24200.000 | 9750.000 | | 550.000 | | 14400.000- | 11400.000 |
| $ | 2480.73 | 5137.83 | 2233.74 | | 123.25 | | 3128.89- | 2379.18 |
| **41503  PORTER DAIRY BASE MIX**  (10  1)  WEIGHTED AVERAGE = $.2149 | 25071.000 | 417560.000 | 4838.000 | | 1035.000- | | 430775.000- | 5983.000 |
| $ | 6406.88 | 96951.27 | 1087.58 | | 265.02- | | 100720.09- | 1285.46 |
| **44909  PURINA ACCURATION RANGE**  (10  1)  WEIGHTED AVERAGE = $2.2029- | 600.000 | 12000.000 | 2800.000 | | | | 7600.000- | 2200.000 |
| $ | 167.44 | 2490.82- | 578.60 | | | | 1944.32- | 4846.30- |
| **60500  FIERVIEW LATE MIX SOUTH01**  (10  1) | | 108520.000 | 108520.000 | | | | | |
| $ | | 35331.34 | 35303.24 | | | | | 28.10 |
| **60501  FIERVIEW HIGH PROTEIN MIX**  (10  1) | | 10040.000 | 10040.000 | | | | | |
| $ | | 2524.26 | 2524.26 | | | | | |
| **62131  PORTER CLOSE UP MIX**  (10  1) | | 28625.000 | 28625.000 | | | | | |
| $ | | 8146.85 | 8146.93 | | | | | .08- |
| **9111W  18%LAMB STARTER**  (10  1)  WEIGHTED AVERAGE = $.2704 | 50.000 | | | | | | | 50.000 |
| $ | 13.52 | | | | | | | 13.52 |
| **K8046  25 GR CTC CRUMB**  (10  1) | 6458.000 | 50.000 | | | 6408.000- | | | |
| $ | 5183.12 | 40.23 | | | 5143.81- | | | .92- |
| **645930  NATURES FUEL PREMIX**  (10  1) | 2000.000 | 2000.000 | | | | | | |
| $ | 4080.87 | 4081.00 | | | | | | .13- |
| **P41540  MGA 1.0 MG/LB PELLET**  (10  1) | 5.000- | | | | 5.000 | | | |
| $ | 2.32- | | | | 2.32 | | | |
| **Q12000  COMPUTER PELLET**  (10  1) | 436890.000 | 460505.000 | 23615.000 | | | | | |
| $ | 61623.37 | 64940.79 | 3310.82 | | | | | 6.60- |
| **Q45172  15% CALF CREEP AUERO/BOV**  (10  1)  WEIGHTED AVERAGE = $.0961 | | | | | | | | |

PRODUCT NUMBER / DESCRIPTION      GROUP BRAND

| | OPENING + | RECEIPTS - | SALES + | RETURNS + | ADJUSTMENT + | TRANSFERS + | PROD/USAGE = | CLOSING |
|---|---|---|---|---|---|---|---|---|
| | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ |

BRANCH: 1 PORTER        PERIOD: 01/29/2015 THRU 12/21/2015

| Product | Opening | Receipts | Sales | Returns | Adjustment | Transfers | Prod/Usage | Closing |
|---|---|---|---|---|---|---|---|---|
| | 5590.000 | 792650.000 | 789175.000 | | 5590.000- | | | 3475.000 |
| | 918.99 | 76406.28 | 76072.15 | | 919.01- | | | 334.11 |
| 5278-93   BUCHNERI 500 - 400 GRAM | 10   1 | | | | WEIGHTED AVERAGE = $2760.0000 | | | |
| | 1.000- | 1.000 | 3.000 | 1.000 | | | | 2.000- |
| | 2760.00- | 1.00 | 8280.00 | 2760.00 | | | | 5520.00- |
| 33301152   POWER PRO LGC MINERAL | 10   1 | | | | WEIGHTED AVERAGE = $3.6926 | | | |
| | 1500.000 | | 100.000 | | 1450.000- | | | 50.000- |
| | 853.69 | | 216.57 | | 821.75- | | | 184.63- |
| 10044-172   VILLIPRO | 10   1 | | | | WEIGHTED AVERAGE = $5.1136 | | | |
| | 128.000 | 450.000 | 28.000 | | 5.000- | | 532.500- | 12.500 |
| | 545.18 | 2293.42 | 122.35 | | 2.13- | | 2650.20- | 63.92 |
| 10163-312   BEEF MIX COX 10X | 10   1 | | | | WEIGHTED AVERAGE = $.2600 | | | |
| | 174.000 | | | | | | | 174.000 |
| | 45.24 | | | | | | | 45.24 |
| 10213-131   JEREMIASON LACT PREMIX | 10   1 | | | | WEIGHTED AVERAGE = $.6927 | | | |
| | 12820.000 | 161960.000 | 150840.000 | | 11920.000- | | | 12020.000 |
| | 9369.33 | 116144.91 | 108721.30 | | 8467.26- | | | 8325.68 |
| 10552-132   SWINE G/F PMX | 10   1 | | | | WEIGHTED AVERAGE = $.4849 | | | |
| | 2420.000 | 1800.000 | 528.000 | | 391.000 | | 4256.000- | 173.000- |
| | 1287.56 | 916.14 | 278.01 | | 209.41 | | 2218.99- | 83.89- |
| 10753-172   LOCK N' LOAD | 10   1 | | | | WEIGHTED AVERAGE = $5.9718 | | | |
| | 400.000 | 200.000 | 15.000 | | | | 292.000- | 293.000 |
| | 2388.55 | 1194.40 | 89.57 | | | | 1743.63- | 1749.75 |
| 11750-172   EXP 1 | 10   1 | | | | WEIGHTED AVERAGE = $4.7644 | | | |
| | 90.500 | 250.000 | 7.000 | | .500 | | 329.500- | 4.500 |
| | 399.76 | 1192.79 | 33.40 | | 34.45 | | 1572.16- | 21.44 |
| 11847-133   V GF DDGS AA PMX W/LIB | 10   1 | | | | | | | |
| | 12555.000- | 14400.000 | 14400.000 | | 12555.000 | | | |
| | 8345.31- | 11287.05 | 11286.72 | | 8345.31 | | | .33 |
| 11879-172   IMPACT | 10   1 | | | | | | | |
| | 66.000 | | | | 66.000- | | | |
| | 178.20 | | | | 178.20- | | | |
| 12105-212   VP-1 DEN+CTC | 10   1 | | | | WEIGHTED AVERAGE = $.7356 | | | |
| | 900.000 | 250.000 | 1050.000 | | | | | 100.000 |
| | 721.78 | 183.95 | 832.17 | | | | | 73.56 |
| 12244-132   DDGS G/F PMX | 10   1 | | | | WEIGHTED AVERAGE = $.8833 | | | |
| | 9302.000 | 46000.000 | 1144.000 | | 7780.000- | | 41245.000- | 5133.000 |
| | 7222.62 | 23401.50 | 619.27 | | 4283.34- | | 21187.77- | 4533.74 |
| 12446-212   SAFE CHOICE DEN+CTC | 10   1 | | | | | | | |
| | 200.000 | 8200.000 | 8400.000 | | | | | .10 |
| | 146.88 | 5578.78 | 5725.56 | | | | | |
| 12465-212   VP-2 DEN+CTC | 10   1 | | | | | | | |
| | 250.000 | 8550.000 | 8800.000 | | | | | |
| | 164.40 | 4565.81 | 4730.21 | | | | | |
| 12512-172   FORM A LEAN | 10   1 | | | | | | | |
| | 474.000 | | | | 474.000- | | | |
| | 1739.58 | | | | 1739.58- | | | |
| 12543-132   V SOW PMX | 10   1 | | | | WEIGHTED AVERAGE = $.6922 | | | |
| | 550.000 | 250.000 | 300.000 | | | | 250.000- | 250.000 |
| | 387.48 | 173.05 | 208.79 | | | | 178.68- | 173.06 |
| 13391-142   VM STARTER BASE | 10   1 | | | | WEIGHTED AVERAGE = $.8180 | | | |
| | | | | 900.000 | | | 1800.000- | 900.000- |
| | | | | 736.20 | | | 1472.40- | 736.20- |
| 13393-142   VM TRANSITION | 10   1 | | | | WEIGHTED AVERAGE = $1.2120 | | | |
| | 485.000 | 4000.000 | 450.000 | | 95.000 | | 3315.000- | 815.000 |
| | 616.06 | 4921.94 | 559.19 | | 120.67 | | 4111.73- | 987.75 |
| 13820-441   STARTER CRUMBLE 1300 | 10   1 | | | | WEIGHTED AVERAGE = $.6771 | | | |
| | 2525.000 | 32000.000 | 2075.000 | | 525.000 | | 30250.000- | 2725.000 |
| | 2075.03 | 23487.80 | 1588.28 | | 430.91 | | 22560.25- | 1845.21 |
| 13903-131   JEREMISON GEST PMX | 10   1 | | | | WEIGHTED AVERAGE = $.5071 | | | |
| | 31960.000 | 434520.000 | 403760.000 | | 74740.000- | | | 12020.000- |
| | 15094.37 | 205832.86 | 191820.15 | | 35202.50- | | | 6095.42- |
| 14063-472   HYDROWEAN | 10   1 | | | | WEIGHTED AVERAGE = $.8814 | | | |
| | 200.000 | 500.000 | 88.000 | | 13.000 | | 62.500- | 562.500 |
| | 210.00 | 430.19 | 92.40 | | 13.65 | | 65.63- | 495.81 |
| 15354-172   LIBERATE | 10   1 | | | | WEIGHTED AVERAGE = $2.3584 | | | |
| | 49.000 | 1550.000 | 71.000 | | 19.000 | | 1578.000- | 31.000- |
| | 42.52 | 3707.40 | 143.80 | | 63.05 | | 3742.28- | 73.11- |
| 21868-176   CALF RD FORMULA TM | 10   1 | | | | | | | |
| | 25.000 | | | | 25.000- | | | |
| | 21.70 | | | | 21.70- | | | |
| 21975-179   CALF RENEW | 10   1 | | | | WEIGHTED AVERAGE = $1.1000 | | | |
| | 24.000- | 1.000 | | | 24.000 | | | 1.000- |
| | 25.20- | 1.10 | | | 25.20 | | | 1.10- |
| 22077-132   RUMEN AID RH R1600 | 10   1 | | | | WEIGHTED AVERAGE = $.5954 | | | |
| | | 500.000 | | | | | 135.000- | 365.000 |

PERIOD VALUATION REPORT BY PRODUCT
PORTER ELEVATOR

PRODUCT NUMBER / DESCRIPTION    GROUP BRAND

BRANCH:  1 PORTER    PERIOD: 01/29/2015 THRU 12/21/2015

| Product # / Description | Opening Units | Opening $ | Receipts Units | Receipts $ | Sales Units | Sales $ | Returns Units | Returns $ | Adjustment Units | Adjustment $ | Transfers Units | Transfers $ | Prod/Usage Units | Prod/Usage $ | Closing Units | Closing $ | Weighted Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (continued) | | 297.71 | | | | | | | | | | | 80.38- | | | 217.33 | |
| 22327-322 CALF ADD PACK DX | 50.000 | 55.00 | | | | | | | 50.000- | 55.00- | | | | | | | |
| 22494-132 RUMEN AID DRY COW PREMIX | 250.000- | 244.53- | | | | | | | 250.000 | 244.53 | | | | | | | |
| 22763-172 18% CALF STARTER DX | 600.000 | 164.62 | 8750.000 | 2323.02 | 8500.000 | 2263.60 | | | 150.000 | 44.29- | | | | | 700.000 | 179.75 | $.2568 |
| 23187-172 MR 20-24 DX W/ STEALTH | 250.000 | 379.00 | | | 150.000 | 227.40 | | | | | | | | | 100.000 | 151.60 | $1.5160 |
| 23370-322 INTENSITY CALF CONC | 30497.000 | 9160.17 | 195819.900 | 57361.04 | 18264.000 | 5491.43 | | | 17985.900- | 5461.98- | | | 174700.000- | 51475.45- | 15367.000 | 4092.35 | $.2663 |
| 24089-729 DRY COW LIC | 1000.000 | 500.30 | 3000.000 | 1485.52 | 2500.000 | 1238.46 | | | | | | | | | 1500.000 | 747.36 | $.4982 |
| 24327-132 RUMEN AID A | 300.000 | 239.81 | | | 200.000 | 159.88 | | | 50.000- | 39.97- | | | | | 50.000 | 39.96 | $.7992 |
| 25150-172 STARTINGLINE 20-20 DX | 600.000 | 834.60 | 6750.000 | 8211.25 | 6550.000 | 8217.99 | 300.000 | 384.30 | | | | | | | 1100.000 | 1212.16 | $1.1020 |
| 26249-152 CATTLE FC-H MINERAL | 350.000 | 148.96 | | | | | | | | | | | | | 350.000 | 148.96 | $.4256 |
| 26669-179 SCI MIC CALF BOLUS | 3.000 | 108.00 | | | 2.000 | 72.00 | | | | | | | | | 1.000 | 36.00 | $36.0000 |
| 27287-152 BOVI-TMC | 70.000 | 165.95 | 50.000 | 121.69 | 16.000 | 37.93 | | | 2.000- | 4.74- | | | 46.000- | 109.05- | 56.000 | 135.92 | $2.4271 |
| 27552-473 DAIRY S.C.O.P.E | 131.000 | 204.49 | 125.000- | 195.13- | | | | | 6.000 | 9.37 | | | | | 12.000 | 18.73 | $1.5608 |
| 30054-182 BLUELITE C 2X25# BOX | 100.000 | 145.20 | | | | | | | | | | | | | 100.000 | 145.20 | $1.4520 |
| 30117-152 BEEF FEEDLOT MINERAL | 200.000 | 69.80 | | | 100.000 | 34.90 | | | 50.000- | 17.45- | | | | | 50.000 | 17.45 | $.3490 |
| 30118-152 CATTLE FC MINERAL B1440 | | | 750.000 | 388.33 | 450.000 | 233.29 | | | | | | | | | 300.000 | 155.04 | $.5168 |
| 30139-132 BEEF HI CAL PREMIX R1200 | 575.000 | 224.17 | 750.000 | 294.32 | 250.000 | 97.72 | | | 125.000- | 48.74- | | | 900.000- | 352.45- | 50.000 | 19.58 | $.3916 |
| 30462-729 CALF BIO-PRO W/STEALTH 5 | 1125.000 | 679.50 | | | 500.000 | 302.00 | | | | | | | | | 625.000 | 377.50 | $.6040 |
| 30500-729 BOVINE STRESS LIC STEALTH | 750.000 | 456.75 | 9000.000 | 5105.96 | 5250.000 | 3125.50 | | | 2750.000 | 1674.75 | | | | | 7250.000 | 4111.96 | $.5672 |
| 30612-176 CALF RESTART #25 PAIL | 25.000 | 82.70 | | | | | | | | | | | | | 25.000 | 82.70 | $3.3080 |
| 31169-322 RUMENSIN PACK R1600 | 3671.000 | 1151.74 | 26000.000 | 8056.66 | 1407.500 | 443.17 | | | 1093.000- | 345.09- | | | 24632.000- | 7646.15- | 2538.500 | 773.99 | $.3049 |
| 31826-322 BEEF PACK MGA-1 MG/LB | 150.000 | 75.00 | | | | | | | | | | | | | 150.000 | 75.00 | $.5000 |
| 31833-121 PANKA DF R1000 MGA0.7 | 30040.000 | 7078.03 | | | | | | | 30040.000- | 7077.23- | | | | | | .80 | |
| 32083-121 PANKA DISTILLERS FINISHER | 30040.000- | 7239.64- | 182960.000 | 50508.01 | 182960.000 | 49380.98 | | | 30040.000 | 7239.64 | | | | | | 1127.03 | |
| 32100-372 HYDRO-FLEX | | .06- | 6250.000 | 10111.01 | 6200.000 | 10032.26 | 750.000 | 1213.56 | | | | | | | 800.000 | 1292.25 | $1.6153 |
| 32300-729 44 MAGNUM LIC W/ STEALTH | | | 1000.000 | 505.40 | 1000.000 | 505.40 | | | | | | | | | | | |

PERIOD VALUATION REPORT - BY PRODUCT

PRODUCT NUMBER / DESCRIPTION     GROUP BRAND     PERIOD ELEVATOR

| | OPENING | RECEIPTS | SALES | RETURNS | ADJUSTMENT | TRANSFERS | PROD/USAGE | CLOSING |
|---|---|---|---|---|---|---|---|---|
| | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ |

BRANCH: 1 PORTER     PERIOD: 01/29/2015 THRU 12/21/2015

| Item | Opening | Receipts | Sales | Returns | Adjustment | Transfers | Prod/Usage | Closing |
|---|---|---|---|---|---|---|---|---|
| **32588-121 FIER DIST FIN R700** 10 1 | | | | | | | | |
|   units | | 23980.000 | 23980.000 | | | | | |
|   $ | | 5695.25 | 5695.25 | | | | | |
| **32664-372 BEEF HYDRO-LAC** 10 1   WEIGHTED AVERAGE = $1.0200 | | | | | | | | |
|   units | 1525.000 | 28500.000 | 11550.000 | | | | 15875.00- | 2600.000 |
|   $ | 1540.25 | 28150.00 | 11262.25 | | | | 15776.00- | 2652.00 |
| **32891-322 BEEF GROWER 40-0** 10 1   WEIGHTED AVERAGE = $.3108 | | | | | | | | |
|   units | 2900.000 | 1000.000 | 1550.000 | | 1550.000- | | 1650.000- | 850.000- |
|   $ | 965.93 | 310.62 | 500.28 | | 516.90- | | 523.59- | 264.22- |
| **32933-322 DB FIN 36-16 R225 T80** 10 1   WEIGHTED AVERAGE = $.1851 | | | | | | | | |
|   units | 5610.000 | 16000.000 | 2100.000 | | 2810.000- | | 15500.000- | 1200.000 |
|   $ | 1637.49 | 4644.55 | 663.48 | | 909.88- | | 4486.55- | 222.13 |
| **32947-729 FAF FLY CONTROL TUB** 10 1   WEIGHTED AVERAGE = $.6124 | | | | | | | | |
|   units | 3000.000 | 9000.000 | 13000.000 | | | | | 1000.000- |
|   $ | 1828.32 | 5503.16 | 7943.91 | | | | | 612.43- |
| **32990-122 BEEF DDG FINISHER R800** 10 1 | | | | | | | | |
|   units | 250.000 | | | | 250.000- | | | |
|   $ | 73.70 | | | | 73.70- | | | |
| **33002-322 BEEF GROWER 40-20 R400** 10 1   WEIGHTED AVERAGE = $.2616 | | | | | | | | |
|   units | 4200.000 | 87900.000 | 69425.000 | 625.000 | 1450.000- | | 15550.000- | 6300.000 |
|   $ | 1212.01 | 24159.00 | 19177.99 | 175.18 | 417.92- | | 4302.37- | 1647.91 |
| **33108-332 RUMEN PERK PELLETS** 10 1   WEIGHTED AVERAGE = $.7662 | | | | | | | | |
|   units | 500.000 | 900.000 | 1100.000 | | | | 100.000- | 200.000 |
|   $ | 447.58 | 885.70 | 1059.26 | | 22.57- | | 98.21- | 153.24 |
| **33301-152 POWER PRO LG 16-6** 10 1   WEIGHTED AVERAGE = $.5091 | | | | | | | | |
|   units | | | 50.000 | | 450.000 | | | 400.000 |
|   $ | 6.26- | | 26.24 | | 236.12 | | | 203.62 |
| **33380-729 CUSTOM IGR TUB** 10 1 | | | | | | | | |
|   units | 1500.000 | | | | 1500.000- | | | |
|   $ | 885.00 | | | | 885.00- | | | |
| **33398-152 POWER PRO BREEDER** 10 1   WEIGHTED AVERAGE = $.6119 | | | | | | | | |
|   units | 450.000 | 300.000 | 200.000 | | 450.000- | | | 100.000 |
|   $ | 220.05 | 183.57 | 122.38 | | 220.05- | | | 61.19 |
| **33399-152 POWER PRO MG 16-6** 10 1   WEIGHTED AVERAGE = $.4185 | | | | | | | | |
|   units | 850.000 | | | | 700.000- | | | 150.000 |
|   $ | 355.89 | | | | 293.11- | | | 62.78 |
| **33558-172 OPTAFLEXX ADD PACK** 10 1 | | | | | | | | |
|   units | | 1050.000 | 1050.000 | | | | | |
|   $ | | 1832.91 | 1832.88 | | | | | .03 |
| **33780-122 WOLLUM BEEF FINISHER R800** 10 1   WEIGHTED AVERAGE = $7.6279 | | | | | | | | |
|   units | | 84639.000 | 84700.000 | | | | | 61.000- |
|   $ | 375.06- | 19226.68 | 19316.92 | | | | | 465.30- |
| **33899-372 AMPROLIUM 2.5% PELLET** 10 1   WEIGHTED AVERAGE = $1.0984 | | | | | | | | |
|   units | 550.000 | 250.000 | 350.000 | | | | | 450.000 |
|   $ | 572.33 | 286.17 | 364.21 | | | | | 494.29 |
| **34083-729 BOVINE STRESS LIC** 10 1   WEIGHTED AVERAGE = $.5892 | | | | | | | | |
|   units | 1750.000 | 4000.000 | 8750.000 | | 500.000 | | | 2500.000- |
|   $ | 960.44 | 2262.72 | 4964.10 | | 267.94 | | | 1473.00- |
| **34084-729 MINERAL LIC** 10 1   WEIGHTED AVERAGE = $.4627 | | | | | | | | |
|   units | 1500.000 | 11000.000 | 11750.000 | | | | | 750.000 |
|   $ | 682.28 | 5194.72 | 5530.01 | | | | | 346.99 |
| **34090-729 STALK BUSTER 30** 10 1   WEIGHTED AVERAGE = $.4417 | | | | | | | | |
|   units | 550.000 | 5750.000 | 5000.000 | | 200.000 | | | 1500.000 |
|   $ | 237.82 | 2540.27 | 2201.95 | | 86.48 | | | 662.62 |
| **34710-322 BF NATURAL G/F 36-0** 10 1   WEIGHTED AVERAGE = $.2740 | | | | | | | | |
|   units | 2000.000 | 4000.000 | 3400.000 | | | | 1650.000- | 950.000 |
|   $ | 595.14 | 1138.48 | 995.14 | | | | 478.16- | 260.32 |
| **35215-121 PORTER DF R800 T240** 10 1   WEIGHTED AVERAGE = $.3124 | | | | | | | | |
|   units | 690.000 | 51610.000 | 50660.000 | 300.000 | 160.000 | | | 2100.000 |
|   $ | 209.99 | 15979.29 | 15676.46 | 94.50 | 48.66 | | | 655.98 |
| **35392-121 PESEK DIST. FINISHER R800** 10 1 | | | | | | | | |
|   units | | 135620.000 | 127680.000 | | 7940.000- | | | |
|   $ | | 30230.84 | 28501.42 | | 1729.33- | | | .09 |
| **35546-322 DB CORN-CO G-F R550 T160** 10 1   WEIGHTED AVERAGE = $.2940 | | | | | | | | |
|   units | 2374.000 | 34000.000 | 1400.000 | | 1426.000 | | 33888.000- | 2512.000 |
|   $ | 705.76 | 10066.58 | 414.32 | | 423.95 | | 10043.53- | 738.44 |
| **35681-121 KOPITZKE DF R1250 T260** 10 1 | | | | | | | | |
|   units | | 47960.000 | 47960.000 | | | | | |
|   $ | | 13202.56 | 13203.67 | | | | | 1.11- |
| **35954-322 BEEF CORN-CO GROWER R600** 10 1 | | | | | | | | |
|   units | 350.000 | 6000.000 | 6450.000 | 100.000 | | | | |
|   $ | 112.18 | 1911.26 | 2055.53 | 32.12 | | | | .03 |
| **37620-175 C.U.E. BEEF DRY PACK** 10 1   WEIGHTED AVERAGE = $16.6800 | | | | | | | | |
|   units | 48.000 | 12.000 | 96.000 | | | | | 36.000- |
|   $ | 800.64 | 164.96 | 1566.08 | | | | | 600.48- |
| **50064-322 LAMB CONCENTRATE B100** 10 1   WEIGHTED AVERAGE = $.3062 | | | | | | | | |

REPORT: IV350P    Case 15-34462   Doc 1   Filed 12/23/15   Entered 12/23/15 19:43:18   Desc Main    Page:   8
PERIOD VALUATION REPORT - BY PRODUCT
Document   Page 25 of 123

```
TIME .: 13:02 12/21/2015
PRODUCT NUMBER / DESCRIPTION          GROUP BRAND          ELEVATOR:
```

| | OPENING UNITS / $ | RECEIPTS UNITS / $ | SALES UNITS / $ | RETURNS UNITS / $ | ADJUSTMENT UNITS / $ | TRANSFERS UNITS / $ | PROD/USAGE UNITS / $ | CLOSING UNITS / $ |
|---|---|---|---|---|---|---|---|---|

```
BRANCH:  1 PORTER                             PERIOD: 01/29/2015 THRU 12/21/2015

                        2400.000    17100.000    5926.000                  100.000                          11850.000-     1824.000
                         748.52      5407.29      1867.17                    31.19                            3761.27-       558.56

50077-912    GRAND FINALE 17% GOAT      10    1
                        2000.000                 2000.000
                         736.06                   736.00                                                                         .06

50632-912    20% LAMB CREEP W/STEALTH   10    1
                        3000.000                 3000.000
                         893.34                   893.30                                                                         .04

54087-729    SHEEP LIC                  10    1
                        1500.000                 1500.000
                         701.00                   701.00

63417-322    38% GOAT CONCENTRATE       10    1     WEIGHTED AVERAGE =    $.3206
                         550.000-    3000.000      200.000                 1700.000                           3400.000-       550.000
                         193.16-      987.90        70.24                   597.04                            1145.22-        176.32

73022-372    CTC 25 GRAM PELLETS        10    1     WEIGHTED AVERAGE =    $.8366
                         950.000-   14000.000     9507.000                 4335.000                           4622.000-      3256.000
                         764.75-    11375.45      7657.48                   3490.11                            3719.47-       2723.86

73038-372    AS-700 2 GM PELLET         10    1     WEIGHTED AVERAGE =    $.6453
                         274.000      750.000      775.000                  951.000                           1114.000-        86.000
                         171.04       484.00       497.78                   593.62                             695.38-         55.50

73129-372    COXXI 5X PELLET 0.25%      10    1     WEIGHTED AVERAGE =    $.6639
                         400.000      500.000      150.000                  150.000                            350.000-       550.000
                         270.00       331.39       101.25                   101.25                             236.25-        365.14

73270-972    PRE-HEAT PRIMED            10    1
                          50.000                    50.000
                          23.21                     23.21

73759-472    RUMENSIN PACK R11000       10    1     WEIGHTED AVERAGE =    $.9032
                          96.000       50.000-      24.000                                                                      22.000
                          86.72        45.17-       21.68                                                                       19.87

74501-170    SILE TECH 500W             10    1     WEIGHTED AVERAGE =    $245.0833
                          39.660                    33.534                                                                       6.126
                        9720.00                   8218.62                                                                      1501.38

74503-172    SIL-E TECH 100D            10    1     WEIGHTED AVERAGE =    $2.7994
                         400.000                     1.000      1.000                                                          400.000
                         100.00      1019.75         .25         .25                                                          1119.75

74728-172    STEALTH 5                  10    1     WEIGHTED AVERAGE =    $1.1300
                         626.000     2000.000      160.000                   25.000                           1905.000-       586.000
                         703.14      2260.00       180.53                    28.17                            2148.58-        662.20

75241-172    APP-A-TITE                 10    1     WEIGHTED AVERAGE =    $1.0002
                         226.000      450.000      100.000                    1.000-                           150.000-       425.000
                         195.81       466.83        86.64                      .87-                            150.04-        425.09

75372-372    AUREO 25 GM PELLET         10    1
                         219.000      250.000                                31.000
                         146.73       167.50                                 20.77

76403-192    E-SE BOOSTER               10    1     WEIGHTED AVERAGE =    $.3967
                         100.000                                             6.000                                            106.000
                          39.60                                              2.45                                              42.05

77413-192    BIO-SEL+E                  10    1     WEIGHTED AVERAGE =    $2.1500
                         236.000      200.000-     200.000     200.000        2.000-                                           34.000
                         160.70       273.71-      139.62      273.71        52.02                                            73.10

77454-172    SIL-E-TECH CS100 D         10    1
                         400.000                                           400.000-
                         860.48                                            860.48-

91088-102    ENERGY BOOSTER 100         10    1     WEIGHTED AVERAGE =    $.7272
                         965.000                   150.000                 235.000                                           1050.000
                         701.70                    109.08                  170.89                                             763.51

91115-102    MILK ENERGIZER 7-60        10    1
                          50.000                                            50.000-
                          60.46                                             60.46-

92108-102    AMINO PLUS                 10    1
                        6104.000     1450.000-     600.000                4054.000-                                            54.21-
                        1814.00       390.63-      161.64                 1315.94-

92115-102    UREA SGN 140               10    1     WEIGHTED AVERAGE =    $.2570
                         500.000                    36.000                  34.000-                                           430.000
                         128.50                      9.25                    8.74-                                            110.51

93006-102    SALT/MIX & FINES           10    1
                          75.800                                            75.800-
                          11.82                                             11.82-

94043-102    ZINC SULFATE               10    1     WEIGHTED AVERAGE =    $.6734
                          10.600      150.000        2.400                   1.700                             109.200-        50.700
                           5.80       108.10         1.32                    1.29                               79.73-         34.14

95005-102    BIOTIN                     10    1     WEIGHTED AVERAGE =    $.3525
                          52.000       50.000        8.000                   3.000                             101.000-        4.000-
                          28.60        17.55         4.40                    1.65                               44.81-         1.41-

98001-172    ASP-250                    10    1     WEIGHTED AVERAGE =    $2.2266
                          50.000       30.000                               50.000                              20.000-       50.000
```

REPORT: IV350P        PERIOD VALUATION REPORT - BY PRODUCT

TIME .: 13:02 12/21/2015

PRODUCT NUMBER / DESCRIPTION      GROUP BRAND

| | OPENING + | RECEIPTS | − SALES + | RETURNS + | ADJUSTMENT + | TRANSFERS + | PROD/USAGE = | CLOSING |
|---|---|---|---|---|---|---|---|---|
| | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ |

BRANCH:   1 PORTER           PERIOD: 01/29/2015 THRU 12/21/2015

| Product | Opening units | Opening $ | Receipts units | Receipts $ | Sales units | Sales $ | Adjustment (WA) | Adj $ | Prod/Usage | Closing |
|---|---|---|---|---|---|---|---|---|---|---|
| | 111.33 | | | | 66.80 | | | | | 111.33 |
| | | | | | | | | | 44.53− | 111.33 |
| 98004−172 | TYLAN 10 GM | | 10 | 1 | | | WEIGHTED AVERAGE = | $1.7769 | | |
| | 80.000 | 100.000 | | | 24.000 | | 58.000 | | 96.000− | 118.000 |
| | 142.14 | 177.68 | | | 42.63 | | 103.05 | | 170.57− | 209.67 |
| 98010−172 | NEO OXY 10-10 | | 10 | 1 | | | WEIGHTED AVERAGE = | $.7494 | | |
| | 140.000 | | | | 30.000 | | 5.000− | | 25.000− | 80.000 |
| | 103.66 | | | | 21.54 | | 3.75− | | 18.42− | 59.95 |
| 98016−172 | OXYTET 50 GM OTC | | 10 | 1 | | | WEIGHTED AVERAGE = | $1.2109 | | |
| | 500.000 | | | | | | | | | 500.000 |
| | 605.46 | | | | | | | | | 605.46 |
| 98029−173 | DENAGARD 10 GM 35# | | 10 | 1 | | | WEIGHTED AVERAGE = | $4.9506 | | |
| | 220.000 | | | | | | | | | 220.000 |
| | 1089.14 | | | | | | | | | 1089.14 |
| 98033−172 | DECCOX 0.5% | | 10 | 1 | | | WEIGHTED AVERAGE = | $9.8346 | | |
| | 106.000 | 250.000− | | | | | 156.000− | | | 300.000− |
| | 150.52 | 2900.98− | | | | | 199.92− | | | 2950.38− |
| 98057−172 | MGA 200 MG | | 10 | 1 | | | WEIGHTED AVERAGE = | $10.7663 | | |
| | 85.000 | 200.000 | | | 147.500 | | 49.000− | | 20.000− | 68.500 |
| | 544.47 | 1982.95 | | | 1451.08 | | 142.18− | | 196.67− | 737.49 |
| 98093−172 | LINCO 20 | | 10 | 1 | | | WEIGHTED AVERAGE = | $5.0993 | | |
| | 190.000 | | | | | | 6.000− | | | 184.000 |
| | 964.30 | | | | | | 26.02− | | | 938.28 |
| 98099−173 | CLARIFLY | | 10 | 1 | | | WEIGHTED AVERAGE = | $2.5880 | | |
| | 3.000− | 175.000 | | | 150.000 | | 3.000 | | 30.000− | 5.000− |
| | 6.84− | 452.73 | | | 388.06 | | 6.84 | | 77.61− | 12.94− |
| 99023−170 | THREONINE | | 10 | 1 | | | WEIGHTED AVERAGE = | $1.5504 | | |
| | 23.000 | 165.220 | | | 3.200 | | 2.900− | | 132.450− | 49.670 |
| | 6.16 | 373.94 | | | 6.50 | | .78− | | 295.81− | 77.01 |
| 99024−172 | LYSINE | | 10 | 1 | | | WEIGHTED AVERAGE = | $.6896 | | |
| | 241.590 | 5571.920 | | | 435.000 | | 85.720 | | 4861.300− | 602.930 |
| | 272.88 | 4423.15 | | | 418.69 | | 95.34 | | 3956.91− | 415.77 |

Branch   1 Total

| | Opening | Receipts | Sales | Returns | Adjustment | Transfers | Prod/Usage | Closing |
|---|---|---|---|---|---|---|---|---|
| | 1880203.819− | 10657972.360 | 8416245.634 | 95952.000 | 2169880.700 | | 2466883.950− | 160471.657 |
| | $129731.99 | $1703075.55 | $1250007.64 | $15009.39 | $60033.33− | | $461137.82− | $76638.14 |

REPORT: IV350P
TIME .: 13:02 12/21/2015
Case 15-34462    Doc 1    Filed 12/23/15    Entered 12/23/15 19:43:18    Desc Main
PERIOD VALUATION REPORT BY PRODUCT
Document    Page 27 of 123    ELEVEN
Page:   10

PRODUCT NUMBER / DESCRIPTION                      GROUP BRAND

| | OPENING + | RECEIPTS | - SALES + | RETURNS + | ADJUSTMENT + | TRANSFERS + | PROD/USAGE = | CLOSING |
| | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ | UNITS / $ |

=====================================================================================================================

GRAND TOTAL

| | 1880203.819- | 10657972.360 | 8416245.634 | 95952.000 | 2169880.700 | | 2466883.950- | 160471.657 |
| | $129731.99 | $1703075.55 | $1250007.64 | $15009.39 | $60033.33- | | $461137.82- | $76638.14 |

**Fill in this information to identify the case:**

Debtor name    **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1   CITY OF PORTER**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**GRAIN ELEVATOR<br>104 PRAIRIE AVENUE<br>PORTER, MN  56280**<br><br>**PROPERTY ID NO. 37-033-3020<br>LEGALLY DESCRIBED AS:<br>SECT-33 TWP-114 RANG-44<br>UNPLATTED PT E1/2 SW1/4, BEG AT PT<br>ON SWLY LI 1ST ST 420 FT NWLY FROM W<br>LI MAIN ST, TH SELY 290 FT, TH S** | $8,939.20 | $513,600.00 |

**PO BOX 130
MAYNARD, MN 56260**
Creditor's mailing address

Describe the lien
**LOAN / GRANT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07-01-13**
**Last 4 digits of account number**
**4850**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. STATE BANK OF
TAUNTON
2. STATE BANK OF
TAUNTON
3. UPPER MINNESOTA
VALLEY
4. CITY OF PORTER
5. CITY OF PORTER**

| | | | |
|---|---|---|---|
| **2.2   CITY OF PORTER** | Describe debtor's property that is subject to a lien | $5,128.74 | $513,600.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | PORTER ELEVATOR, INC. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | GRAIN ELEVATOR<br>104 PRAIRIE AVENUE<br>PORTER, MN 56280<br><br>PROPERTY ID NO. 37-033-3020<br>LEGALLY DESCRIBED AS:<br>SECT-33 TWP-114 RANG-44<br>UNPLATTED PT E1/2 SW1/4, BEG AT PT<br>ON SWLY LI 1ST ST 420 FT NWLY FROM W<br>LI MAIN ST, TH SELY 290 FT, TH S | | |

**PO BOX 130**
**MAYNARD, MN 56260**

Creditor's mailing address

Describe the lien

**LOAN / GRANT**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**10-01-11**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4230**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | FIRST SECURITY BANK | Describe debtor's property that is subject to a lien | $1,917,133.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **ACCOUNTS RECEIVABLE, EQUIPMENT, INVENTORY AND VEHICLES [MARKET VALUE - $2,056,682.14]** | | |

**PO BOX 469**
**SLEEPY EYE, MN 56085**

Creditor's mailing address

Describe the lien

**LOAN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8069**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | FORD MOTOR CREDIT | Describe debtor's property that is subject to a lien | $6,383.20 | $45,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 FORD F350 - VIN NO. 1FT8W3BTXEEA85045** | | |

**PO BOX 552679**
**DETROIT, MI 48255-2679**

Creditor's mailing address

Describe the lien

**LOAN**

Is the creditor an insider or related party?

■ No

Debtor   **PORTER ELEVATOR, INC.**                                    Case number (if know) _____
_____
Name

---

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
_____

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0729**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.5 | **HUNTINGTON NATIONAL BANK** | **Describe debtor's property that is subject to a lien** | $24,586.32 | $25,000.00 |

Creditor's Name

**41 S HIGH STREET, HC0729 COLUMBUS, OH 43215**

**2013 CTS CADILLAC - VIN NO. 1G6DM5E30D0163066**

Creditor's mailing address

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6978**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **MINNWEST BANK** | **Describe debtor's property that is subject to a lien** | $267,515.23 | $315,000.00 |

Creditor's Name

**301 BASELINE RD MARSHALL, MN 56258**

**200 HOLSTEIN STEERS**

Creditor's mailing address

**Describe the lien**
**LINE OF CREDIT**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08-07-15**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7274**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

Debtor **PORTER ELEVATOR, INC.**

Name                                    Case number (if know) _____

---

| 2.7 | **STATE BANK OF TAUNTON** | | $180,318.29 | $513,600.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
GRAIN ELEVATOR
104 PRAIRIE AVENUE
PORTER, MN  56280

PROPERTY ID NO. 37-033-3020
LEGALLY DESCRIBED AS:
SECT-33 TWP-114 RANG-44
UNPLATTED PT E1/2 SW1/4, BEG AT PT
ON SWLY LI 1ST ST 420 FT NWLY FROM W
LI MAIN ST, TH SELY 290 FT, TH S

**PO BOX 398**
**TAUNTON, MN 56291**

Creditor's mailing address

**Describe the lien**
**SECOND MORTGAGE**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8366**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **STATE BANK OF TAUNTON** | | $601,061.00 | $513,600.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**ALL REAL ESTATE LISTED IN SCHEDULE A**

**PO BOX 398**
**TAUNTON, MN 56291**

Creditor's mailing address

**Describe the lien**
**FIRST MORTGAGE**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8363**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **UPPER MINNESOTA VALLEY** | | $46,212.14 | $513,600.00 |

**Describe debtor's property that is subject to a lien**

---

Debtor   **PORTER ELEVATOR, INC.**

_____
Name

Case number (if know)   _____

| | |
|---|---|
| Creditor's Name | **GRAIN ELEVATOR**<br>**104 PRAIRIE AVENUE**<br>**PORTER, MN  56280** |

**PROPERTY ID NO. 37-033-3020**
**LEGALLY DESCRIBED AS:**
**SECT-33 TWP-114 RANG-44**
**UNPLATTED PT E1/2 SW1/4, BEG AT PT**
**ON SWLY LI 1ST ST 420 FT NWLY FROM W**
**LI MAIN ST, TH SELY 290 FT, TH S**

**REGIONAL DEVELOPMENT**
**COM**
**323 W SCHLIEMAN AVE**
**APPLETON, MN 56208**

Creditor's mailing address

**Describe the lien**

**LOAN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**08-10-11**

**Last 4 digits of account number**

**1103**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **WESTERN EQUIPMENT FINANCE** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $90,701.34 | $90,701.34 |

**503 HIGHWAY 2 WEST**
**PO BOX 640**
**DEVILS LAKE, ND 58301**

**CORN BUNKER, LEASED EQUIPMENT**
**(PANELS, FANS, TUBING, GRAIN PROBE,**
**TICKET PRINTER AND LIVE BOTTOM BELT**
**TRAILER**

Creditor's mailing address

**Describe the lien**

**LOAN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**08-13**

**Last 4 digits of account number**

**7001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $3,147,978.46 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **PORTER ELEVATOR, INC.** | Case number (if know) | |
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **MICHAEL DOVE**<br>**GISLASON & HUNTER LLP**<br>**PO BOX 458**<br>**NEW ULM, MN 56073-0458** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**RON  BRIGGS**
**2050 210TH STREET**
**CANBY, MN 56220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **25,715.17**      $ **6,150.00**

Date or dates debt was incurred
**12-07-15**

Basis for the claim:
**GRAIN CHECK**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (6)

**2.2**

Priority creditor's name and mailing address
**TOM  BRIGGS**
**2272 200TH AVENUE**
**PORTER, MN 56280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,084.31**      $ **6,150.00**

Date or dates debt was incurred
**12-07-15**

Basis for the claim:
**GRAIN CHECK**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **PORTER ELEVATOR, INC.** | | Case number (if known) | |
| | Name | | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

**2.3**

**Priority creditor's name and mailing address**

**JESSE CITTERMAN
PO BOX 8
TAUNTON, MN 56291**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **460.60**       $ **460.60**

**Date or dates debt was incurred**
**12-11-15**

**Basis for the claim:**
**WAGES**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.4**

**Priority creditor's name and mailing address**

**DEPARTMENT OF THE
TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,460.63**       $ **2,460.63**

**Date or dates debt was incurred**

**Basis for the claim:**
**PAYROLL TAX - 11 USC 507(a)(8)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.5**

**Priority creditor's name and mailing address**

**JEROME  DEVOS
309 SECOND STREET W
CANBY, MN 56220**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,283.11**       $ **1,283.11**

**Date or dates debt was incurred**
**12-07-15; 12-11-15**

**Basis for the claim:**
**WAGES**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor    **PORTER ELEVATOR, INC.**
_____    Case number (if known) _____
Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.6 | |
|---|---|

**Priority creditor's name and mailing address**
**JEROME  DEVOS**
**309 2ND STREET W.**
**CANBY, MN 56220**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,740.92**    $ **6,150.00**

**Date or dates debt was incurred**
**12-11-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (6)

---

| 2.7 | |
|---|---|

**Priority creditor's name and mailing address**
**DYBSETTER FARMS**
**2501 170TH AVENUE**
**PORTER, MN 56280**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **625.00**    $ **625.00**

**Date or dates debt was incurred**
**10-23-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (6)

---

| 2.8 | |
|---|---|

**Priority creditor's name and mailing address**
**JIM  FERGUSON**
**2650 190TH STREET**
**CANBY, MN 56220**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **36,033.17**    $ **6,150.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**DEFERRED PAYMENT**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **PORTER ELEVATOR, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

| 2.9 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**TOM  FRENSKO**
**2878 190TH AVENUE**
**IVANHOE, MN 56142**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **28,844.92**     $ **6,150.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**DEFERRED PAYMENT**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

| 2.10 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**TIM  HENTGES**
**2102 200TH STREET**
**CANBY, MN 56220**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,722.78**     $ **5,722.78**

**Date or dates debt was incurred**
**10-28-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

| 2.11 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**DOUG  JERZAK**
**117 NORTH REBECCA STREET**
**IVANHOE, MN 56142**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,750.68**     $ **1,750.68**

**Date or dates debt was incurred**
**11-23-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **PORTER ELEVATOR, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,952.72** | $ **4,952.72** |
|---|---|---|---|
| **KM FARMS** | Check all that apply. | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **06-26-15** | **GRAIN CHECK** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| | ☐ Yes |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,801.45** | $ **2,801.45** |
|---|---|---|---|
| **JAMES  KNOFF** | Check all that apply. | | |
| **202 S REBECCA ST** | ☐ Contingent | | |
| **IVANHOE, MN 56142** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **DEFERRED PAYMENT** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| | ☐ Yes |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

**2.14**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **460.60** | $ **460.60** |
|---|---|---|---|
| **THOMAS  LACEK** | Check all that apply. | | |
| **806 RING AVENUE N** | ☐ Contingent | | |
| **CANBY, MN 56220** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12-11-15** | **WAGES** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| | ☐ Yes |

---

| Debtor | **PORTER ELEVATOR, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.15**

**Priority creditor's name and mailing address**

**MINNESOTA DEPARTMENT OF**
**REVENUE**
**PO BOX 64439**
**SAINT PAUL, MN 55164-0622**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **386.39**        $ **386.39**

**Date or dates debt was incurred**

**Basis for the claim:**
**PAYROLL TAX - 11 USC 507(a)(8)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.16**

**Priority creditor's name and mailing address**

**WAYNE & DUANE  MONKE**
**2130 230TH AVENUE**
**CANBY, MN 56220**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **514,872.28**        $ **6,150.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**DEFERRED PAYMENT**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (6)

---

**2.17**

**Priority creditor's name and mailing address**

**RICHARD  NUYTTEN**
**102 5TH STREET**
**MINNEOTA, MN 56264**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **167,023.15**        $ **6,150.00**

**Date or dates debt was incurred**
**12-09-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor    **PORTER ELEVATOR, INC.**
_____
Name    Case number (if known) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

| 2.18 |

Priority creditor's name and mailing
address
**JACQUELYN  PAULSEN**
**510 LAC QUI PARLE AVENUE**
**CANBY, MN 56220**

As of the petition filing date, the claim is:    $ **451.18**    $ **451.18**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12-11-15**

Basis for the claim:
**WAGES**

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.19 |

Priority creditor's name and mailing
address
**NATHANAEL  REHN**
**10820 DYSART RD**
**WATERLOO, IA 50701**

As of the petition filing date, the claim is:    $ **447.98**    $ **447.98**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12-07-15**

Basis for the claim:
**GRAIN CHECK**

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

| 2.20 |

Priority creditor's name and mailing
address
**DEREK  RICHTER**
**12819 480TH AVENUE**
**DONNELLY, MN 56235**

As of the petition filing date, the claim is:    $ **639.44**    $ **639.44**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11-09-15; 11-23-15; 12-07-15**

Basis for the claim:
**WAGES**

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PORTER ELEVATOR, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.21 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**WENDY STERZINGER**
**2455 HENRY DRIVE**
**IVANHOE, MN 56142**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,570.25**     $ **1,570.25**

**Date or dates debt was incurred**
**12-04-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (6)

---

| 2.22 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**BRUCE TETRICK**
**1545 DICKSON DRIVE**
**HENDRICKS, MN 56136**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,646.40**     $ **2,646.40**

**Date or dates debt was incurred**
**12-07-15; 12-11-15**

**Basis for the claim:**
**WAGES**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.23 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**JACOB TETRICK**
**PO BOX 116**
**PORTER, MN 56280**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **744.80**     $ **744.80**

**Date or dates debt was incurred**
**12-11-15**

**Basis for the claim:**
**WAGES**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PORTER ELEVATOR, INC.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.24**

**Priority creditor's name and mailing address**
**LEON  VANDEROSTYNE**
**PO BOX 96**
**PORTER, MN 56280**

As of the petition filing date, the claim is:     $ **111,229.08**     $ **6,150.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**12-09-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (6)

---

**2.25**

**Priority creditor's name and mailing address**
**MIKE  VERSCHELDE**
**PO BOX 226**
**IVANHOE, MN 56142**

As of the petition filing date, the claim is:     $ **1,102.88**     $ **1,102.88**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**12-07-15**

**Basis for the claim:**
**WAGES**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.26**

**Priority creditor's name and mailing address**
**KRIST  WOLLUM**
**3912 COUNTY ROAD 109**
**PORTER, MN 56280**

As of the petition filing date, the claim is:     $ **82,960.87**     $ **6,150.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**12-04-15**

**Basis for the claim:**
**GRAIN CHECK**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **PORTER ELEVATOR, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Specify Code subsection of PRIORITY
unsecured claim:

11 U.S.C. § 507(a) (6)

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                         **Amount of claim**

---

**3.1**

Nonpriority creditor's name and mailing address

**AGRICHARTS
209 W JACKSON 2ND FL
CHICAGO, IL 60606**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

$   **12.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**AL SHEIK TRUCKING
2822 COUNTY ROAD 5
IVANHOE, MN 56142**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

$   **2,342.11**

Date or dates debt was incurred    **12-03-15;
12-08-15**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**CAPITAL ONE CARD SERVICES
DEPT 9600
CAROL STREAM, IL 60128-9600**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

$   **1,178.71**

Date or dates debt was incurred    **12-08-15;
12-10-15**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$   **26,405.91**

---

Debtor    **PORTER ELEVATOR, INC.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **CO PRODUCTS**<br>**PO BOX 299**<br>**MILFORD, IA 51351** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **GOODS AND SERVICES** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.5**    Nonpriority creditor's name and mailing address

**CULLIGAN OF MARSHALL**
**PO BOX 480**
**MARSHALL, MN 56258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

$   **10.69**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.6**    Nonpriority creditor's name and mailing address

**DAIRYLAND LABORATORIES INC**
**217 EAST MAIN ST**
**ARCADIA, WI 54612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

$   **65.50**

Date or dates debt was incurred **12-08-15**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.7**    Nonpriority creditor's name and mailing address

**EAST CENTRAL GRAIN MARKETING**
**INC**
**2008 ESSEX RD**
**HOPKINS, MN 55305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

Debtor      **PORTER ELEVATOR, INC.**                                              Case number *(if known)* _____
                Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 6,970.35 |

**FORM A FEED**
**740 BOWMAN ST**
**PO BOX 9**
**STEWART, MN 55385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **GOODS AND SERVICES**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 120.10 |

**FRONTIER**
**PO BOX 20550**
**ROCHESTER, NY 14602-0550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **GOODS AND SERVICES**

Date or dates debt was incurred   **12-07-15**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 100.00 |

**HASLER**
**PO BOX 3808**
**MILFORD, CT 06460-8708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **GOODS AND SERVICES**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

**HOFFMAN BUILDERS INC**
**1304 N ST OLAF AVE**
**CANBY, MN 56220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

---

Debtor   **PORTER ELEVATOR, INC.**
Name

Case number (if known)

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | $ **15,281.66** |
|---|---|---|---|

**INDEPENDENT OIL**
**106 1ST ST EAST**
**CANBY, MN 56220**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   GOODS AND SERVICES

Date or dates debt was incurred   **12-08-15**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | | $ **99.75** |
|---|---|---|---|

**LAC QUI PARLE CO-OP OIL**
**536 OAK**
**PO BOX 350**
**DAWSON, MN 56232**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   GOODS AND SERVICES

Date or dates debt was incurred   **12-09-15**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $ **2,991.34** |
|---|---|---|---|

**MINNESOTA CORN COUNCIL**
**PO BOX 236**
**BLUE EARTH, MN 56013-9987**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   GOODS AND SERVICES

Date or dates debt was incurred   **12-10-15**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | | $ **1,394.70** |
|---|---|---|---|

**MINNESOTA FEEDS**
**PO BOX 180**
**GRANITE FALLS, MN 56241**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **PORTER ELEVATOR, INC.**
Name

Case number (if known) _____

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred    **12-08-15**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **35.00** |

**MINNESOTA MASCOT**
**PO BOX 9**
**MINNEOTA, MN 56264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred    **12-08-15**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**MINNESOTA PEST CONTROL**
**114 S BROOK ST**
**PO BOX 52**
**HENDRICKS, MN 56136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,058.74** |

**MINNESOTA SOYBEAN COUNCIL**
**PO BOX 3385**
**MANKATO, MN 56002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred    **12-10-15**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

---

Debtor    **PORTER ELEVATOR, INC.**                                    Case number (if known) _____
_____
Name

**MINNESOTA UNEMPLOYMENT**
**INSURANCE**
**PO BOX 64621**
**SAINT PAUL, MN 55164-0621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
☐ Yes

---

| 3.20 | | | $ **0.00** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

**MINNESOTA UNEMPLOYMENT**    Check all that apply.
**INSURANCE**    ☐ Contingent
**332 MINNESOTA ST STE E200**    ☐ Unliquidated
**SAINT PAUL, MN 55101-1351**    ☐ Disputed

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
☐ Yes

---

| 3.21 | | | $ **132.08** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

**MINNESOTA WHEAT COUNCIL**    Check all that apply.
**2600 WHEAT DR**    ☐ Contingent
**RED LAKE FALLS, MN 56750**    ☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred  **12-10-15**    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
☐ Yes

---

| 3.22 | | | $ **1,570.62** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

**MUHL FARMS TRUCKING**    Check all that apply.
**1400 COUNTY RD 10**    ☐ Contingent
**MINNEOTA, MN 56264**    ☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred  **12-07-15**    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
☐ Yes

---

Debtor   **PORTER ELEVATOR, INC.**
_____   Case number (if known) _____
Name

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**NEOPOST USA INC**
**25880 NETWORK PLACE**
**CHICAGO, IL 60673-1258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,787.65** |

**NEW VISION**
**38438 210TH ST**
**BREWSTER, MN 56119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **GOODS AND SERVICES**

Date or dates debt was incurred   **12-08-15**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**DENNIS  OBERLOH**
**PO BOX 186**
**REDWOOD FALLS, MN 56283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **738.20** |

**OLSON SANITATION**
**PO BOX 689**
**DAWSON, MN 56232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **GOODS AND SERVICES**

---

Debtor    **PORTER ELEVATOR, INC.**                                    Case number *(if known)* _____
          Name

Date or dates debt was incurred    **12-07-15**            **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **3,786.81** |

**OTTER TAIL POWER CO**
**PO BOX 570**
**MORRIS, MN 56267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred    **12-09-15**            **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**PENN MILLERS INSURANCE CO**
**436 WALNUT ST**
**PHILADELPHIA, PA 19106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred    _____            **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **17,625.75** |

**PRAIRIE FEEDS & TRUCKING LLC**
**PO BOX 299**
**MILFORD, IA 51351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **GOODS AND SERVICES**

Date or dates debt was incurred    _____            **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**RH TRUCKING**
**3569 CO HWY 5**
**PORTER, MN 56280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor　**PORTER ELEVATOR, INC.**　　　　Case number (if known) _____
　　Name

Basis for the claim:　**FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____　Is the claim subject to offset?

Last 4 digits of account number _____　■ No
　　　　　　☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | $ **124.44** |

**RIDLEY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**GOODS AND SERVICES**

Date or dates debt was incurred _____　Is the claim subject to offset?

Last 4 digits of account number _____　■ No
　　　　　　☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | $ **627.57** |

**RUNNINGS**
**901 HIGHWAY 59 N**
**MARSHALL, MN 56258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**GOODS AND SERVICES**

Date or dates debt was incurred　**12-07-15**　Is the claim subject to offset?

Last 4 digits of account number _____　■ No
　　　　　　☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | | $ **371.90** |

**SMI HYDRAULICS**
**401 LONE TREE**
**PO BOX 95**
**PORTER, MN 56280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**GOODS AND SERVICES**

Date or dates debt was incurred　**12-03-15**　Is the claim subject to offset?

Last 4 digits of account number _____　■ No
　　　　　　☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | $ **919.14** |

As of the petition filing date, the claim is:

---

| Debtor | **PORTER ELEVATOR, INC.** | | Case number *(if known)* | |
| | Name | | | |

---

SOUTHERN MINNESOTA
CONSTRUCTION
1905 THIRD AVENUE
MANKATO, MN 56001

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Date or dates debt was incurred  **12-08-15**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00**

**VLAMINCK ELECTRIC**
**505 MAPLE**
**PO BOX 34**
**PORTER, MN 56280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **5,435.92**

**WESTERN CONSOLIDATED**
**BOX 78**
**HOLLOWAY, MN 56249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,864.67**

**WESTWAY FEED PRODUCTS LLC**
**23623 NETWORK PLACE**
**CHICAGO, IL 60673-1236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PORTER ELEVATOR, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **522.00** |
|---|---|---|---|

**WOOD AND CONN**
**PO BOX 187**
**REDWOOD FALLS, MN 56283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **GOODS AND SERVICES**

Date or dates debt was incurred **12-03-15**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

<table>
<tr><td>Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td>Part 4:</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **1,009,010.76** |
| 5b. Total claims from Part 2 | 5b. + | $ **102,573.31** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **1,111,584.07** |

**Fill in this information to identify the case:**

Debtor name   **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **DEFERRED PAYMENT GRAIN CONTRACT** | |
| State the term remaining | |
| List the contract number of any government contract    **165** | **DOUG  ANDERSON**<br>**2536 160TH AVENUE**<br>**PORTER, MN 56280** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **DEFERRED PAYMENT GRAIN CONTRACT** | |
| State the term remaining | |
| List the contract number of any government contract    **158** | **IVAN  ANDERSON**<br>**2159 390TH STREET**<br>**PORTER, MN 56280** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest    **DEFERRED PAYMENT GRAIN CONTRACT** | |
| State the term remaining | |
| List the contract number of any government contract    **215** | **KEVIN  BANKS**<br>**1702 COUNTY RD 4**<br>**LYND, MN 56157** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest    **DEFERRED PAYMENT GRAIN CONTRACT** | |
| State the term remaining | |
| List the contract number of any government contract    **235** | **SCOTT  BAUNE**<br>**2161 260TH STREET**<br>**MARSHALL, MN 56258** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   **PORTER ELEVATOR, INC.**                                                          Case number *(if known)* _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **DEFERRED PAYMENT GRAIN CONTRACT**

State the term remaining

List the contract number of any government contract — **474**

**DAVID  BOULTON**
**2632 STATE HIGHWAY 68**
**PORTER, MN 56280**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **DEFERRED PAYMENT GRAIN CONTRACT**

State the term remaining

List the contract number of any government contract — **711**

**BILL  BRIGGS**
**2141 HIGHWAY 68**
**CANBY, MN 56220**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **DEFERRED PAYMENT GRAIN CONTRACT**

State the term remaining

List the contract number of any government contract — **1106**

**ROGER  BROGAARD**
**2406 220TH AVENUE**
**CANBY, MN 56220**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **DEFERRED PAYMENT GRAIN CONTRACT**

State the term remaining

List the contract number of any government contract — **1325**

**ROBERT  BUELTEL**
**1839 290TH STREET N.**
**TAUNTON, MN 56291**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **DEFERRED PAYMENT GRAIN CONTRACT**

State the term remaining

List the contract number of any government contract — **1422**

**RICHARD  BUYSSE**
**3805 COUNTY RD 3**
**MINNEOTA, MN 56264**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **SURETY BOND**

State the term remaining

List the contract number of

**CAMDEN INSURANCE AGENCY LLC**
**BLDG 100 SUITE #4**
**408 E MAIN STREET**
**MARSHALL, MN 56258**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **PORTER ELEVATOR, INC.**
<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>          Case number *(if known)*

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

any government contract

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **STEVE  CITTERMAN** |
| | List the contract number of any government contract | 1750 | **1943 COUNTY HIGHWAY 17 IVANHOE, MN 56142** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **EDDIE  CONERS** |
| | List the contract number of any government contract | 1765 | **3928 150TH AVENUE CANBY, MN 56220** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JEROME  DEVOS** |
| | List the contract number of any government contract | 1817 | **309 2ND STREET W. CANBY, MN 56220** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **NANCY  DEVOS** |
| | List the contract number of any government contract | 1819 | **309 2ND STREET W. CANBY, MN 56220** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **PAUL  DILLON** |
| | List the contract number of any government contract | 1843 | **3864 COUNTY HIGHWAY 7 PORTER, MN 56280** |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | **LEE  DOERING** **2403 S LE HOMME DIEU DR NE ALEXANDRIA, MN 56308-7514** |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **PORTER ELEVATOR, INC.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract   1844 | |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 1940 | **DAVID  DRIETZ** **2269 COUNTY HIGHWAY 18** **PORTER, MN 56280** |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 1950 | **MIKE  DRIETZ** **3627 170TH AVENUE** **CANBY, MN 56220** |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2133 | **LARRY  DYBSETTER** **115 SUNRISE AVENUE** **PORTER, MN 56280** |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2291 | **HARLAN  ESPING** **3836 250TH AVENUE** **PORTER, MN 56280** |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | 2527 | **DWAYNE AND JOYCE  EVANS** **2121 260TH STREET** **IVANHOE, MN 56142** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **PORTER ELEVATOR, INC.**                                                    Case number *(if known)*
　　　　　First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JIM  FERGUSON** |
| | List the contract number of any government contract | **2642** | **2650 190TH STREET**<br>**CANBY, MN 56220** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **DAVID  FIER** |
| | List the contract number of any government contract | **2765** | **2744 360TH AVENUE**<br>**TAUNTON, MN 56291** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MIKE  FIER** |
| | List the contract number of any government contract | **2925** | **202 N. EISENHOWER STREET**<br>**MINNEOTA, MN 56264** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **FIERVIEW DAIRY** |
| | List the contract number of any government contract | **2844** | **3534 COUNTY HIGHWAY 8**<br>**TAUNTON, MN 56291** |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **TOM  FRENSKO** |
| | List the contract number of any government contract | **3050** | **2878 190TH AVENUE**<br>**IVANHOE, MN 56142** |

| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **DAVE  HENTGES** |
| | List the contract number of | **3555** | **106 1ST STREET E.**<br>**CANBY, MN 56220** |

Debtor 1  **PORTER ELEVATOR, INC.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|---|
| | | State the term remaining | | **BRIAN  HOFFMAN** |
| | | List the contract number of any government contract | 3712 | **2622 200TH AVENUE** **PORTER, MN 56280** |

| | 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|---|
| | | State the term remaining | | **CHUCK  HOFFMAN** |
| | | List the contract number of any government contract | 3713 | **1875 260TH STREET** **PORTER, MN 56280** |

| | 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|---|
| | | State the term remaining | | **COREY  HOFFMAN** |
| | | List the contract number of any government contract | 3792 | **2619 200TH AVENUE** **PORTER, MN 56280** |

| | 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|---|
| | | State the term remaining | | **VIOLET  JENSEN** |
| | | List the contract number of any government contract | 4590 | **PO BOX 142** **MILAN, MN 56262** |

| | 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|---|
| | | State the term remaining | | **DOUG  JERZAK** |
| | | List the contract number of any government contract | 4187 | **117 NORTH REBECCA STREET** **IVANHOE, MN 56142** |

| | 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **vDEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|---|
| | | | | **HENRY  JERZAK** **3821 250TH AVENUE** **PORTER, MN 56280** |

Debtor 1   **PORTER ELEVATOR, INC.**                                    Case number *(if known)* _____
First Name          Middle Name          Last Name

<span style="background:purple">    </span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining |  |  |
|---|---|---|---|
|  | List the contract number of any government contract | 4345 |  |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |  |
|---|---|---|---|
|  | State the term remaining |  | **JEROME  JERZAK** |
|  | List the contract number of any government contract | 4503 | **2873 COUNTY HIGHWAY 5 IVANHOE, MN 56142** |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |  |
|---|---|---|---|
|  | State the term remaining |  | **MARI  JOHNSON** |
|  | List the contract number of any government contract | 4592 | **820 BECKER AVENUE SW WILLMAR, MN 56201** |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |  |
|---|---|---|---|
|  | State the term remaining |  | **K & R FARMS** |
|  | List the contract number of any government contract | 4593 | **2961 250TH AVENUE CANBY, MN 56220** |

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |  |
|---|---|---|---|
|  | State the term remaining |  | **JAMES  KNOFF** |
|  | List the contract number of any government contract | 4898 | **202 S REBECCA STREET IVANHOE, MN 56142** |

| 2.3 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |  |
|---|---|---|---|
|  | State the term remaining |  | **VELVA  KNUTSON** |
|  | List the contract number of any government contract | 4977 | **356 2ND STREET DAWSON, MN 56232** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **PORTER ELEVATOR, INC.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3 9. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JOHN LALEMAN**<br>**3071 COUNTY HIGHWAY 5**<br>**IVANHOE, MN 56142** |
| | List the contract number of any government contract | **5205** | |

| 2.4 0. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JOE LARSON** |
| | List the contract number of any government contract | **5209** | |

| 2.4 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **ROGER LONGHENRY**<br>**3830 250TH AVENUE**<br>**PORTER, MN 56280** |
| | List the contract number of any government contract | **5530** | |

| 2.4 2. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **EVELYN LUNDGREN**<br>**2651 HIGHWAY 67**<br>**CANBY, MN 56220** |
| | List the contract number of any government contract | **5700** | |

| 2.4 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **ASHLEY MAMER**<br>**2124 250TH STREET**<br>**PORTER, MN 56280** |
| | List the contract number of any government contract | **6051** | |

| 2.4 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **BRIAN MAMER**<br>**2124 250TH STREET**<br>**PORTER, MN 56280** |
| | List the contract number of | **6040** | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1   **PORTER ELEVATOR, INC.**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **BRANDI  MERRITT** |
| | List the contract number of any government contract | 6265 | **2465 190TH AVENUE PORTER, MN 56280** |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **BRITTANY  MERRITT** |
| | List the contract number of any government contract | 6270 | **2465 190TH AVENUE PORTER, MN 56280** |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **JUSTIN  MERRITT** |
| | List the contract number of any government contract | 6557 | **2465 190TH AVENUE PORTER, MN 56280** |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **TODD  MERRITT** |
| | List the contract number of any government contract | 6715 | **2465 190TH AVENUE PORTER, MN 56280** |

| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **BRAD MILLER** |
| | List the contract number of any government contract | 6794 | **1735 250TH STREET PORTER, MN 56280** |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT, DEBTOR AS LICENSEE** | **MINNESOTA DEPT OF AGRICULTURE 625 ROBERT STREET N. SAINT PAUL, MN 55155-2538** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **PORTER ELEVATOR, INC.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

　**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract　**20064076** | |

| 2.5 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract　**6950** | **WAYNE & DUANE MONKE 2130 230TH AVENUE CANBY, MN 56220** |

| 2.5 2. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract　**6987** | **KEN MUHL 1234 380TH STREET TAUNTON, MN 56291** |

| 2.5 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract　**7031** | **PAUL NELSON 1635 180TH STREET CANBY, MN 56220** |

| 2.5 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract　**7050** | **STEVE NIESEN** |

| 2.5 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract　**7100** | **RANDY NOBLE 2508 220TH STREET ARCO, MN 56113** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **PORTER ELEVATOR, INC.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　　　　　Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **BRAD NOYES** |
| | List the contract number of any government contract | **7189** | **1863 270TH STREET** **PORTER, MN 56280** |

| 2.5 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **RICHARD NUYTTEN** |
| | List the contract number of any government contract | **7295** | **102 5TH STREET** **MINNEOTA, MN 56264** |

| 2.5 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **WAYNE AND GWEN PEDERSON** |
| | List the contract number of any government contract | **7979** | **2085 200TH AVENUE** **CANBY, MN 56220** |

| 2.5 9. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **ANDY PEHRSON** |
| | List the contract number of any government contract | **8058** | **1024 295TH AVENUE** **BOYD, MN 56218** |

| 2.6 0. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JIM PEHRSON** |
| | List the contract number of any government contract | **8137** | **2722 100TH STREET** **DAWSON, MN 56232** |

| 2.6 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **ROBERT PEHRSON** |
| | List the contract number of | **8216** | **3067 120TH STREET** **DAWSON, MN 56232** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor 1    **PORTER ELEVATOR, INC.**
    First Name        Middle Name        Last Name                      Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.6 2. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **RICK PESCH** |
| | List the contract number of any government contract | 8350 | **PO BOX 314 TAUNTON, MN 56291** |

| 2.6 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **MARK PESEK** |
| | List the contract number of any government contract | 8453 | **2794 160TH AVENUE PORTER, MN 56280** |

| 2.6 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **RICHARD PESEK** |
| | List the contract number of any government contract | 8374 | **1943 290TH STREET TAUNTON, MN 56291** |

| 2.6 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **SHIRLEY PETERSEN** |
| | List the contract number of any government contract | 8541 | |

| 2.6 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **BOB POLEJEWSKI** |
| | List the contract number of any government contract | 8575 | **3621 COUNTY ROAD 55 TAUNTON, MN 56291** |

| 2.6 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | **ADAM POPOWSKI 3064 230TH AVENUE IVANHOE, MN 56142** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **PORTER ELEVATOR, INC.**
_____   Case number *(if known)* _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | **8611** | |

| 2.6 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JOHN POPOWSKI** |
| | List the contract number of any government contract | **9006** | **2028 330TH STREET** **IVANHOE, MN 56142** |

| 2.6 9. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MARTIN  POPOWSKI** |
| | List the contract number of any government contract | **9080** | **3145 230TH AVENUE** **IVANHOE, MN 56142** |

| 2.7 0. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **SCOTT  POPOWSKI** |
| | List the contract number of any government contract | **9164** | **3150 COUNTY HIGHWAY 5** **IVANHOE, MN 56142** |

| 2.7 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **NATHANAEL  REHN** |
| | List the contract number of any government contract | **9320** | **10820 DYSART RD** **WATERLOO, IA 50701** |

| 2.7 2. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **ROST FARMS** |
| | List the contract number of any government contract | **9638** | **2986 250TH AVENUE** **IVANHOE, MN 56142** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1 **PORTER ELEVATOR, INC.**

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.7 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **S & K FARMS** |
| | List the contract number of any government contract | 9710 | **3878 170TH AVENUE CANBY, MN 56220** |

| 2.7 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **JAMES STELLMACH** |
| | List the contract number of any government contract | 10100 | **2168 COUNTY HIGHWAY 17 IVANHOE, MN 56142** |

| 2.7 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **LARRY STERZINGER** |
| | List the contract number of any government contract | 10191 | **2675 220TH AVENUE IVANHOE, MN 56142** |

| 2.7 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **WENDY STERZINGER** |
| | List the contract number of any government contract | 10270 | **2455 HENRY DRIVE IVANHOE, MN 56142** |

| 2.7 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **DEREK STOKS** |
| | List the contract number of any government contract | 10280 | **3878 170TH AVENUE CANBY, MN 56220** |

| 2.7 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **KEVIN SWEDZINSKI** |
| | List the contract number of | 10301 | **2792 360TH STREET TAUNTON, MN 56291** |

Debtor 1   **PORTER ELEVATOR, INC.**
First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | any government contract | |
|---|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **TOM  SWEDZINSKI** |
| | List the contract number of any government contract | **10349** | **2664 STATE HIGHWAY 68** <br> **PORTER, MN 56280** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **SARA SOVELL  UMBERGER** |
| | List the contract number of any government contract | **9805** | **132 TWIN OAKS LANE** <br> **BROOKINGS, SD 57006** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **SURETY BOND** | |
| | State the term remaining | **06-30-16** | **UNITED FIRE GROUP** |
| | List the contract number of any government contract | | **118 SECOND AVE SE** <br> **PO BOX 73909** <br> **CEDAR RAPIDS, IA 52407-3909** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT, DEBTOR AS LICENSEE** | |
| | State the term remaining | | **US DEPARTMENT OF AGRICULTURE** |
| | List the contract number of any government contract | **3-9390** | **ATTN NED BERGMAN** <br> **6501 BEACON DRIVE** <br> **KANSAS CITY, MO 64133-4675** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
| | State the term remaining | | **DAN  VANDEROSTYNE** |
| | List the contract number of any government contract | **10428** | **3824 230TH AVENUE** <br> **PORTER, MN 56280** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | **GARY  VANDEROSTYNE** <br> **3895 220TH AVENUE** <br> **PORTER, MN 56280** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1 **PORTER ELEVATOR, INC.**                                          Case number *(if known)*
_____
First Name         Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | 10507 |

---

| 2.8 5. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 10586 |

**GERALD VANDEROSTYNE
3934 US HIGHWAY 75
CANBY, MN 56220**

---

| 2.8 6. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 10665 |

**JIM VANDEROSTYNE
3284 230TH AVENUE
PORTER, MN 56280**

---

| 2.8 7. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 10744 |

**KAYLA VANDEROSTYNE
3284 230TH AVENUE
PORTER, MN 56280**

---

| 2.8 8. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 10823 |

**LEON VANDEROSTYNE
PO BOX 96
PORTER, MN 56280**

---

| 2.8 9. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 10852 |

**GENE VANDYKE
48232 185TH STREET
GARY, SD 57273**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **PORTER ELEVATOR, INC.**
　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9 0. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **GARY  VANOVERBEKE** |
| | List the contract number of any government contract | 11060 | **2582 STATE HIGHWAY 19 IVANHOE, MN 56142** |

| 2.9 1. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **SCOTT  VERHELST** |
| | List the contract number of any government contract | 11139 | **23371 190TH STREET CANBY, MN 56220** |

| 2.9 2. | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT FINANCE AGREEMENT, DEBTOR AS LESSEE** | |
|---|---|---|---|
| | State the term remaining | **4 YEARS** | **WESTERN EQUIPMENT FINANCE 503 HIGHWAY 2 WEST PO BOX 640 DEVILS LAKE, ND 58301** |
| | List the contract number of any government contract | | |

| 2.9 3. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **RYAN  WESTPHAL** |
| | List the contract number of any government contract | 11297 | **2258 210TH AVENUE CANBY, MN 56220** |

| 2.9 4. | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED PAYMENT GRAIN CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **GENE  ZINTER** |
| | List the contract number of any government contract | 15958 | **2315 110TH STREET CANBY, MN 56220** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
|  | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **MINNWEST BANK** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **WESTERN EQUIPMENT FINANCE** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **FIRST SECURITY BANK** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **HUNTINGTON NATIONAL BANK** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **STATE BANK OF TAUNTON** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **STATE BANK OF TAUNTON** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **PORTER ELEVATOR, INC.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7  **BRUCE TETRICK** | **1545 DICKSON DRIVE HENDRICKS, MN 56136** | **WESTERN EQUIPMENT FINANCE** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  __2.94__ |

---

**Fill in this information to identify the case:**

Debtor name   **PORTER ELEVATOR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other   **BUSINESS** | **$18,865,268.00** |
   | **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ☐ Operating a business<br>■ Other   **BUSINESS** | **$22,019,445.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **AG PROCESSING**<br>**SDS 12-1212**<br>**PO BOX 86**<br>**MINNEAPOLIS, MN 55486-1212** | 09-29-15<br>10-06-15<br>10-21-15 | **$19,647.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **AL SHEIK TRUCKING**<br>**2822 COUNTY ROAD 5**<br>**IVANHOE, MN 56142** | 09-29-15<br>10-07-15<br>11-03-15<br>11-11-15<br>11-16-15<br>11-25-15<br>12-03-15<br>12-08-15 | $16,739.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **ANDERSON, IVAN**<br>**2159 390TH STREET**<br>**PORTER, MN 56280** | 09-24-15<br>09-29-15<br>10-23-15<br>10-28-15<br>11-02-15<br>11-20-15<br>12-01-15 | $35,563.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.4. **BANKS, KEVIN**<br>**1702 COUNTY RD 4**<br>**LYND, MN 56157** | 10-02-15 | $14,772.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.5. **BILL'S COUNTRY REPAIR, LLC**<br>**47808 174TH STREET**<br>**CLEAR LAKE, SD 57226** | 11-10-15 | $28,224.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.6. **BORDEWYK, SHANE**<br>**3068 220TH AVENUE**<br>**TAUNTON, MN 56291** | 10-21-15<br>10-23-15 | $13,578.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.7. **BOULTON, DAVID**<br>**2632 STATE HIGHWAY 68**<br>**PORTER, MN 56280** | 10-23-15<br>10-29-15 | $37,174.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.8. **BRIGGS, BILL**<br>**2141 HIGHWAY 68**<br>**CANBY, MN 56220** | 09-29-15<br>10-05-15<br>10-15-15<br>12-07-15 | $92,474.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.9. **BRIGGS, NATALIE** | 12-04-15 | $27,194.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |

Debtor    **PORTER ELEVATOR, INC.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.10. | **BRIGGS, RON**<br>**2050 210TH STREET**<br>**CANBY, MN 56220** | **10-01-15**<br>**10-09-15**<br>**10-20-15**<br>**12-01-15**<br>**12-07-15** | **$76,471.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.11. | **BRIGGS, TOM**<br>**2272 200TH AVENUE**<br>**PORTER, MN 56280** | **10-07-15**<br>**10-08-15**<br>**10-23-15**<br>**10-30-15**<br>**11-09-15**<br>**12-01-15**<br>**12-04-15**<br>**12-07-15** | **$253,902.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.12. | **CITTERMAN, JESSE**<br>**402 N. MAIN STREET**<br>**TAUNTON, MN 56291** | **10-19-15**<br>**10-23-15** | **$39,529.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.13. | **CONERS, EDDIE**<br>**3928 150TH AVENUE**<br>**CANBY, MN 56220** | **11-23-15** | **$193,697.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.14. | **DEVOS, JEROME**<br>**309 2ND STREET W.**<br>**CANBY, MN 56220** | **12-10-15** | **$6,740.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.15. | **DRIETZ, JOE**<br>**IVANHOE, MN** | **11-17-15** | **$6,825.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.16. | **DYBSETTER FARMS**<br>**2501 170TH AVENUE**<br>**PORTER, MN 56280** | **10-21-15**<br>**10-23-15** | **$40,937.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.17. | **DYBSETTER, LARRY**<br>**115 SUNRISE AVENUE**<br>**PORTER, MN 56280** | **11-12-15**<br>**11-24-15** | **$63,991.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |

Debtor   **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.18. **EVANS, DWAYNE**<br>2121 260TH STREET<br>IVANHOE, MN 56142 | 11-04-15 | $14,470.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.19. **FALES, LISA**<br>1910 220TH STREET<br>CANBY, MN 56220 | 10-08-15<br>10-16-15<br>10-23-15<br>11-06-15<br>11-11-15<br>11-24-15<br>12-04-15<br>12-06-15 | $294,278.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.20. **FEDERATED INSURANCE**<br>PO BOX 64304<br>SAINT PAUL, MN 55164-0304 | 10-01-15<br>10-29-15<br>10-30-15<br>12-03-15 | $20,561.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.21. **FERGUSON, JIM**<br>2650 190TH STREET<br>CANBY, MN 56220 | 11-17-15 | $35,567.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.22. **FIER, DAVID**<br>2744 360TH AVENUE<br>TAUNTON, MN 56291 | 10-29-15 | $15,582.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.23. **FIER, SCOTT**<br>3788 260TH AVENUE<br>PORTER, MN 56280 | 10-06-15 | $19,849.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.24. **FIERVIEW DAIRY**<br>3534 COUNTY HIGHWAY 8<br>TAUNTON, MN 56291 | 12-03-15 | $8,073.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **FORM A FEED**<br>**740 BOWMAN STREET**<br>**PO BOX 9**<br>**STEWART, MN 55385** | **09-25-15**<br>**09-30-15**<br>**10-12-15**<br>**10-13-15**<br>**10-14-15**<br>**10-21-15**<br>**10-23-15**<br>**10-28-15**<br>**10-30-15**<br>**11-06-15**<br>**11-12-15**<br>**11-19-15**<br>**11-25-15**<br>**12-03-15**<br>**12-04-15**<br>**12-10-15** | **$171,327.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |
| 3.26. **FRONTIER FORD**<br>**ATTN RICHARD NUYTTEN**<br>**102 5TH STREET**<br>**MINNEOTA, MN 56264** | **10-20-15** | **$31,002.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |
| 3.27. **HAUNSCHILD, RICHARD**<br>**2198 COUNTY HIGHWAY 19**<br>**PORTER, MN 56280** | **10-15-15**<br>**10-30-15**<br>**12-04-15** | **$30,068.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |
| 3.28. **HAUNSCHILD, RANDY**<br>**3569 COUNTY HIGHWAY 5**<br>**PORTER, MN 56280** | **12-03-15**<br>**12-04-15** | **$121,217.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |
| 3.29. **HAUNSCHILD, RYAN**<br>**3569 COUNTY HIGHWAY 5**<br>**PORTER, MN 56280** | **10-21-15**<br>**12-03-15** | **$61,653.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |
| 3.30. **HENNEN, PAUL**<br>**2109 108TH AVENUE**<br>**HENDRICKS, MN 56136** | **11-06-15** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |
| 3.31. **HENTGES, TIM**<br>**2102 200TH STREET**<br>**CANBY, MN 56220** | **10-27-15**<br>**10-28-15** | **$9,086.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**GRAIN PURCHASE**__ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **PORTER ELEVATOR, INC.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.32. **HENTGES, TONY**<br>2042 200TH STREET<br>CANBY, MN 56220 | 10-13-15 | $6,303.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.33. **HUBBARD FEEDS**<br>111 W CHERRY STREET<br>MANKATO, MN 56001 | 09-24-15<br>09-29-15<br>10-12-15<br>11-06-15<br>11-16-15<br>11-27-15 | $26,838.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.34. **INDEPENDENT OIL**<br>106 1ST STREET EAST<br>CANBY, MN 56220 | 10-13-15<br>11-10-15<br>12-08-15 | $16,700.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.35. **JANISZESKI, RANDY**<br>3541 COUNTY ROAD 5<br>PORTER, MN 56280 | 10-13-15 | $69,803.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.36. **JEREMIASON, GUY**<br>PO BOX 118<br>MINNEOTA, MN 56264 | 11-27-15 | $23,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.37. **JERZAK, DAN**<br>3227 COUNTY HIGHWAY 7<br>IVANHOE, MN 56142 | 10-29-15 | $51,392.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.38. **JERZAK, DOUG**<br>117 NORTH REBECCA STREET<br>IVANHOE, MN 56142 | 10-06-15<br>11-23-15 | $13,920.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.39. **KJERGAARD, STEVE**<br>1951 200TH AVENUE<br>LAKE BENTON, MN 56149 | 11-12-15 | $2,296.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.40. | **KONTZ, JIM**<br>**214 W COLLEGE DRIVE**<br>**MARSHALL, MN 56258** | **10-13-15**<br>**10-30-15** | **$17,066.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **GRAIN PURCHASE** _ |
| 3.41. | **KONTZ, STEVE**<br>**11903 N 179TH STREET**<br>**BENNINGTON, NE 68007** | **10-13-15**<br>**10-30-15** | **$17,066.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **GRAIN PURCHASE** _ |
| 3.42. | **KOPITZKE, MARK**<br>**2556 400TH STREET**<br>**CLARKFIELD, MN 56223** | **09-30-15**<br>**10-30-15** | **$45,227.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.43. | **LONGHENRY, ROGER**<br>**3830 250TH AVENUE**<br>**PORTER, MN 56280** | **09-29-15**<br>**11-02-15** | **$23,318.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **GRAIN PURCHASE** _ |
| 3.44. | **LONGHENRY, TRAVIS**<br>**3830 250TH AVENUE**<br>**PORTER, MN 56280** | **10-29-15** | **$7,798.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **GRAIN PURCHASE** _ |
| 3.45. | **LOZINSKI, SUE**<br>**3595 US HIGHWAY 7**<br>**CANBY, MN 56220** | **10-01-15**<br>**10-08-15**<br>**10-19-15**<br>**11-02-15**<br>**11-11-15**<br>**11-12-15**<br>**11-16-15**<br>**11-17-15**<br>**11-20-15**<br>**11-30-15**<br>**12-04-15** | **$147,244.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **GRAIN PURCHASE** _ |
| 3.46. | **MERRITT, TODD**<br>**2465 190TH AVENUE**<br>**PORTER, MN 56280** | **10-30-15**<br>**12-03-15** | **$34,979.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **GRAIN PURCHASE** _ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.47. **MHM**<br>PO BOX 30<br>MILBANK, SD 57252 | 11-25-15 | $9,491.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.48. **MINNESOTA CORN COUNCIL**<br>PO BOX 236<br>BLUE EARTH, MN 56013-9987 | 10-09-15<br>11-11-15<br>12-10-15 | $7,253.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ GRAIN PURCHASE_ |
| 3.49. **MINNESOTA FEEDS**<br>PO BOX 180<br>GRANITE FALLS, MN 56241 | 09-24-15<br>11-11-15<br>12-08-15 | $11,418.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. **MINNESOTA SOYBEAN COUNCIL**<br>PO BOX 3385<br>MANKATO, MN 56002 | 10-12-15<br>11-11-15<br>12-10-15 | $6,841.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ GRAIN PURCHASE_ |
| 3.51. **MORIARTY, JESS**<br>102 5TH STREET<br>MINNEOTA, MN 56264 | 12-09-15 | $51,695.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ GRAIN PURCHASE_ |
| 3.52. **MUHL FARMS TRUCKING**<br>1400 COUNTY ROAD 10<br>MINNEOTA, MN 56264 | 09-29-15<br>10-05-15<br>10-12-15<br>10-19-15<br>10-26-15<br>11-02-15<br>11-09-15<br>11-24-15<br>12-03-15<br>12-07-15 | $13,939.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.53. **NELSON, PAUL**<br>1635 180TH STREET<br>CANBY, MN 56220 | 11-04-15<br>11-12-15<br>11-18-15<br>11-20-15<br>11-24-15<br>11-30-15 | $147,743.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ GRAIN PURCHASE_ |

Debtor   **PORTER ELEVATOR, INC.**                          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.54. | **NEW VISION**<br>**38438 210TH ST**<br>**BREWSTER, MN 56119** | **09-24-15**<br>**10-05-15**<br>**10-12-15**<br>**10-20-15**<br>**10-30-15**<br>**11-10-15**<br>**12-08-15** | **$55,833.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.55. | **NUYTTEN, PAUL**<br>**102 5TH STREET**<br>**MINNEOTA, MN 56264** | **12-09-15** | **$24,827.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.56. | **NUYTTEN, RICHARD**<br>**102 5TH STREET**<br>**MINNEOTA, MN 56264** | **10-13-15**<br>**10-20-15**<br>**12-09-15** | **$97,819.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.57. | **OTTER TAIL POWER**<br>**PO BOX 570**<br>**MORRIS, MN 56267** | **10-19-15**<br>**11-16-15**<br>**12-09-15** | **$9,715.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.58. | **PANKA, GENE**<br>**3544 US HIGHWAY 75**<br>**CANBY, MN 56220** | **11-17-15** | **$12,790.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.59. | **PEDERSON, WAYNE AND GWEN**<br>**2085 200TH AVENUE**<br>**CANBY, MN 56220** | **10-06-15** | **$80,197.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.60. | **PEHRSON, JIM**<br>**2722 100TH STREET**<br>**DAWSON, MN 56232** | **09-30-15** | **$7,902.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.61. | **PENN MILLERS INSURANCE**<br>**COMPANY**<br>**PO BOX P**<br>**WILKES BARRE, PA 18773-0016** | **09-24-15**<br>**11-25-15** | **$25,784.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.62. | **PESEK, MARK**<br>**2794 160TH AVENUE**<br>**PORTER, MN 56280** | **12-03-15** | **$8,229.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.63. | **PESEK, RICHARD**<br>**1943 290TH STREET**<br>**TAUNTON, MN 56291** | **10-01-15**<br>**10-21-15**<br>**12-07-15** | **$18,295.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.64. | **PETERSEN, LAWRENCE**<br>**2379 COUNTY HIGHWAY 16**<br>**PORTER, MN 56280** | **10-15-15**<br>**10-27-15**<br>**11-19-15** | **$14,470.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.65. | **POLEJEWSKI, BOB**<br>**3621 COUNTY ROAD 55**<br>**TAUNTON, MN 56291** | **10-29-15**<br>**11-20-15**<br>**11-24-15** | **$22,214.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _GRAIN PURCHASE_ |
| 3.66. | **PRAIRIE FEEDS & TRUCKING, LLC**<br>**PO BOX 299**<br>**MILFORD, IA 51351** | **09-25-15**<br>**10-02-15**<br>**10-12-15**<br>**10-19-15**<br>**10-28-15**<br>**10-30-15**<br>**11-06-15**<br>**11-16-15**<br>**11-20-15**<br>**11-27-15**<br>**12-04-15** | **$85,654.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. | **S & K FARMS**<br>**3878 170TH AVENUE**<br>**CANBY, MN 56220** | **10-19-15**<br>**11-13-15** | **$19,684.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. | **SCOTT VERHELST TRUCKING, INC.**<br>**2337 190TH STREET**<br>**PO BOX 151**<br>**CANBY, MN 56220** | **10-26-15**<br>**11-02-15**<br>**11-09-15**<br>**11-16-15**<br>**11-20-15**<br>**12-03-15** | **$10,018.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.69. **STATE BANK OF TAUNTON**<br>PO BOX 398<br>TAUNTON, MN 56291 | 09-28-15<br>10-29-15<br>11-25-15 | $18,887.37 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.70. **VANDEROSTYNE, LEON**<br>PO BOX 96<br>PORTER, MN 56280 | 11-16-15<br>12-09-15 | $111,268.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.71. **VANDEROSTYNE, RICK**<br>1375 250TH AVENUE<br>CANBY, MN 56220 | 12-04-15 | $31,422.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.72. **VANOVERBEKE, GARY**<br>2582 STATE HIGHWAY 19<br>IVANHOE, MN 56142 | 10-29-15<br>12-02-15 | $31,150.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.73. **VERHELST, JIM**<br>1661 170TH STREET<br>CANBY, MN 56220 | 10-05-15<br>10-23-15 | $26,795.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.74. **WAHL, ALEX**<br>1865 180TH AVENUE<br>CANBY, MN 56220 | 10-08-15 | $7,301.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.75. **WAHL, TRAVIS**<br>1865 180TH STREET<br>CANBY, MN 56220 | 10-01-15<br>10-08-15<br>11-02-15<br>11-25-15 | $39,786.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_GRAIN PURCHASE_ |
| 3.76. **WESTERN CONSOLIDATED**<br>BOX 78<br>HOLLOWAY, MN 56249 | 11-16-15<br>11-25-15<br>11-27-15<br>12-04-15 | $28,897.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **PORTER ELEVATOR, INC.** _____ Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.77. **WESTPHAL, RYAN**<br>2258 210TH AVENUE<br>CANBY, MN 56220 | 11-06-15 | $48,706.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.78. **WOLLUM, JON**<br>2177 COUNTY HIGHWAY 16<br>PORTER, MN 56280 | 09-24-15<br>10-16-15<br>10-23-15 | $218,379.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.79. **WOLLUM, KRIST**<br>3912 COUNTY ROAD 109<br>PORTER, MN 56280 | 09-24-15<br>10-07-15<br>10-16-15<br>10-23-15<br>11-06-15<br>12-06-15<br>12-08-15 | $496,144.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **GRAIN PURCHASE** |
| 3.80. **WOOD AND CONN**<br>PO BOX 187<br>REDWOOD FALLS, MN 56283 | 10-01-15<br>12-03-15 | $6,634.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.81. **YELLOW MEDICINE COUNTY TREASURER**<br>415 9TH AVENUE STE 102<br>GRANITE FALLS, MN 56241-1367 | 10-01-15 | $7,621.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.82. **ZINTER, GENE**<br>2315 110TH STREET<br>CANBY, MN 56220 | 09-25-15<br>10-15-15<br>10-29-15<br>11-30-15 | $45,397.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **BRUCE TETRICK**<br>1545 DICKSON DRIVE<br>HENDRICKS, MN 56136<br>PRESIDENT | SEE<br>ATTACHED<br>SOFA<br>EXHIBIT 4 | $78,750.00 | WAGES |

Debtor    **PORTER ELEVATOR, INC.**    Case number *(if known)* _____

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

   | | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|---|
   | 9.1. | **LINCOLN COUNTY RIBBON AUCTION** | **GIFT** | 08-02-14;<br>08-03-14;<br>08-03-15;<br>08-10-14 | **$5,400.00** |
   | | **Recipients relationship to debtor**<br>**NONE** | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A.**<br>**80 S. EIGHTH STREET, SUITE 4545**<br>**MINNEAPOLIS, MN 55402-2225**<br>**MINNEAPOLIS, MN 55402-2225** | **Attorney Fees** | **12-10-15** | **$15,000.00** |
| | **Email or website address**<br>**mfmcgrath@ravichmeyer.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

Debtor    **PORTER ELEVATOR, INC.**
Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **STATE BANK OF TAUNTON PO BOX 398 TAUNTON, MN 56291** | **BRUCE TETRICK 1545 DICKSON DRIVE HENDRICKS, MN 56136** | **PAST FINANCIAL STATEMENTS** | ☐ No ■ Yes |
| | **AVIS HASERT PO BOX 214 MINNEOTA, MN 56264 PO BOX 398 TAUNTON, MN 56291** | | |

Debtor    **PORTER ELEVATOR, INC.**                                    Case number *(if known)* _____

---

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **IVAN ANDERSON**<br>**2159 390TH STREET**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **DOUG ANDERSON**<br>**2536 160TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **KEVIN BANKS**<br>**1702 COUNTY RD 4**<br>**LYND, MN 56157** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **SCOTT BAUNE**<br>**2161 260TH STREET**<br>**MARSHALL, MN 56258** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **DAVID BOULTON**<br>**2632 STATE HIGHWAY 68**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **BILL BRIGGS**<br>**2141 HIGHWAY 68**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **ROGER BROGAARD**<br>**2406 220TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **ROBERT BUELTEL**<br>**1839 290TH STREET N.**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Debtor    **PORTER ELEVATOR, INC.** _____    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RICHARD BUYSSE**<br>**3805 COUNTY RD 3**<br>**MINNEOTA, MN 56264** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **STEVE CITTERMAN**<br>**1943 COUNTY HIGHWAY 17**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **EDDIE CONERS**<br>**3928 150TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JEROME DEVOS**<br>**309 2ND STREET W.**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **NANCY DEVOS**<br>**309 2ND STREET W.**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **PAUL DILLON**<br>**3864 COUNTY HIGHWAY 7**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **LEE DOERING**<br>**2403 S LE HOMME DIEU DR NE**<br>**ALEXANDRIA, MN 56308-7514** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DAVID DRIETZ**<br>**2269 COUNTY HIGHWAY 18**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MIKE DRIETZ**<br>**3627 170TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **HARLAN ESPING**<br>**3836 250TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DWAYNE AND JOYCE EVANS**<br>**2121 260TH STREET**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JIM FERGUSON**<br>**2650 190TH STREET**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**                                                  Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DAVID FIER**<br>**2744 360TH AVENUE**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIERVIEW DAIRY**<br>**3534 COUNTY HIGHWAY 8**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MIKE FIER**<br>**202 N. EISENHOWER STREET**<br>**MINNEOTA, MN 56264** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TOM FRENSKO**<br>**2878 190TH AVENUE**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DAVE HENTGES**<br>**106 1ST STREET E.**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BRIAN HOFFMAN**<br>**2622 200TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **CHUCK HOFFMAN**<br>**1875 260TH STREET**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **COREY HOFFMAN**<br>**2619 200TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **HENRY JERZAK**<br>**3821 250TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MARI JOHNSON**<br>**820 BECKER AVENUE SW**<br>**WILLMAR, MN 56201** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **K & R FARMS**<br>**2961 250TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JAMES KNOFF**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **PORTER ELEVATOR, INC.**                                                                     Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JOE LARSON** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ROGER LONGHENRY** **3830 250TH AVENUE** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **EVELYN LUNDGREN** **2651 HIGHWAY 67** **CANBY, MN 56220** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BRIAN MAMER** **2124 250TH STREET** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BRANDI MERRITT** **2465 190TH AVENUE** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BRITTANY MERRITT** **2465 190TH AVENUE** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JUSTIN MERRITT** **2465 190TH AVENUE** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TODD MERRITT** **2465 190TH AVENUE** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BRAD MILLER** **1735 250TH STREET** **PORTER, MN 56280** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **WAYNE & DUANE MONKE** **2130 230TH AVENUE** **CANBY, MN 56220** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **STEVE NIESEN** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RANDY NOBLE** **2508 220TH STREET** **ARCO, MN 56113** | **104 PRAIRIE AVENUE S.** **PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **PORTER ELEVATOR, INC.** _____ Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RICHARD NUYTTEN**<br>**102 5TH STREET**<br>**MINNEOTA, MN 56264** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **WAYNE AND GWEN PEDERSON**<br>**2085 200TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JIM PEHRSON**<br>**2722 100TH STREET**<br>**DAWSON, MN 56232** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RICK PESCH**<br>**PO BOX 314**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RICHARD PESEK**<br>**1943 290TH STREET**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MARK PESEK**<br>**2794 160TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BOB POLEJEWSKI**<br>**3621 COUNTY ROAD 55**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ADAM POPOWSKI**<br>**3064 230TH AVENUE**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JOHN POPOWSKI**<br>**2028 330TH STREET**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MARTIN POPOWSKI**<br>**3145 230TH AVENUE**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SCOTT POPOWSKI**<br>**3150 COUNTY HIGHWAY 5**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ROST FARMS**<br>**2986 250TH AVENUE**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Debtor    **PORTER ELEVATOR, INC.** _____  Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **S & K FARMS**<br>**3878 170TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SARA SOVELL UMBERGER**<br>**132 TWIN OAKS LANE**<br>**BROOKINGS, SD 57006** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JAMES STELLMACH**<br>**2168 COUNTY HIGHWAY 17**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **LARRY STERZINGER**<br>**2675 220TH AVENUE**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **WENDY STERZINGER**<br>**2455 HENRY DRIVE**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DEREK STOKS**<br>**3878 170TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **KEVIN SWEDZINSKI**<br>**2792 360TH STREET**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GARY VANDEROSTYNE**<br>**3895 220TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GERALD VANDEROSTYNE**<br>**3934 US HIGHWAY 75**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JIM VANDEROSTYNE**<br>**3284 230TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **LEON VANDEROSTYNE**<br>**PO BOX 96**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GARY VANOVERBEKE**<br>**2582 STATE HIGHWAY 19**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Debtor    **PORTER ELEVATOR, INC.**                                                          Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SCOTT VERHELST**<br>**23371 190TH STREET**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **RYAN WESTPHAL**<br>**2258 210TH AVENUE**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **GENE ZINTER**<br>**2315 110TH STREET**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **LARRY DYBSETTER**<br>**115 SUNRISE AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **DOUG JERZAK**<br>**117 NORTH REBECCA STREET**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **JEROME JERZAK**<br>**2873 COUNTY HIGHWAY 5**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **VELVA KNUTSON**<br>**356 2ND STREET**<br>**DAWSON, MN 56232** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **JOHN LALEMAN**<br>**3071 COUNTY HIGHWAY 5**<br>**IVANHOE, MN 56142** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **ASHLEY MAMER**<br>**2124 250TH STREET**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **KEN MUHL**<br>**1234 380TH STREET**<br>**TAUNTON, MN 56291** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **PAUL NELSON**<br>**1635 180TH STREET**<br>**CANBY, MN 56220** | **104 PRAIRIE AVENUE S.**<br>**CANBY, MN 56220** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **ANDY PEHRSON**<br>**1024 295TH AVENUE**<br>**BOYD, MN 56218** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**                                        Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ROBERT PEHRSON**<br>**3067 120TH STREET**<br>**DAWSON, MN 56232** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SHIRLEY PETERSEN**<br>**1656 270TH STREET**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TOM SWEDZINSKI**<br>**2664 STATE HIGHWAY 68**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DAN VANDEROSTYNE**<br>**3824 230TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **KAYLA VANDEROSTYNE**<br>**3284 230TH AVENUE**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BRAD NOYES**<br>**1863 270TH STREET**<br>**PORTER, MN 56280** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **NATHANAEL REHN**<br>**10820 DYSART RD**<br>**WATERLOO, IA 50701** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GENE VANDYKE**<br>**48232 185TH STREET**<br>**GARY, SD 57237** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **VIOLET JENSEN**<br>**PO BOX 142**<br>**MILAN, MN 56262** | **104 PRAIRIE AVENUE S.**<br>**PORTER, MN 56280** | **SEE ATTACHED EXHIBIT 21** | **$0.00** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

Debtor    **PORTER ELEVATOR, INC.**                                                      Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **JACQUELYN PAULSEN** **212 RENO AVENUE N.** **CANBY, MN 56220** | **01-2015 - 12-2015** |
| 26a.2.   **DENNIS E. OBERLOH CPA** **PO BOX 186** **REDWOOD FALLS, MN 56283** | **2012 - 2014** |
| 26a.3.   **NICOLE PETERSEN** **2379 COUNTY HIGHWAY 16** **PORTER, MN 56280** | **2012 - 2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **DENNIS E. OBERLOH CPA** **PO BOX 186** **REDWOOD FALLS, MN 56283** | **2012 - 2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor    **PORTER ELEVATOR, INC.**                                        Case number *(if known)*

---

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **DENNIS E. OBERLOH CPA**<br>**PO BOX 186**<br>**REDWOOD FALLS, MN 56283** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **BREMER INSURANCE AGENCIES INC**<br>**208 E COLLEGE DRIVE**<br>**MARSHALL, MN 56258** |
| 26d.2.    **FCSTONE**<br>**230 S. LASALLE, SUITE 500**<br>**CHICAGO, IL 60604** |
| 26d.3.    **FIRST SECURITY BANK**<br>**PO BOX 469**<br>**SLEEPY EYE, MN 56085** |
| 26d.4.    **HUNTINGTON NATIONAL BANK**<br>**41 S HIGH STREET, HC0729**<br>**COLUMBUS, OH 43215** |
| 26d.5.    **MINNWEST BANK**<br>**301 BASELINE RD**<br>**HENDRICKS, MN 56136** |
| 26d.6.    **STATE BANK OF TAUNTON**<br>**PO BOX 398**<br>**TAUNTON, MN 56291** |
| 26d.7.    **UPPER MINNESOTA VALLEY**<br>**REGIONAL DEVELOPMENT COM**<br>**323 W SCHLIEMAN AVE**<br>**APPLETON, MN 56208** |
| 26d.8.    **WESTERN EQUIPMENT FINANCE**<br>**503 HIGHWAY 2 WEST**<br>**PO BOX 640**<br>**DEVILS LAKE, ND 58301** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No
�■    Yes. Give the details about the two most recent inventories.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **USDA** | **12-18-15** | **UNKNOWN** |

Name and address of the person who has possession of inventory records

**US DEPARTMENT OF AGRICULTURE**
**ATTN NED BERGMAN**
**6501 BEACON DRIVE**
**KANSAS CITY, MO 64133-4675**

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **USDA** | **01-12-15** | **UNKNOWN** |

Name and address of the person who has possession of inventory records

**US DEPARTMENT OF AGRICULTURE**
**ATTN NED BERGMAN**
**6501 BEACON DRIVE**
**KANSAS CITY, MO 64133-4675**

| | | Date of inventory | |
|---|---|---|---|
| 27.3. | **USDA** | **02-12-14** | **UNKNOWN** |

Name and address of the person who has possession of inventory records

**US DEPARTMENT OF AGRICULTURE**
**ATTN NED BERGMAN**
**6501 BEACON DRIVE**
**KANSAS CITY, MO 64133-4675**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRUCE TETRICK** | **1545 DICKSON DRIVE**<br>**HENDRICKS, MN 56136** | **PRESIDENT** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **PORTER ELEVATOR, INC.**

Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **BRUCE TETRICK**<br>**1545 DICKSON DRIVE**<br>**HENDRICKS, MN 56136** | **SEE ATTACHED EXHIBIT 4** | | **WAGES** |
| | **Relationship to debtor**<br>**PRESIDENT** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2015**

**/s/ BRUCE TETRICK**                                            **BRUCE TETRICK**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# EXHIBIT 4
## TO
## STATEMENT OF FINANCIAL AFFAIRS

```
REPORT: PRHS01                        EMPLOYEE HISTORY SUMMARY REPORT                              Page:   1
TIME .: 09:47 12/22/2015                    PORTER ELEVATOR INC.
```

| EMPLOYEE CHECK DATE NUMB/TYPE | GROSS NET SUBJECT TO AMOUNTS | FICA | MEDICARE | FEDERAL | STATE | CITY | OTHER | VOL DEDUCTS | FEDERAL | STATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WITHOLDING | | | | | | UNEMPLOYMENT | |

1 BRUCE TETRICK 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  LOCATION: 0110000

| | GROSS/NET | FICA | MEDICARE | FEDERAL | STATE | CITY | OTHER | VOL DEDUCTS | FED | STATE |
|---|---|---|---|---|---|---|---|---|---|---|
| >1ST QTD: | 9100.00 | 564.20 | 131.95 | 1151.99 | 488.74 | .00 | .00 | .00 | 42.00 | .00 < |
| | 6763.12 | 9100.00 | 9100.00 | 9100.00 | 9100.00 | .00 | .00 | | 7000.00 | 9100.00 |
| >2ND QTD: | 7800.00 | 483.60 | 113.10 | 987.42 | 418.92 | .00 | .00 | .00 | .00 | .00 < |
| | 5796.96 | 7800.00 | 7800.00 | 7800.00 | 7800.00 | .00 | .00 | | .00 | 7800.00 |
| >3RD QTD: | 24100.00 | 1494.20 | 349.45 | 3132.21 | 1802.12 | .00 | .00 | .00 | .00 | .00 < |
| | 17322.02 | 24100.00 | 24100.00 | 24100.00 | 24100.00 | .00 | .00 | | .00 | 12100.00 |
| 12/08/2014 | 1300.00 | 80.60 | 18.85 | 164.57 | 69.82 | .00 | .00 | .00 | .00 | .00 |
| CK00006493 | 966.16 | 1300.00 | 1300.00 | 1300.00 | 1300.00 | .00 | .00 | | .00 | .00 |
| 12/22/2014 | 2500.00 | 155.00 | 36.25 | 443.99 | 154.42 | .00 | .00 | .00 | .00 | .00 |
| CK00006502 | 1710.34 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | .00 |
| >4TH QTD: | 9000.00 | 558.00 | 130.50 | 1266.84 | 503.52 | .00 | .00 | .00 | .00 | .00 < |
| | 6541.14 | 9000.00 | 9000.00 | 9000.00 | 9000.00 | .00 | .00 | | .00 | .00 |
| 2014>YTD: | 50000.00 | 3100.00 | 725.00 | 6538.46 | 3213.30 | .00 | .00 | .00 | 42.00 | .00 < |
| | 36423.24 | 50000.00 | 50000.00 | 50000.00 | 50000.00 | .00 | .00 | | 7000.00 | 29000.00 |
| 01/05/2015 | 2500.00 | 155.00 | 36.25 | 443.99 | 154.42 | .00 | .00 | .00 | 15.00 | .00 |
| CK00006507 | 1710.34 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | 2500.00 | 2500.00 |
| 01/19/2015 | 2500.00 | 155.00 | 36.25 | 443.99 | 154.42 | .00 | .00 | .00 | 15.00 | .00 |
| CK00006512 | 1710.34 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | 2500.00 | 2500.00 |
| 02/02/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | 12.00 | 33.00 |
| CK00006518 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | 2000.00 | 2500.00 |
| 02/16/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006524 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 03/02/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006531 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 03/16/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006539 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 03/30/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006547 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| >1ST QTD: | 17500.00 | 1085.00 | 253.75 | 3093.53 | 1076.94 | .00 | .00 | .00 | 42.00 | 165.00 < |
| | 11990.78 | 17500.00 | 17500.00 | 17500.00 | 17500.00 | .00 | .00 | | 7000.00 | 17500.00 |
| 04/13/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006555 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 04/27/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006563 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 05/11/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006571 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 05/26/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |
| CK00006579 | 1714.02 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | .00 | .00 | | .00 | 2500.00 |
| 06/08/2015 | 2500.00 | 155.00 | 36.25 | 441.11 | 153.62 | .00 | .00 | .00 | .00 | 33.00 |

```
REPORT: PRHS01                         EMPLOYEE HISTORY SUMMARY REPORT                              Page:   2
TIME .: 09:47 12/22/2015                      PORTER ELEVATOR INC.
==============================================================================================================
EMPLOYEE           ------------------------ WITHOLDING ------------------------   VOL  --- UNEMPLOYMENT ----
 CHECK DATE     GROSS      FICA   MEDICARE   FEDERAL    STATE     CITY    OTHER   DEDUCTS   FEDERAL    STATE
 NUMB/TYPE       NET SUBJECT TO AMOUNTS
==============================================================================================================
 CK00006586    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00    2500.00


 06/22/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006593    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 >2ND QTD:    15000.00    930.00   217.50   2646.66   921.72     .00      .00      .00       .00     165.00 <
              10284.12  15000.00 15000.00  15000.00 15000.00     .00      .00                .00   12500.00


 07/06/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006600    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 07/20/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006608    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 08/03/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006615    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 08/17/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006623    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 08/31/2015   15000.00    930.00   217.50   2767.20   853.25     .00      .00      .00       .00       .00
 CK00006629   10232.05  15000.00 15000.00  15000.00 15000.00     .00      .00                .00       .00


 08/31/2015    2500.00    155.00    36.25      .00      .00      .00      .00      .00       .00       .00
 CK00006629    2308.75   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 09/14/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006636    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 09/28/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006645    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 >3RD QTD:    32500.00   2015.00   471.25   5413.86  1774.97     .00      .00      .00       .00       .00 <
              22824.92  32500.00 32500.00  32500.00 32500.00     .00      .00                .00       .00


 10/12/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006655    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 10/26/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006664    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 11/09/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006609    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 11/23/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006617    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 12/07/2015    2500.00    155.00    36.25    441.11   153.62     .00      .00      .00       .00       .00
 CK00006631    1714.02   2500.00  2500.00   2500.00  2500.00     .00      .00                .00       .00


 12/10/2015    1250.00     77.50    18.13    156.49    65.50     .00      .00      .00       .00       .00
 CK00006639     932.38   1250.00  1250.00   1250.00  1250.00     .00      .00                .00       .00


 >4TH QTD:    13750.00    852.50   199.38   2362.04   833.60     .00      .00      .00       .00       .00 <
               9502.48  13750.00 13750.00  13750.00 13750.00     .00      .00                .00       .00


 2015>YTD:    78750.00   4882.50  1141.88  13516.09  4607.23     .00      .00      .00     42.00     330.00 <
              54602.30  78750.00 78750.00  78750.00 78750.00     .00      .00             7000.00  30000.00
```

LOCAL FORM  1007-1
REVISED  12/15

# United States Bankruptcy Court
## District of Minnesota

In re   **PORTER ELEVATOR, INC.** _____     Case No. _____

Debtor(s)         Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept  ........................... | $ | **15,000.00** |
| Prior to the filing of this statement I have received  .............. | $ | **15,000.00** |
| Balance Due  ........................................................................ | $ | **0.00** |

2.    The source of the compensation paid to me was:
   ■   Debtor                    ☐   Other (specify)

3.    The source of the compensation to be paid to me is:
   ■   Debtor                    ☐   Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   (a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   (b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   (c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   (d) Representation of the debtor in contested bankruptcy matters; and

   (e) Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Local Form 1007-1

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **December 23, 2015**

Signature of Attorney
**/s/ MICHAEL F McGRATH**

**MICHAEL F McGRATH 168610**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### District of Minnesota

In re    **PORTER ELEVATOR, INC.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 23, 2015**

**/s/ BRUCE TETRICK**

**BRUCE TETRICK/PRESIDENT**
Signer/Title

AGRICHARTS
209 W JACKSON 2ND FL
CHICAGO IL 60606


AL SHEIK TRUCKING
2822 COUNTY ROAD 5
IVANHOE MN 56142


DOUG  ANDERSON
2536 160TH AVENUE
PORTER MN 56280


IVAN  ANDERSON
2159 390TH STREET
PORTER MN 56280


KEVIN  BANKS
1702 COUNTY RD 4
LYND MN 56157


SCOTT  BAUNE
2161 260TH STREET
MARSHALL MN 56258


DAVID  BOULTON
2632 STATE HIGHWAY 68
PORTER MN 56280


BREMER INSURANCE AGENCIES INC
633 S CONCORD ST STE 225
PO BOX 198
SOUTH SAINT PAUL MN 55075-0188


BILL  BRIGGS
2141 HIGHWAY 68
CANBY MN 56220

RON  BRIGGS
2050 210TH STREET
CANBY MN 56220


TOM  BRIGGS
2272 200TH AVENUE
PORTER MN 56280


ROGER  BROGAARD
2406 220TH AVENUE
CANBY MN 56220


ROBERT  BUELTEL
1839 290TH STREET N.
TAUNTON MN 56291


RICHARD  BUYSSE
3805 COUNTY RD 3
MINNEOTA MN 56264


CAMDEN INSURANCE AGENCY LLC
BLDG 100 SUITE #4
408 E MAIN STREET
MARSHALL MN 56258


CAPITAL ONE CARD SERVICES
DEPT 9600
CAROL STREAM IL 60128-9600


JESSE  CITTERMAN
PO BOX 8
TAUNTON MN 56291


STEVE  CITTERMAN
1943 COUNTY HIGHWAY 17
IVANHOE MN 56142

CO PRODUCTS
PO BOX 299
MILFORD IA 51351


EDDIE  CONERS
3928 150TH AVENUE
CANBY MN 56220


CULLIGAN OF MARSHALL
PO BOX 480
MARSHALL MN 56258


DAIRYLAND LABORATORIES INC
217 EAST MAIN ST
ARCADIA WI 54612


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN UT 84201-0039


JEROME  DEVOS
309 2ND STREET W.
CANBY MN 56220


NANCY  DEVOS
309 2ND STREET W.
CANBY MN 56220


PAUL  DILLON
3864 COUNTY HIGHWAY 7
PORTER MN 56280


LEE  DOERING
2403 S LE HOMME DIEU DR NE
ALEXANDRIA MN 56308-7514

MICHAEL  DOVE
GISLASON & HUNTER LLP
PO BOX 458
NEW ULM MN 56073-0458


DAVID  DRIETZ
2269 COUNTY HIGHWAY 18
PORTER MN 56280


MIKE  DRIETZ
3627 170TH AVENUE
CANBY MN 56220


DYBSETTER FARMS
2501 170TH AVENUE
PORTER MN 56280


LARRY  DYBSETTER
115 SUNRISE AVENUE
PORTER MN 56280


EAST CENTRAL GRAIN MARKETING
INC
2008 ESSEX RD
HOPKINS MN 55305


HARLAN  ESPING
3836 250TH AVENUE
PORTER MN 56280


DWAYNE AND JOYCE  EVANS
2121 260TH STREET
IVANHOE MN 56142


JIM  FERGUSON
2650 190TH STREET
CANBY MN 56220

DAVID  FIER
2744 360TH AVENUE
TAUNTON MN 56291


MIKE  FIER
202 N. EISENHOWER STREET
MINNEOTA MN 56264


FIERVIEW DAIRY
3534 COUNTY HIGHWAY 8
TAUNTON MN 56291


FIRST SECURITY BANK
PO BOX 469
SLEEPY EYE MN 56085


FORD MOTOR CREDIT
PO BOX 552679
DETROIT MI 48255-2679


FORM A FEED
740 BOWMAN ST
PO BOX 9
STEWART MN 55385


TOM  FRENSKO
2878 190TH AVENUE
IVANHOE MN 56142


FRONTIER
PO BOX 20550
ROCHESTER NY 14602-0550


HASLER
PO BOX 3808
MILFORD CT 06460-8708

DAVE  HENTGES
106 1ST STREET E.
CANBY MN 56220


TIM  HENTGES
2102 200TH STREET
CANBY MN 56220


HOFFMAN BUILDERS INC
1304 N ST OLAF AVE
CANBY MN 56220


BRIAN  HOFFMAN
2622 200TH AVENUE
PORTER MN 56280


CHUCK  HOFFMAN
1875 260TH STREET
PORTER MN 56280


COREY  HOFFMAN
2619 200TH AVENUE
PORTER MN 56280


HUNTINGTON NATIONAL BANK
41 S HIGH STREET, HC0729
COLUMBUS OH 43215


INDEPENDENT OIL
106 1ST ST EAST
CANBY MN 56220


VIOLET  JENSEN
PO BOX 142
MILAN MN 56262

DOUG  JERZAK
117 NORTH REBECCA STREET
IVANHOE MN 56142


HENRY  JERZAK
3821 250TH AVENUE
PORTER MN 56280


JEROME  JERZAK
2873 COUNTY HIGHWAY 5
IVANHOE MN 56142


MARI  JOHNSON
820 BECKER AVENUE SW
WILLMAR MN 56201


K & R FARMS
2961 250TH AVENUE
CANBY MN 56220


JAMES  KNOFF
202 S REBECCA STREET
IVANHOE MN 56142


VELVA  KNUTSON
356 2ND STREET
DAWSON MN 56232


LAC QUI PARLE CO-OP OIL
536 OAK
PO BOX 350
DAWSON MN 56232


JOHN  LALEMAN
3071 COUNTY HIGHWAY 5
IVANHOE MN 56142

ROGER  LONGHENRY
3830 250TH AVENUE
PORTER MN 56280


EVELYN  LUNDGREN
2651 HIGHWAY 67
CANBY MN 56220


ASHLEY  MAMER
2124 250TH STREET
PORTER MN 56280


BRIAN  MAMER
2124 250TH STREET
PORTER MN 56280


BRANDI  MERRITT
2465 190TH AVENUE
PORTER MN 56280


BRITTANY  MERRITT
2465 190TH AVENUE
PORTER MN 56280


JUSTIN  MERRITT
2465 190TH AVENUE
PORTER MN 56280


TODD  MERRITT
2465 190TH AVENUE
PORTER MN 56280


BRAD  MILLER
1735 250TH STREET
PORTER MN 56280

MINNESOTA CORN COUNCIL
PO BOX 236
BLUE EARTH MN 56013-9987


MINNESOTA DEPARTMENT OF
REVENUE
PO BOX 64439
SAINT PAUL MN 55164-0622


MINNESOTA DEPT OF AGRICULTURE
625 ROBERT STREET N.
SAINT PAUL MN 55155-2538


MINNESOTA FEEDS
PO BOX 180
GRANITE FALLS MN 56241


MINNESOTA MASCOT
PO BOX 9
MINNEOTA MN 56264


MINNESOTA PEST CONTROL
114 S BROOK ST
PO BOX 52
HENDRICKS MN 56136


MINNESOTA SOYBEAN COUNCIL
PO BOX 3385
MANKATO MN 56002


MINNESOTA UNEMPLOYMENT
INSURANCE
PO BOX 64621
SAINT PAUL MN 55164-0621


MINNESOTA UNEMPLOYMENT
INSURANCE
332 MINNESOTA ST STE E200
SAINT PAUL MN 55101-1351

MINNESOTA WHEAT COUNCIL
2600 WHEAT DR
RED LAKE FALLS MN 56750


MINNWEST BANK
301 BASELINE RD
MARSHALL MN 56258


WAYNE & DUANE  MONKE
2130 230TH AVENUE
CANBY MN 56220


MUHL FARMS TRUCKING
1400 COUNTY RD 10
MINNEOTA MN 56264


KEN  MUHL
1234 380TH STREET
TAUNTON MN 56291


PAUL  NELSON
1635 180TH STREET
CANBY MN 56220


NEOPOST USA INC
25880 NETWORK PLACE
CHICAGO IL 60673-1258


NEW VISION
38438 210TH ST
BREWSTER MN 56119


RANDY  NOBLE
2508 220TH STREET
ARCO MN 56113

BRAD  NOYES
1863 270TH STREET
PORTER MN 56280


RICHARD  NUYTTEN
102 5TH STREET
MINNEOTA MN 56264


DENNIS  OBERLOH
PO BOX 186
REDWOOD FALLS MN 56283


OLSON SANITATION
PO BOX 689
DAWSON MN 56232


OTTER TAIL POWER CO
PO BOX 570
MORRIS MN 56267


WAYNE AND GWEN  PEDERSON
2085 200TH AVENUE
CANBY MN 56220


ANDY  PEHRSON
1024 295TH AVENUE
BOYD MN 56218


JIM  PEHRSON
2722 100TH STREET
DAWSON MN 56232


ROBERT  PEHRSON
3067 120TH STREET
DAWSON MN 56232

PENN MILLERS INSURANCE CO
436 WALNUT ST
PHILADELPHIA PA 19106


PENN MILLERS INSURANCE COMPANY
436 WALNUT STREET
PHILADELPHIA PA 19106


RICK  PESCH
PO BOX 314
TAUNTON MN 56291


MARK  PESEK
2794 160TH AVENUE
PORTER MN 56280


RICHARD  PESEK
1943 290TH STREET
TAUNTON MN 56291


SHIRLEY  PETERSEN


BOB  POLEJEWSKI
3621 COUNTY ROAD 55
TAUNTON MN 56291


ADAM  POPOWSKI
3064 230TH AVENUE
IVANHOE MN 56142


JOHN  POPOWSKI
2028 330TH STREET
IVANHOE MN 56142

MARTIN  POPOWSKI
3145 230TH AVENUE
IVANHOE MN 56142


SCOTT  POPOWSKI
3150 COUNTY HIGHWAY 5
IVANHOE MN 56142


PRAIRIE FEEDS & TRUCKING LLC
PO BOX 299
MILFORD IA 51351


NATHANAEL  REHN
10820 DYSART RD
WATERLOO IA 50701


RH TRUCKING
3569 CO HWY 5
PORTER MN 56280


ROST FARMS
2986 250TH AVENUE
IVANHOE MN 56142


RUNNINGS
901 HIGHWAY 59 N
MARSHALL MN 56258


S & K FARMS
3878 170TH AVENUE
CANBY MN 56220


SMI HYDRAULICS
401 LONE TREE
PO BOX 95
PORTER MN 56280

SOUTHERN MINNESOTA
CONSTRUCTION
1905 THIRD AVENUE
MANKATO MN 56001


STATE BANK OF TAUNTON
PO BOX 398
TAUNTON MN 56291


JAMES  STELLMACH
2168 COUNTY HIGHWAY 17
IVANHOE MN 56142


LARRY  STERZINGER
2675 220TH AVENUE
IVANHOE MN 56142


WENDY  STERZINGER
2455 HENRY DRIVE
IVANHOE MN 56142


DEREK  STOKS
3878 170TH AVENUE
CANBY MN 56220


KEVIN  SWEDZINSKI
2792 360TH STREET
TAUNTON MN 56291


TOM  SWEDZINSKI
2664 STATE HIGHWAY 68
PORTER MN 56280


SARA SOVELL  UMBERGER
132 TWIN OAKS LANE
BROOKINGS SD 57006

UNITED FIRE GROUP
118 SECOND AVE SE
PO BOX 73909
CEDAR RAPIDS IA 52407-3909


UPPER MINNESOTA VALLEY
REGIONAL DEVELOPMENT COM
323 W SCHLIEMAN AVE
APPLETON MN 56208


US DEPARTMENT OF AGRICULTURE
ATTN NED BERGMAN
6501 BEACON DRIVE
KANSAS CITY MO 64133-4675


DAN  VANDEROSTYNE
3824 230TH AVENUE
PORTER MN 56280


GARY  VANDEROSTYNE
3895 220TH AVENUE
PORTER MN 56280


GERALD  VANDEROSTYNE
3934 US HIGHWAY 75
CANBY MN 56220


JIM  VANDEROSTYNE
3284 230TH AVENUE
PORTER MN 56280


KAYLA  VANDEROSTYNE
3284 230TH AVENUE
PORTER MN 56280


LEON  VANDEROSTYNE
PO BOX 96
PORTER MN 56280

GENE   VANDYKE
48232 185TH STREET
GARY SD 57273


GARY   VANOVERBEKE
2582 STATE HIGHWAY 19
IVANHOE MN 56142


SCOTT   VERHELST
23371 190TH STREET
CANBY MN 56220


VLAMINCK ELECTRIC
505 MAPLE
PO BOX 34
PORTER MN 56280


WESTERN CONSOLIDATED
BOX 78
HOLLOWAY MN 56249


WESTERN EQUIPMENT FINANCE
503 HIGHWAY 2 WEST
PO BOX 640
DEVILS LAKE ND 58301


RYAN   WESTPHAL
2258 210TH AVENUE
CANBY MN 56220


WESTWAY FEED PRODUCTS LLC
23623 NETWORK PLACE
CHICAGO IL 60673-1236


KRIST   WOLLUM
3912 COUNTY ROAD 109
PORTER MN 56280

```
WOOD AND CONN
PO BOX 187
REDWOOD FALLS MN 56283


GENE  ZINTER
2315 110TH STREET
CANBY MN 56220
```

# United States Bankruptcy Court
## District of Minnesota

In re   **PORTER ELEVATOR, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PORTER ELEVATOR, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 23, 2015

Date

**/s/ MICHAEL F McGRATH**

**MICHAEL F McGRATH 168610**

Signature of Attorney or Litigant

Counsel for   **PORTER ELEVATOR, INC.**

**RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A.**

**4545 IDS CENTER**

**80 SOUTH EIGHTH STREET**

**MINNEAPOLIS, MN 55402-2225**

**612-332-8511 Fax:612-332-8302**

**mfmcgrath@ravichmeyer.com**

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

**PORTER ELEVATOR, INC.**

Case No.

Debtor(s).

## SIGNATURE DECLARATION

☑ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.  The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2.  The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.  **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4.  I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.  My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.  **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date:   12/22/2015

X _Bruce Tetrick_                          X _____
Signature of Debtor 1 or Authorized
Representative                             Signature of Debtor 2

**BRUCE TETRICK**
Printed Name of Debtor 1 or               Printed Name of Debtor 2
Authorized Representative