UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:                                          Chapter 7

PORTER ELEVATOR, INC.,                          Case Number: 15-34462

        Debtor.

---

FINAL REPORT ON GRAIN INTERESTS AND
PROCEEDS FROM THE SALE OF GRAIN
11 U.S.C. § 557

---

To: All Parties in Interest.

The United States Department of Agriculture through its Farm Service Agency Warehouse Examination and Licensing Branch ("FSA"), hereby submits the Final Report on Grain Interests and Proceeds from the Sale of Grain pursuant to 11 U.S.C. § 557 as follows:

1.      FSA has authority to oversee and regulate the activities of licensees.  *See* 7 U.S.C. § 241 *et seq.* (United States Warehouse Act); 7 C.F.R. § 735.1 *et seq.* (Regulations) and WA-402 (Licensing Agreement for Grain and Rice Warehouse Operators).

2.      Porter Elevator, Inc., is licensed by the United States Department of Agriculture, Farm Service Agency pursuant to the United States Warehouse Act, having been issued license number 3-9390.

1

3.     FSA is the governmental unit with regulatory jurisdiction over the operation and liquidation of Porter Elevator's grain facility and participates in these proceedings in that role.  *See* 11 U.S.C.A. § 557(e)(1).   FSA's role is to ensure that all bona fide grain depositors are made whole to the maximum extent practicable based on the grain stored at any federally licensed facilities.

4.     This final report and accompanying Declaration of Carie Pintado, Chief, Licensing Branch, United States Department of Agriculture, Farm Service Agency, were prepared and filed pursuant to FSA's right to raise, appear and be heard on any issue relating to grain or the proceeds of grain.  *See* 11 U.S.C.A. § 557(e)(2).

5.     FSA reviewed all the storage obligations, contracts, records, accounts, sales and pricing arrangements, *etc.*, of Porter Elevator.   Depositors provided affidavits and other evidence which established their right to the return of their grain or its cash equivalent.

6.     Pursuant to its authority under the United States Warehouse Act, the implementing regulations and the Licensing Agreement for Grain and Rice Warehouse Operators, FSA began liquidation of the grain in the Porter Elevator facility on February 16, 2016.

7.     As of April 29, 2016, the proceeds from the sales of <u>all</u> grain total $3,211,253.99.

8.     An additional approximately $30,000 in proceeds from liquidated grain sales is also expected.  FSA anticipates receiving those funds by May 6, 2016, and will transfer all those proceeds to the Trustee.

2

9.      Porter Elevator warehoused grain belonging to depositors pursuant to the federally regulated bailment relationship and warehouse receipts.    Following its independent examination and review of depositor information, FSA determined that from the liquidation proceeds, the total amount due to depositors is $2,800,136.14 after subtracting storage fees assessed.

10.      After liquidating all of the grain stored at Porter Elevator, FSA determined that there was sufficient deposits of grain at the facility to satisfy all grain storage obligations to depositors at Porter, pursuant to this federally regulated bailment relationship.

11.      On April 8, 2016, FSA made an initial 85% distribution to all such depositors; this amount totaled $2,380,115.72.

12.      As requested by the Trustee, FSA will immediately transfer to the Trustee $420,020.43, which represents the remaining 15% that is due to the individual grain depositors.

13.      In connection with the transfer, FSA requests that the Trustee issue checks to the depositors for the remaining 15% of the value of the grain originally placed in store.    FSA will immediately provide the Trustee with a list of the names of the individual depositors and the remaining amount that is owed to each depositor.

14.      As the governmental unit with regulatory jurisdiction over the liquidation of the grain in store at the Porter Elevator facility, FSA reports that Porter Elevator had sufficient grain to cover grain deposit obligations.    Thus, the $420,020.43 to be

3

transferred to the Trustee, must be distributed to the depositors in accordance with the instructions provided by FSA.

15.    The remaining balance of the proceeds obtained from the sale of all the grain ($411,117.85) will also be immediately transferred to the Trustee.  This payment is due the bankruptcy estate of Porter Elevator and represents the value of grain to which Porter Elevator had ownership rights after all bailment obligations were fulfilled.  This payment also includes fees assessed for services rendered by the elevator prior to the suspension of the Porter Elevator USWA license.

16.    Finally, as noted above, approximately $30,000 will also be forthcoming; those funds stem from the final settlements of liquidated grain.  Upon receipt, FSA will transfer those funds to the Trustee.

Respectfully submitted,

Dated:  May 5, 2016

ANDREW M. LUGER
United States Attorney

/e/ Roylene A. Champeaux

BY:  ROYLENE A. CHAMPEAUX
Assistant United States Attorney
Attorney reg. No. 154805
Roylene.Champeaux@usdoj.gov
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5685

Attorneys for the United States
  Department of Agriculture

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:                                                  Chapter 7

PORTER ELEVATOR, INC.,                                  Case Number: 15-34462
        Debtor.

---

Declaration of Carie Pintado
Chief, Licensing Branch
United States Department of Agriculture, Farm Service Agency

---

1.      My name is Carie Pintado.  I am an employee of the United States Department of

Agriculture, Farm Service Agency.   Specifically, I am the Chief of the Licensing Branch, for the

Warehouse Licensing and Examination Division with USDA's Farm Service Agency in Kansas

City, Missouri.

2.      The United States Department of Agriculture through its Farm Service Agency,

Warehouse Examination and Licensing Branch ("FSA") has authority to oversee and regulate the

activities of licensees.  *See* 7 U.S.C § 241 *et seq.* (United States Warehouse Act); 7 C.F.R. §

735.1 *et seq.* (Regulations) and WA-402 (Licensing Agreement for Grain and Rice Warehouse

Operators).

3.      Porter Elevator, Inc., is licensed by the United States Department of Agriculture, Farm

Service Agency pursuant to the United States Warehouse Act, having been issued license

number 3-9390.

4.      In my capacity as the Chief of the Licensing Branch for the United States Department of

Agriculture, Farm Service Agency, I reviewed all the storage obligations, contracts, records,

accounts, sales and pricing arrangements, *etc.*, of Porter Elevator.   Additionally, I reviewed the

affidavits and other evidence that were provided by the depositors to establish their right to the return of their grain (or once liquidated, its monetary equivalent).

5.      Pursuant to its authority under the United States Warehouse Act, the implementing regulations and the Licensing Agreement for Grain and Rice Warehouse Operators, FSA began liquidation of the grain in the Porter Elevator facility on February 16, 2016.   I oversaw this process and have reviewed all the records pertaining to this liquidation and warehouse operation.

6.      As of April 29, 2016, the proceeds from the sales of all grain total $3,211,253.99.

7.      Following FSA's independent examination and review of depositor information, I, on behalf of FSA, determined that from the liquidation proceeds, the total amount due to depositors is $2,800,136.14 after subtracting storage fees assessed.

8.      On April 8, 2016, I, on behalf of FSA, made an initial 85% distribution to all such depositors; this amount totaled $2,380,115.72.

9.      After reviewing all of the records pertaining to this liquidation and warehouse operation, I, on behalf of FSA, report that depositors are entitled to $420,020.43.  This figure represents the remaining 15% of the value of the grain that they deposited in the Porter Elevator facility and have yet to be remitted to them.

10.     As the governmental unit with regulatory jurisdiction over the liquidation of the grain in store at the Porter Elevator facility, I, on behalf of FSA, report that Porter Elevator had sufficient grain to cover all of its grain deposit obligations.

11.     The remaining balance of the proceeds obtained from the sale of all the grain ($411,117.85) will be turned over to the bankruptcy estate of Porter Elevator and represents grain that Porter Elevator had in its possession after all bailment obligations were fulfilled to

depositors.  This payment also includes fees accrued by Porter for storage services rendered by the elevator prior to the suspension of the Porter Elevator USWA license.

12.     I, on behalf of FSA, will also be receiving approximately $30,000 additional funds stemming from the final settlements of liquidated grain.  Those funds will also be turned over to the bankruptcy estate of Porter Elevator.

13.     If called upon, I would testify to the matters contained in this declaration.

14.     Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury that the foregoing is true and correct.


        Executed on May 5, 2016, in Kansas City, Missouri.


                                        Carie Pintado
                                        Chief, Licensing Branch
                                        USDA-FSA-KCCO-WLED
                                        PO Box 419205, Mail Stop 9148
                                        Kansas City, MO 64141-6205

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:

                                   Chapter 7

PORTER ELEVATOR, INC.,

                                   Case Number:   15-34462

      Debtor.

                                   **UNSWORN DECLARATION
FOR PROOF OF SERVICE**

       I, <u>Roylene A. Champeaux</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>May 5, 2016,</u> I caused to be served a copy of the following documents:

**Final Report on Grain Interests and Proceeds from the Sale of Grain 11 U.S.C. § 557, Declaration of Carie Pintado, Chief, Licensing Branch, United States Department of Agriculture, Farm Service Agency, and Unsworn Declaration for Proof of Service**

to be mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

PORTER ELEVATOR, INC.
104 PRAIRIE AVENUE SOUTH
PORTER, MN   56280

FRED W. RADDE & SONS, INC
5545 COUNTY ROAD 33
NEW GERMANY, MN 55367-9525

MINNWEST BANK - MARSHALL
301 BASELINE ROAD
MARSHALL, MN 56258-9255

U.S. BANK NATIONAL ASSOCIATION
C/O STEIN & MOORE, PA
332 MINNESOTA STREET
SUITE W-1650
ST. PAUL, MN 55101-1336

WESTERN EQUIPMENT FINANCE, INC.
PO BOX 640
DEVILS LAKE, ND 58301-0640

AGRICHARTS
209 W JACKSON 2ND FL
CHICAGO, IL 60606-6802

ASHLEY MAMER
2124 250TH STREET
PORTER, MN 56280-1695

BRAD MILLER
1735 250TH STREET
PORTER, MN 56280-1691

BREMER INSURANCE AGENCIES, INC
633 S CONCORD ST STE 225
PO BOX 198
SOUTH SAINT PAUL, MN 55075-2465

**UNSWORN DECLARATION FOR**
**PROOF OF SERVICE - Continued**

      Re:    Porter Elevator, Inc.
            BKY 15-34462

BRITTANY MERRITT
2465 190TH AVENUE
PORTER, MN 56280-1641

BUCKLEY & JENSEN
1257 GUN CLUB ROAD
WHITE BEAR LAKE, MN 55110-3379

FIRST SECURITY BANK (LURKEN)
100 EAST MAIN STREET
SLEEPY EYE, MN 56085-1353

AL SHEIK TRUCKING
2822 COUNTY ROAD 5
IVANHOE, MN 56142-9594

BILL BRIGGS
2141 HIGHWAY 68
CANBY, MN 56220-2003

BRAD NOYES
1863 270TH STREET
PORTER, MN 56280-1640

BRIAN HOFFMAN
2622 200TH AVENUE
PORTER, MN 56280-1645

BRUCE RICHTER
12819 480TH AVENUE
DONNELLY, MN 56235-1068

FIRST SECURITY BANK(DOVE)
FIRST SECURITY BANK
100 EAST MAIN STREET
SLEEPY EYE, MN 56085-1353

HUNTINGTON NATIONAL BANK
C/O STEWART, ZLIMEN & JUNGERS
2277 HIGHWAY 36 WEST, #100
ROSEVILLE, MN 55113-3896

PEMBERTON, SORLIE, RUFER
& KERSHNER, PLLP
110 N MILL ST
FERGUS FALLS, MN 56537-2135

WATTS GUERRA, LLP
4 DOMINION DR
BLDG 3 STE 100
SAN ANTONIO, TX 78257-1391

ADAM POPOWSKI
3064 230TH AVENUE
IVANHOE, MN 56142-4027

ANDY PEHRSON
1024 295TH AVENUE
BOYD, MN 56218-4428

BOB POLEJEWSKI
3621 COUNTY ROAD 55
TAUNTON, MN 56291-1133

BRANDI MERRITT
2465 190TH AVENUE
PORTER, MN 56280-1641

BRIAN MAMER
2124 250TH STREET
PORTER, MN 56280-1695

BRUCE TETRICK
1545 DICKSON DRIVE
HENDRICKS, MN 56136-4100

**UNSWORN DECLARATION FOR
PROOF OF SERVICE - Continued**

Re:   Porter Elevator, Inc.
      BKY 15-34462

BRUCE TETRICK
PO BOX 214
MINNEOTA, MN 56264-0214

CHUCK HOFFMAN
1875 260TH STREET
PORTER, MN 56280-1656

COREY HOFFMAN
2619 200TH AVENUE
PORTER, MN 56280-1645

DAN VANDEROSTYNE
3824 230TH AVENUE
PORTER, MN 56280

DAVID DRIETZ
2269 COUNTY HIGHWAY 18
PORTER, MN 56280-3027

DEPARTMENT OF EMPLOYMENT AND
ECONOMIC DEVELOPMENT
332 MINNESOTA ST STE E200
ST PAUL, MN 55101-1351

DOUG ANDERSON
2536 160TH AVENUE
PORTER, MN 56280-1600

CAMDEN INSURANCE AGENCY, LLC
BLDG 100 SUITE #4
408 E MAIN STREET
MARSHALL, MN 56258-2664

CITY OF PORTER
PO BOX 130
PORTER, MN 56280-0130

CULLIGAN OF MARSHALL
PO BOX 480
MARSHALL, MN 56258-0480

DAVE HENTGES
106 1ST STREET E
CANBY, MN 56220-1343

DAVID FIER
2744 360TH AVENUE
TAUNTON, MN 56291-3020

DOUG JERZAK
117 NORTH REBECCA STREET
IVANHOE, MN 56142-9651

DUANE MONKE
2130 230TH AVE
CANBY, MN 56220-2032

EVELYN LUNDGREN
2651 HIGHWAY 67
CANBY, MN 56220-4095

FIRST SECURITY BANK
PO BOX 469
SLEEPY EYE, MN 56085-0469

CAPITAL ONE CARD SERVICES
DEPT 9600
CAROL STREAM, IL 60128-9600

CO PRODUCTS
PO BOX 299
MILFORD, IA 51351-0299

DAIRYLAND LABORATORIES, INC
217 EAST MAIN ST
ARCADIA, WI 54612-1319

3

**UNSWORN DECLARATION FOR**
**PROOF OF SERVICE - Continued**

      Re:    Porter Elevator, Inc.
               BKY 15-34462

DAVID BOULTON
2632 STATE HIGHWAY 68
PORTER, MN 56280-3005

DENNIS OBERLOH
PO BOX 186
REDWOOD FALLS, MN 56283-0186

DEREK STOKS
3878 170TH AVENUE
CANBY, MN 56220-2702

DWAYNE AND JOYCE EVANS
2121 260TH STREET
IVANHOE, MN 56142-4077

EAST CENTRAL GRAIN
MARKETING, INC
2008 ESSEX RD
HOPKINS, MN 55305-2247

FARM-RITE EQUIPMENT
PO BOX 1341
WILLMAR, MN 56201-1341

FORD MOTOR CREDIT
PO BOX 552679
DETROIT, MI 48255-2679

FORM A FEED
740 BOWMAN ST
PO BOX 9
STEWART, MN 55385-0009

FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN, NY 10940-4918

GARY VANDEROSTYNE
3895 220TH AVENUE
PORTER, MN 56280-3015

GARY VANOVERBEKE
2582 STATE HIGHWAY 19
IVANHOE, MN 56142-4072

GENE VANDYKE
48232 185TH STREET
GARY, SD 57237-5511

GENE ZINTER
2315 110TH STREET
CANBY, MN 56220-3628

GERALD VANDEROSTYNE
3934 US HIGHWAY 75
CANBY, MN 56220-2601

GREG J. BUCHER
300 SOUTH O
MARSHALL, MN 56258

HARLAN ESPING
3836 250TH AVENUE
PORTER, MN 56280-3037

HASLER
PO BOX 3808
MILFORD, CT 06460-8708

HENRY JERZAK
3821 250TH AVENUE
PORTER, MN 56280-3037

HOFFMAN BUILDERS, INC
1304 N ST OLAF AVE
CANBY, MN 56220-1141

4

**UNSWORN DECLARATION FOR
PROOF OF SERVICE - Continued**

Re:   Porter Elevator, Inc.
        BKY 15-34462

FRONTIER
PO BOX 20550
ROCHESTER, NY 14602-0550

HUNTINGTON NATIONAL BANK
41 S HIGH STREET, HC0729
COLUMBUS, OH 43215-6170

INDEPENDENT OIL
106 1ST ST EAST
CANBY, MN 56220-1343

IVAN ANDERSON
2159 390TH STREET
PORTER, MN 56280-3013

JACOB TETRICK
PO BOX 116
PORTER, MN 56280-0116

JACQUELYN PAULSEN
510 LAC QUI PARLE AVENUE
CANBY, MN 56220-1108

JAMES KNOFF
202 S REBECCA STREET
IVANHOE, MN 56142-9601

JAMES STELLMACH
2168 COUNTY HIGHWAY 17
IVANHOE, MN 56142-4005

JAMES W FERGUSON
2650 190TH ST
CANBY, MN 56220-3357

JEROME DEVOS
309 2ND STREET W.
CANBY, MN 56220-1203

JEROME JERZAK
2873 COUNTY HIGHWAY 5
IVANHOE, MN 56142-4021

JESSE CITTERMAN
PO BOX 8
TAUNTON, MN 56291-0008

JIM FERGUSON
2650 190TH STREET
CANBY, MN 56220-3357

JIM PEHRSON
2722 100TH STREET
DAWSON, MN 56232-4141

JIM VANDEROSTYNE
3284 230TH AVENUE
PORTER, MN 56280

JOHN LALEMAN
3071 COUNTY HIGHWAY 5
IVANHOE, MN 56142-4024

JOHN POPOWSKI
2028 330TH STREET
IVANHOE, MN 56142-4052

JUSTIN MERRITT
2465 190TH AVENUE
PORTER, MN 56280-1641

K & R FARMS
2961 250TH AVENUE
CANBY, MN 56220-4002

KAYLA VANDEROSTYNE
3284 230TH AVENUE
PORTER, MN 56280

5

**UNSWORN DECLARATION FOR**
**PROOF OF SERVICE - Continued**

      Re:    Porter Elevator, Inc.
               BKY 15-34462

KEN MUHL
1234 380TH STREET
TAUNTON, MN 56291-1132

KEVIN BANKS
1702 COUNTY RD 4
LYND, MN 56157-1109

KEVIN SWEDZINSKI
2792 360TH STREET
TAUNTON, MN 56291-3020

KRIST WOLLUM
3912 COUNTY ROAD 109
PORTER, MN 56280-3011

LAC QUI PARLE CO-OP OIL
536 OAK
PO BOX 350
DAWSON, MN 56232-0350

LARRY DYBSETTER
115 SUNRISE AVENUE
PORTER, MN 56280-9765

LARRY STERZINGER
2675 220TH AVENUE
IVANHOE, MN 56142-4111

LEE DOERING
2403 S LE HOMME DIEU DR NE
ALEXANDRIA, MN 56308-7514

LEON VANDEROSTYNE
PO BOX 96
PORTER, MN 56280-0096

MARI JOHNSON
820 BECKER AVENUE SW
WILLMAR, MN 56201-3153

MARK PESEK
2794 160TH AVENUE
PORTER, MN 56280-1610

MARTIN POPOWSKI
3145 230TH AVENUE
IVANHOE, MN 56142-4026

MICHAEL DOVE
GISLASON & HUNTER LLP
PO BOX 458
NEW ULM, MN 56073-0458

MIKE DRIETZ
3627 170TH AVENUE
CANBY, MN 56220-2635

MIKE FIER
202 N. EISENHOWER STREET
MINNEOTA, MN 56264-1359

MIKE VERSCHELDE
PO BOX 226
IVANHOE, MN 56142-0226

MINNESOTA CORN COUNCIL
PO BOX 236
BLUE EARTH, MN 56013-0236

MINNESOTA DEPARTMENT OF
REVENUE
551 BANKRUPTCY SECTION
P.O. BOX 64439
ST. PAUL, MN 55164

MINNESOTA DEPT OF AGRICULTURE
625 ROBERT STREET N.
SAINT PAUL, MN 55155-2538

6

**UNSWORN DECLARATION FOR
PROOF OF SERVICE - Continued**

Re:    Porter Elevator, Inc.
        BKY 15-34462

MINNESOTA FEEDS
PO BOX 180
GRANITE FALLS, MN 56241-0180

MINNESOTA MASCOT
PO BOX 9
MINNEOTA, MN 56264-0009

MINNESOTA PEST CONTROL
114 S BROOK ST
PO BOX 52
HENDRICKS, MN 56136-0052

MINNESOTA SOYBEAN COUNCIL
PO BOX 3385
MANKATO, MN 56002-3385

MINNESOTA UNEMPLOYMENT
INSURANCE
332 MINNESOTA ST STE E200
SAINT PAUL, MN 55101-1351

MINNESOTA UNEMPLOYMENT
INSURANCE
PO BOX 64621
SAINT PAUL, MN 55164-0621

MINNESOTA WHEAT COUNCIL
2600 WHEAT DR
RED LAKE FALLS, MN 56750-4813

MINNWEST BANK
301 BASELINE RD
MARSHALL, MN 56258-9255

MUHL FARMS TRUCKING
1400 COUNTY RD 10
MINNEOTA, MN 56264-1351

NANCY DEVOS
309 2ND STREET W.
CANBY, MN 56220-1203

NATHANAEL REHN
10820 DYSART RD
WATERLOO, IA 50701-9504

NEOPOST USA, INC
25880 NETWORK PLACE
CHICAGO, IL 60673-1258

NEW VISION
38438 210TH ST
BREWSTER, MN 56119-2017

OLSON SANITATION
PO BOX 689
DAWSON, MN 56232-0689

OTTER TAIL POWER CO
215 CASCADE ST
ATTN CASH MGMT
FERGUS FALLS, MN 56537-2897

OTTER TAIL POWER CO
PO BOX 570
MORRIS, MN 56267-0570

PAUL DILLON
3864 COUNTY HIGHWAY 7
PORTER, MN 56280-3033

PAUL NELSON
1635 180TH STREET
CANBY, MN 56220-2059

PENN MILLERS INSURANCE CO
436 WALNUT ST
PHILADELPHIA, PA 19106-3703

**UNSWORN DECLARATION FOR**
**PROOF OF SERVICE - Continued**

Re:    Porter Elevator, Inc.
       BKY 15-34462

PRAIRIE FEEDS & TRUCKING, LLC
PO BOX 299
MILFORD, IA 51351-0299

ROGER LONGHENRY
3830 250TH AVENUE
PORTER, MN 56280-3037

RANDY NOBLE
2508 220TH STREET
ARCO, MN 56113-4016

RON BRIGGS
2050 210TH STREET
CANBY, MN 56220-2072

RH TRUCKING
3569 CO HWY 5
PORTER, MN 56280-3042

ROST FARMS
2986 250TH AVENUE
IVANHOE, MN 56142-4039

RICHARD BUYSSE
3805 COUNTY RD 3
MINNEOTA, MN 56264-1143

RUNNINGS
901 HIGHWAY 59 N
MARSHALL, MN 56258-2744

RICHARD NUYTTEN
102 5TH STREET
MINNEOTA, MN 56264

RYAN WESTPHAL
2258 210TH AVENUE
CANBY, MN 56220-2047

RICHARD PESEK
1943 290TH STREET
TAUNTON, MN 56291-1835

S & K FARMS
3878 170TH AVENUE
CANBY, MN 56220-2702

RICK PESCH
PO BOX 314
TAUNTON, MN 56291-0314

SARA SOVELL UMBERGER
132 TWIN OAKS LANE
BROOKINGS, SD 57006-7270

ROBERT BUELTEL
1839 290TH STREET N.
TAUNTON, MN 56291-1830

SCOTT BAUNE
2161 260TH STREET
MARSHALL, MN 56258-5455

ROBERT PEHRSON
3067 120TH STREET
DAWSON, MN 56232-4147

SCOTT POPOWSKI
3150 COUNTY HIGHWAY 5
IVANHOE, MN 56142-4025

ROGER BROGAARD
2406 220TH AVENUE
CANBY, MN 56220-2056

SCOTT VERHELST
23371 190TH STREET
CANBY, MN 56220

8

## UNSWORN DECLARATION FOR
## PROOF OF SERVICE - Continued

Re:    Porter Elevator, Inc.
BKY 15-34462

SMI HYDRAULICS
401 LONE TREE
PO BOX 95
PORTER, MN 56280-0095

SOUTHERN MINNESOTA
CONSTRUCTION
1905 THIRD AVENUE
MANKATO, MN 56001-2802

STATE BANK OF TAUNTON
PO BOX 398
TAUNTON, MN 56291-0398

STEVE CITTERMAN
1943 COUNTY HIGHWAY 17
IVANHOE, MN 56142-4007

THOMAS LACEK
806 RING AVENUE N
CANBY, MN 56220-1070

TIM HENTGES
2102 200TH STREET
CANBY, MN 56220-2005

TODD MERRITT
2465 190TH AVENUE
PORTER, MN 56280-1641

TOM BRIGGS
2272 200TH AVENUE
PORTER, MN 56280-1626

TOM FRENSKO
2878 190TH AVENUE
IVANHOE, MN 56142-4303

TOM SWEDZINSKI
2664 STATE HIGHWAY 68
PORTER, MN 56280-3005

U.S. BANK, N.A.
D/B/A U.S. BANK EQUIPMENT FI
1310 MADRID STREET
MARSHALL, MN 56258-4099

UNITED FIRE GROUP
118 SECOND AVE SE
PO BOX 73909
CEDAR RAPIDS, IA 52407-3909

UPPER MINNESOTA VALLEY
REGIONAL DEVELOPMENT COM
323 W SCHLIEMAN AVE
APPLETON, MN 56208-1278

VELVA KNUTSON
356 2ND STREET
DAWSON, MN 56232-2116

VIOLET JENSEN
PO BOX 142
MILAN, MN 56262-0142

VLAMINCK ELECTRIC
505 MAPLE
PO BOX 34
PORTER, MN 56280-0034

WAYNE & DUANE MONKE
2130 230TH AVENUE
CANBY, MN 56220-2032

WAYNE MONKE
2130 230TH AVENUE
CANBY, MN  56220-2032

9

**UNSWORN DECLARATION FOR**
**PROOF OF SERVICE - Continued**

Re:   Porter Elevator, Inc.
       BKY 15-34462

WAYNE AND GWEN PEDERSON
2085 200TH AVENUE
CANBY, MN 56220-2067

WENDY STERZINGER
2455 HENRY DRIVE
IVANHOE, MN 56142-4223

WESTERN CONSOLIDATED
BOX 78
HOLLOWAY, MN 56249-0078

WESTERN EQUIPMENT FINANCE
503 HIGHWAY 2 WEST
PO BOX 640
DEVILS LAKE, ND 58301-0640

WESTWAY FEED PRODUCTS, LLC
23623 NETWORK PLACE
CHICAGO, IL 60673-1236

WESTWAY FEED PRODUCTS, LLC
DAVID WRIGHT
365 CANAL ST STE 2929
NEW ORLEANS, LA 70130-1165

WOOD AND CONN
PO BOX 187
REDWOOD FALLS, MN 56283-0187

WESTERN CONSOLIDATED
COOPERATIVE
520 CO. RD. 9
HOLLOWAY, MN 56249-4000

WESTERN EQUIPMENT FINANCE, INC.
C/O JON R. BRAKKE
VOGEL LAW FIRM
PO BOX 1389
FARGO, ND 58107-1389

DENNIS OBERLOH
PO BOX 186
530 WEST PARK RD
REDWOOD FALLS, MN 56283-1431

DANIEL M HOMOLKA
6400 TIMBER RIDGE
EDINA, MN 55439-1057

WILLIAM BRIGGS
2141 HWY 68
CANBY, MN 56220-2003

INTERNAL REVENUE SERVICE
CENTRALIZAED INSOLVENCY
OPERATIONS
P. O. BOX 7346
PHILADELPHIA, PA   19101-7346

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:   May 5, 2016                Signed:      /e/ Roylene A. Champeaux
                                                          ROYLENE A. CHAMPEAUX
                                                          Assistant U. S. Attorney

10