# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re  PORTER ELEVATOR, INC.

_____,
                     Debtor            Case No. 15-34462

                                       Chapter 7

### NOTICE OF TRUSTEE'S INTERIM FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Mary Jo A. Jensen-Carter, trustee of the above styled estate, has filed an Interim Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Interim Summary of Trustee's Final Report and Applications for Compensation.

   The complete Interim Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

| U.S. Bankruptcy Court | U.S. Bankruptcy Court | U.S. Bankruptcy Court |
|---|---|---|
| 300 S. Fourth Street #301 | 200 Warren E. Burger Federal Bldg | 404 U.S. Courthouse |
| Minneapolis, MN  55415 | 316 N. Robert Street | 515 W. First Street |
|  | St. Paul, MN  55101 | Duluth MN  55802 |

   Any person wishing to object to any fee application that has not already been approved or to the Interim Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  April 1, 2020            By:   /s/ Mary Jo A. Jensen-Carter
                                              Chapter 7 Trustee

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: PORTER ELEVATOR, INC.                                     Case No. 15-34462
                                                                 Chapter  7
                                      ,
                        Debtor

**INTERIM SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Interim Final Report shows receipts of* | $     1,026,660.11 |
| *and approved disbursements of* | $        897,048.73 |
| *leaving a balance on hand of* [1] | $        129,611.38 |
| **Balance on hand:** | $        129,611.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | STATE BANK OF TAUNTON | 784,442.58 | 784,442.58 | 0.00 | 0.00 |
| 3S | Duane Monke | 87,086.00 | 87,086.00 | 0.00 | 0.00 |
| 4S | Wayne Monke | 174,172.00 | 174,172.00 | 0.00 | 0.00 |
| 24S | LEON VANDEROSTYNE | 120,000.00 | 120,000.00 | 0.00 | 0.00 |
| 34 | First Security Bank - Sleepy Eye | 1,884,465.49 | 1,884,465.49 | 0.00 | 0.00 |
| 37 | CITY OF PORTER | 15,000.00 | 15,000.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $              0.00 |
| Remaining balance: | $        129,611.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary Jo A. Jensen-Carter | 10,672.45 | 0.00 | 10,672.45 |
| Trustee, Expenses - Mary Jo A. Jensen-Carter | 1,990.34 | 0.00 | 1,990.34 |
| Attorney for Trustee, Fees - BUCKLEY & JENSEN | 39,322.25 | 0.00 | 39,322.25 |
| Attorney for Trustee, Expenses - BUCKLEY & JENSEN | 6.00 | 0.00 | 6.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Accountant for Trustee, Fees - DAWN R. DETTLING, CPA | 1,137.50 | 0.00 | 1,137.50 |
| Auctioneer Fees - FRED W. RADDE & SONS, INC. | 8,250.00 | 8,250.00 | 0.00 |
| Auctioneer Expenses - FRED W. RADDE & SONS, INC. | 930.00 | 930.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 350.00 | 0.00 |
| Other Expenses: LEON VANDEROSTYNE | 15,000.00 | 0.00 | 15,000.00 |
| Accountant for Trustee, Fees - DENNIS E. OBERLOH, LTD. | 2,435.59 | 0.00 | 2,435.59 |

Total to be paid for chapter 7 administration expenses:  $    70,564.13
Remaining balance:  $    59,047.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $    0.00
Remaining balance:  $    59,047.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $95,652.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | IRS | 163.52 | 0.00 | 0.00 |
| | IRS | 38.24 | 0.00 | 0.00 |
| 3P | Duane Monke | 6,150.00 | 0.00 | 3,617.52 |
| 4P | Wayne Monke | 6,150.00 | 0.00 | 3,617.52 |
| 7 | DYBSETTER FARMS | 775.00 | 0.00 | 455.88 |
| 8P | DEPARTMENT OF THE TREASURY | 1,163.40 | 0.00 | 0.00 |
| 11P | Henry Jerzak | 6,150.00 | 0.00 | 3,617.52 |
| 13 | CRAIG PETERSEN | 5,655.58 | 0.00 | 3,326.70 |
| 17 | LEE DOERING | 2,681.69 | 0.00 | 1,577.42 |
| 18P | Roger Longhenry | 6,150.00 | 0.00 | 3,617.52 |
| 20P | JAMES W FERGUSON | 6,150.00 | 0.00 | 3,617.52 |
| 21 | BRITTANY MERRITT | 1,248.41 | 0.00 | 734.34 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | BRANDI MERRITT | 1,248.04 | 0.00 | 734.12 |
| 23 | JUSTIN MERRITT | 1,247.84 | 0.00 | 734.00 |
| 27 | Nathanael Rehn | 467.98 | 0.00 | 275.27 |
| 30 | Jerome DeVos | 1,534.50 | 0.00 | 1,534.50 |
| 31P | GARY VANDEROSTYNE | 6,150.00 | 0.00 | 3,617.51 |
| 32 | RON REGNIER | 4,952.72 | 0.00 | 2,913.26 |
| 33P | EDDIE CONERS | 6,150.00 | 0.00 | 3,617.51 |
| 36P | TOM BRIGGS | 6,150.00 | 0.00 | 3,617.51 |
| 42 | Michael A. Verschelde | 1,102.88 | 0.00 | 1,102.88 |
| 43P | RON BRIGGS | 6,150.00 | 0.00 | 3,617.51 |
| 45P | Jerome DeVos | 6,150.00 | 0.00 | 3,617.51 |
| 47 | TIM HENTGES | 5,722.78 | 0.00 | 3,366.22 |
| 50P | KRIST WOLLUM | 6,150.00 | 0.00 | 3,617.51 |

Total to be paid for priority claims:   $   56,547.25
Remaining balance:   $   2,500.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,970,277.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | 65,701.34 | 0.00 | 0.00 |
| 3U | Duane Monke | 441,331.00 | 0.00 | 0.00 |
| 4U | Wayne Monke | 888,812.00 | 0.00 | 0.00 |
| 5 | PRAIRIE FEEDS & TRUCKING LLC | 32,285.49 | 0.00 | 0.00 |
| 6 | Western Consolidated Cooperative | 5,514.83 | 0.00 | 0.00 |
| 8U | DEPARTMENT OF THE TREASURY | 444.35 | 0.00 | 0.00 |
| 9 | MUHL FARMS TRUCKING | 3,140.00 | 0.00 | 0.00 |
| 11U | Henry Jerzak | 11,795.56 | 0.00 | 0.00 |
| 12 | SOUTHERN MINNESOTA | 919.14 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| | CONSTRUCTION | | | |
| 14 | OLSON SANITATION | 531.27 | 0.00 | 0.00 |
| 15 | OTTER TAIL POWER CO | 16,216.49 | 0.00 | 0.00 |
| 18U | Roger Longhenry | 60,738.30 | 0.00 | 0.00 |
| 19 | WESTWAY FEED PRODUCTS LLC | 2,864.67 | 0.00 | 0.00 |
| 20U | JAMES W FERGUSON | 33,320.27 | 0.00 | 0.00 |
| 24U | LEON VANDEROSTYNE | 70,709.08 | 0.00 | 0.00 |
| 26 | Western Equipment Finance, Inc. | 28,912.88 | 0.00 | 0.00 |
| 28 | VLAMINCK ELECTRIC | 7,794.18 | 0.00 | 0.00 |
| 31U | GARY VANDEROSTYNE | 15,000.00 | 0.00 | 0.00 |
| 33U | EDDIE CONERS | 4,066.57 | 0.00 | 0.00 |
| 35 | Frontier Communications | 149.94 | 0.00 | 0.00 |
| 36U | TOM BRIGGS | 934.31 | 0.00 | 0.00 |
| 38 | AL SHEIK TRUCKING | 2,342.11 | 0.00 | 0.00 |
| 39 | PENN MILLERS INSURANCE COMPANY | 20,368.73 | 0.00 | 0.00 |
| 40 | PENN MILLERS INSURANCE COMPANY | 6,228.50 | 0.00 | 0.00 |
| 43U | RON BRIGGS | 19,565.17 | 0.00 | 0.00 |
| 45U | Jerome DeVos | 590.92 | 0.00 | 0.00 |
| 46 | UNITED FIRE & CASUALTY CO | 230,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 2,500.00

Tardily filed claims of general (unsecured) creditors totaling $ 158,807.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 48 | INDEPENDENT OIL | 60,447.27 | 0.00 | 0.00 |
| 49 | NEW VISION | 9,787.65 | 0.00 | 0.00 |
| 50U | KRIST WOLLUM | 88,572.87 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 2,500.00

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                                           Total to be paid for subordinated claims: **$**            0.00
                                           Remaining balance:                         $       2,500.00

                                          Prepared By:  /s/Mary Jo A. Jensen-Carter
                                                                                       Trustee

Mary Jo A. Jensen-Carter
1257 Gun Club Road
White Bear Lake, MN  55110
(651) 486-7475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORTER ELEVATOR, INC | CASE NO: 15-34462<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/1/2020, I did cause a copy of the following documents, described below,

Notice of trustee's INTERIM final report and applications for compensation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2020

/s/ Mary Jo A. Jensen-Carter
Mary Jo A. Jensen-Carter  186041
Chapter 7 Trustee
1257 Gun Club Road
White Bear Lake, MN  55110
651 486 7475

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORTER ELEVATOR, INC | CASE NO: 15-34462 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 4/1/2020, a copy of the following documents, described below,

Notice of trustee's INTERIM final report and applications for compensation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Jo A. Jensen-Carter
Chapter 7 Trustee
1257 Gun Club Road
White Bear Lake, MN  55110

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                               BUCKLEY   JENSEN                       FIRST SECURITY BANKDOVE
 LABEL MATRIX FOR LOCAL NOTICING        1257 GUN CLUB ROAD                     FIRST SECURITY BANK
08643                                   WHITE BEAR LAKE MN 55110-3379          100 EAST MAIN STREET
CASE 15-34462                                                                  SLEEPY EYE MN 56085-1353
DISTRICT OF MINNESOTA
ST PAUL
WED APR 1 10-28-44 CDT 2020


FRED W RADDE   SONS INC                 FIRST SECURITY BANK LURKEN             HUNTINGTON NATIONAL BANK
5545 COUNTY ROAD 33                     100 EAST MAIN STREET                   CO STEWART ZLIMEN   JUNGERS
NEW GERMANY MN 55367-9525               SLEEPY EYE MN 56085-1353               2277 HIGHWAY 36 WEST 100
                                                                               ROSEVILLE MN 55113-3896


MINNWEST BANK                           DEBTOR                                 PEMBERTON SORLIE RUFER   KERSHNER PLLP
MARSHALL                                                                       110 N MILL ST
301 BASELINE ROAD                       PORTER ELEVATOR INC                    FERGUS FALLS MN 56537-2135
MARSHALL MN 56258-9255                  104 PRAIRIE AVENUE SOUTH
                                        PORTER MN 56280-3700


STERMER   SELLNER CHTD                  US BANK NATIONAL ASSOCIATION           UNITED STATES DEPARTMENT OF
PO BOX 514                              CO STEIN   MOORE PA                    AGRICULTURE
102 PARKWAY DRIVE                       332 MINNESOTA STREET                   U S ATTORNEYS OFFICE
MONTEVIDEO MN 56265-1427                SUITE W-1650                           CO ROYLENE A CHAMPEAUX
                                        ST PAUL MN 55101-1336                  300 SO 4TH STREET
                                                                               600 U S COURTHOUSE
                                                                               MINNEAPOLIS MN 55415


WATTS GUERRA LLP                        WESTERN EQUIPMENT FINANCE INC          ~~EXCLUDE~~
4 DOMINION DR                           PO BOX 640                             ~~ST PAUL~~
BLDG 3 STE 100                          DEVILS LAKE ND 58301-0640              ~~200 WARREN E BURGER FEDERAL BUILDING~~
SAN ANTONIO TX 78257-1391                                                      ~~AND~~
                                                                               ~~US COURTHOUSE~~
                                                                               ~~316 N ROBERT ST~~
                                                                               ~~ST PAUL MN 55101-1465~~


ADAM POPOWSKI                           AGRICHARTS                             AL SHEIK TRUCKING
3064 230TH AVENUE                       209 W JACKSON 2ND FL                   2822 COUNTY ROAD 5
IVANHOE MN 56142-4027                   CHICAGO IL 60606-6802                  IVANHOE MN 56142-9594


ANDY PEHRSON                            ASHLEY MAMER                           BILL BRIGGS
1024 295TH AVENUE                       2124 250TH STREET                      2141 HIGHWAY 68
BOYD MN 56218-4428                      PORTER MN 56280-1695                   CANBY MN 56220-2003


BOB POLEJEWSKI                          BRAD MILLER                            BRAD NOYES
3621 COUNTY ROAD 55                     1735 250TH STREET                      1863 270TH STREET
TAUNTON MN 56291-1133                   PORTER MN 56280-1691                   PORTER MN 56280-1640


BRANDI MERRITT                          BREMER INSURANCE AGENCIES INC          BRIAN HOFFMAN
2465 190TH AVENUE                       633 S CONCORD ST STE 225               2622 200TH AVENUE
PORTER MN 56280-1641                    PO BOX 198                             PORTER MN 56280-1645
                                        SOUTH SAINT PAUL MN 55075-2465
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BRIAN MAMER                        BRITTANY MERRITT                   BRUCE RICHTER
2124 250TH STREET                  2465 190TH AVENUE                  12819 480TH AVENUE
PORTER MN 56280-1695               PORTER MN 56280-1641               DONNELLY MN 56235-1068



BRUCE TETRICK                      BRUCE TETRICK                      CAMDEN INSURANCE AGENCY LLC
1545 DICKSON DRIVE                 PO BOX 214                         BLDG 100 SUITE 4
HENDRICKS MN 56136-4100            MINNEOTA MN 56264-0214             408 E MAIN STREET
                                                                      MARSHALL MN 56258-2664



CAPITAL ONE CARD SERVICES          CHUCK HOFFMAN                      CITY OF PORTER
DEPT 9600                          1875 260TH STREET                  PO BOX 130
CAROL STREAM IL 60128-9600         PORTER MN 56280-1656               PORTER MN 56280-0130



CO PRODUCTS                        COREY HOFFMAN                      CULLIGAN OF MARSHALL
PO BOX 299                         2619 200TH AVENUE                  PO BOX 480
MILFORD IA 51351-0299              PORTER MN 56280-1645               MARSHALL MN 56258-0480



DAIRYLAND LABORATORIES INC         DAN VANDEROSTYNE                   DAVE HENTGES
217 EAST MAIN ST                   3824 230TH AVENUE                  106 1ST STREET E
ARCADIA WI 54612-1319              PORTER MN 56280                    CANBY MN 56220-1343



DAVID BOULTON                      DAVID DRIETZ                       DAVID FIER
2632 STATE HIGHWAY 68              2269 COUNTY HIGHWAY 18             2744 360TH AVENUE
PORTER MN 56280-3005               PORTER MN 56280-3027               TAUNTON MN 56291-3020



DENNIS OBERLOH                     DEPARTMENT OF EMPLOYMENT AND       INTERNAL REVENUE SERVICE
PO BOX 186                         ECONOMIC DEVELOPMENT               CENTRALIZED INSOLVENCY OPERATIONS
REDWOOD FALLS MN 56283-0186        332 MINNESOTA ST STE E200          PO BOX 7346
                                   ST PAUL MN 55101-1351              PHILADELPHIA PA 19101-7346



DEREK STOKS                        DOUG ANDERSON                      DOUG JERZAK
3878 170TH AVENUE                  2536 160TH AVENUE                  117 NORTH REBECCA STREET
CANBY MN 56220-2702                PORTER MN 56280-1600               IVANHOE MN 56142-9651



DWAYNE AND JOYCE EVANS             DYBSETTER FARMS                    DUANE MONKE
2121 260TH STREET                  2501 170TH AVENUE                  2130 230TH AVE
IVANHOE MN 56142-4077              PORTER MN 56280-1686               CANBY MN 56220-2032
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EAST CENTRAL GRAIN MARKETING INC<br>2008 ESSEX RD<br>HOPKINS MN 55305-2247 | EDDIE CONERS<br>3928 150TH AVENUE<br>CANBY MN 56220-2701 | EVELYN LUNDGREN<br>2651 HIGHWAY 67<br>CANBY MN 56220-4095 |
| FARM RITE EQUIPMENT<br>PO BOX 1341<br>WILLMAR MN 56201-1341 | FIERVIEW DAIRY<br>3534 COUNTY HIGHWAY 8<br>TAUNTON MN 56291-3021 | FIRST SECURITY BANK<br>PO BOX 469<br>SLEEPY EYE MN 56085-0469 |
| FORD MOTOR CREDIT<br>PO BOX 552679<br>DETROIT MI 48255-2679 | FORM A FEED<br>740 BOWMAN ST<br>PO BOX 9<br>STEWART MN 55385-0009 | FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 |
| FIRST SECURITY BANK    SLEEPY EYE<br>100 E MAIN ST<br>PO BOX 469<br>SLEEPY EYE MN 56085-0469 | GARY VANDEROSTYNE<br>3895 220TH AVENUE<br>PORTER MN 56280-3015 | GARY VANOVERBEKE<br>2582 STATE HIGHWAY 19<br>IVANHOE MN 56142-4072 |
| GENE VANDYKE<br>48232 185TH STREET<br>GARY SD 57237-5511 | GENE ZINTER<br>2315 110TH STREET<br>CANBY MN 56220-3628 | GERALD VANDEROSTYNE<br>3934 US HIGHWAY 75<br>CANBY MN 56220-2601 |
| GARY VANOVERBEKE<br>2582 STATE HWY 19<br>IVANHOE MN 56142-4072 | GREG J BUCHER<br>300 SOUTH O<br>MARSHALL MN 56258 | GREG J BUCHER<br>STONEBERG GILES   STROUP PA<br>300 SOUTH O<br>MARSHALL MN 56258 |
| HARLAN ESPING<br>3836 250TH AVENUE<br>PORTER MN 56280-3037 | HASLER<br>PO BOX 3808<br>MILFORD CT 06460-8708 | HENRY JERZAK<br>3821 250TH AVENUE<br>PORTER MN 56280-3037 |
| HOFFMAN BUILDERS INC<br>1304 N ST OLAF AVE<br>CANBY MN 56220-1141 | HUNTINGTON NATIONAL BANK<br>41 S HIGH STREET HC0729<br>COLUMBUS OH 43215-6170 | INDEPENDENT OIL<br>106 1ST ST EAST<br>CANBY MN 56220-1343 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IVAN ANDERSON<br>2159 390TH STREET<br>PORTER MN 56280-3013 | JACOB TETRICK<br>PO BOX 116<br>PORTER MN 56280-0116 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JACQUELYN PAULSEN<br>510 LAC QUI PARLE AVENUE<br>CANBY MN 56220-1108 | JAMES KNOFF<br>202 S REBECCA STREET<br>IVANHOE MN 56142-9601 | JAMES STELLMACH<br>2168 COUNTY HIGHWAY 17<br>IVANHOE MN 56142-4005 |
| JAMES W FERGUSON<br>2650 190TH ST<br>CANBY MN 56220-3357 | JEROME DEVOS<br>309 2ND STREET W<br>CANBY MN 56220-1203 | JEROME JERZAK<br>2873 COUNTY HIGHWAY 5<br>IVANHOE MN 56142-4021 |
| JESSE CITTERMAN<br>PO BOX 8<br>TAUNTON MN 56291-0008 | JIM FERGUSON<br>2650 190TH STREET<br>CANBY MN 56220-3357 | JIM PEHRSON<br>2722 100TH STREET<br>DAWSON MN 56232-4141 |
| JIM VANDEROSTYNE<br>3284 230TH AVENUE<br>PORTER MN 56280 | JOHN LALEMAN<br>3071 COUNTY HIGHWAY 5<br>IVANHOE MN 56142-4024 | JOHN POPOWSKI<br>2028 330TH STREET<br>IVANHOE MN 56142-4052 |
| JUSTIN MERRITT<br>2465 190TH AVENUE<br>PORTER MN 56280-1641 | JEROME DEVOS<br>309 2ND ST WEST<br>CANBY MN 56220-1203 | K  R FARMS<br>2961 250TH AVENUE<br>CANBY MN 56220-4002 |
| KAYLA VANDEROSTYNE<br>3284 230TH AVENUE<br>PORTER MN 56280 | KEN MUHL<br>1234 380TH STREET<br>TAUNTON MN 56291-1132 | KEVIN BANKS<br>1702 COUNTY RD 4<br>LYND MN 56157-1109 |
| KEVIN SWEDZINSKI<br>2792 360TH STREET<br>TAUNTON MN 56291-3020 | KRIST WOLLUM<br>3912 COUNTY ROAD 109<br>PORTER MN 56280-3011 | LAC QUI PARLE CO OP OIL<br>536 OAK<br>PO BOX 350<br>DAWSON MN 56232-0350 |
| LARRY DYBSETTER<br>115 SUNRISE AVENUE<br>PORTER MN 56280-9765 | LARRY STERZINGER<br>2675 220TH AVENUE<br>IVANHOE MN 56142-4111 | LEE DOERING<br>4403 PIONEER RD SE APT 314<br>ALEXANDRIA MN 56308-9226 |
| LEON VANDEROSTYNE<br>PO BOX 96<br>PORTER MN 56280-0096 | MARI JOHNSON<br>820 BECKER AVENUE SW<br>WILLMAR MN 56201-3153 | MARK PESEK<br>2794 160TH AVENUE<br>PORTER MN 56280-1610 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARTIN POPOWSKI<br>3145 230TH AVENUE<br>IVANHOE MN 56142-4026 | MICHAEL DOVE<br>GISLASON  HUNTER LLP<br>PO BOX 458<br>NEW ULM MN 56073-0458 | MIKE DRIETZ<br>3627 170TH AVENUE<br>CANBY MN 56220-2635 |
| MIKE FIER<br>202 N EISENHOWER STREET<br>MINNEOTA MN 56264-1359 | MIKE VERSCHELDE<br>PO BOX 226<br>IVANHOE MN 56142-0226 | MINNESOTA CORN COUNCIL<br>PO BOX 236<br>BLUE EARTH MN 56013-0236 |
| MINNESOTA DEPARTMENT OF REVENUE<br>PO BOX 64439<br>SAINT PAUL MN 55164-0439 | MINNESOTA DEPT OF AGRICULTURE<br>625 ROBERT STREET N<br>SAINT PAUL MN 55155-2538 | MINNESOTA FEEDS<br>PO BOX 180<br>GRANITE FALLS MN 56241-0180 |
| MINNESOTA MASCOT<br>PO BOX 9<br>MINNEOTA MN 56264-0009 | MINNESOTA PEST CONTROL<br>114 S BROOK ST<br>PO BOX 52<br>HENDRICKS MN 56136-0052 | MINNESOTA SOYBEAN COUNCIL<br>PO BOX 3385<br>MANKATO MN 56002-3385 |
| MINNESOTA UNEMPLOYMENT INSURANCE<br>332 MINNESOTA ST STE E200<br>SAINT PAUL MN 55101-1351 | MINNESOTA UNEMPLOYMENT INSURANCE<br>PO BOX 64621<br>SAINT PAUL MN 55164-0621 | MINNESOTA WHEAT COUNCIL<br>2600 WHEAT DR<br>RED LAKE FALLS MN 56750-4813 |
| MINNWEST BANK<br>301 BASELINE RD<br>MARSHALL MN 56258-9255 | MUHL FARMS TRUCKING<br>1400 COUNTY RD 10<br>MINNEOTA MN 56264-1351 | MICHAEL A VERSCHELDE<br>PO BOX 226<br>IVANHOE MN 56142-0226 |
| NANCY DEVOS<br>309 2ND STREET W<br>CANBY MN 56220-1203 | NATHANAEL REHN<br>10820 DYSART RD<br>WATERLOO IA 50701-9504 | NEOPOST USA INC<br>25880 NETWORK PLACE<br>CHICAGO IL 60673-1258 |
| NEW VISION<br>38438 210TH ST<br>BREWSTER MN 56119-2017 | OLSON SANITATION<br>PO BOX 689<br>DAWSON MN 56232-0689 | OTTER TAIL POWER CO<br>215 CASCADE ST<br>ATTN CASH MGMT<br>FERGUS FALLS MN 56537-2897 |
| OTTER TAIL POWER CO<br>PO BOX 570<br>MORRIS MN 56267-0570 | PAUL DILLON<br>3864 COUNTY HIGHWAY 7<br>PORTER MN 56280-3033 | PAUL NELSON<br>1635 180TH STREET<br>CANBY MN 56220-2059 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 15-34462   Doc 134   Filed 04/01/20   Entered 04/01/20 10:46:06   Desc Main
                         Document      Page 14 of 16

| | | |
|---|---|---|
| PENN MILLERS INSURANCE CO<br>436 WALNUT ST<br>PHILADELPHIA PA 19106-3703 | PRAIRIE FEEDS  TRUCKING LLC<br>PO BOX 299<br>MILFORD IA 51351-0299 | PENN MILLERS INS CO CO ROBERT M TURRIN<br>436 WALNUT STREET WA04K<br>PHILADELPHIA PA 19106-3703 |
| PENN MILLERS INSURANCE COMPANY CO<br>ROBERT M<br>436 WALNUT STREET WA04K<br>PHILADELPHIA PA 19106-3703 | RANDY NOBLE<br>2508 220TH STREET<br>ARCO MN 56113-4016 | RH TRUCKING<br>3569 CO HWY 5<br>PORTER MN 56280-3042 |
| RICHARD BUYSSE<br>3805 COUNTY RD 3<br>MINNEOTA MN 56264-1143 | RICHARD NUYTTEN<br>102 5TH STREET<br>MINNEOTA MN 56264 | RICHARD PESEK<br>1943 290TH STREET<br>TAUNTON MN 56291-1835 |
| RICK PESCH<br>PO BOX 314<br>TAUNTON MN 56291-0314 | ROBERT BUELTEL<br>1839 290TH STREET N<br>TAUNTON MN 56291-1830 | ROBERT PEHRSON<br>3067 120TH STREET<br>DAWSON MN 56232-4147 |
| ROGER BROGAARD<br>2406 220TH AVENUE<br>CANBY MN 56220-2056 | ROGER LONGHENRY<br>3830 250TH AVENUE<br>PORTER MN 56280-3037 | RON BRIGGS<br>2050 210TH STREET<br>CANBY MN 56220-2072 |
| RON REGNIER<br>1962 200TH ST<br>CANBY MN 56220-2044 | ROST FARMS<br>2986 250TH AVENUE<br>IVANHOE MN 56142-4039 | RUNNINGS<br>901 HIGHWAY 59 N<br>MARSHALL MN 56258-2744 |
| RYAN WESTPHAL<br>2258 210TH AVENUE<br>CANBY MN 56220-2047 | S  K FARMS<br>3878 170TH AVENUE<br>CANBY MN 56220-2702 | SARA SOVELL UMBERGER<br>132 TWIN OAKS LANE<br>BROOKINGS SD 57006-7270 |
| SCOTT BAUNE<br>2161 260TH STREET<br>MARSHALL MN 56258-5455 | SCOTT POPOWSKI<br>3150 COUNTY HIGHWAY 5<br>IVANHOE MN 56142-4025 | SCOTT VERHELST<br>23371 190TH STREET<br>CANBY MN 56220 |
| SHIRLEY PETERSEN<br>1656 270TH STREET<br>PORTER MN 56280-1605 | SMI HYDRAULICS<br>401 LONE TREE<br>PO BOX 95<br>PORTER MN 56280-0095 | SOUTHERN MINNESOTA<br>CONSTRUCTION<br>1905 THIRD AVENUE<br>MANKATO MN 56001-2802 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SOUTHERN MINNESOTA CONSTRUCTION<br>1905 3RD AVE<br>MANKATO MN 56001-2802 | STATE BANK OF TAUNTON<br>PO BOX 398<br>TAUNTON MN 56291-0398 | STEVE CITTERMAN<br>1943 COUNTY HIGHWAY 17<br>IVANHOE MN 56142-4007 |
| THOMAS LACEK<br>806 RING AVENUE N<br>CANBY MN 56220-1070 | TIM HENTGES<br>2102 200TH STREET<br>CANBY MN 56220-2005 | TODD MERRITT<br>2465 190TH AVENUE<br>PORTER MN 56280-1641 |
| TOM BRIGGS<br>2272 200TH AVENUE<br>PORTER MN 56280-1626 | TOM FRENSKO<br>2878 190TH AVENUE<br>IVANHOE MN 56142-4303 | TOM SWEDZINSKI<br>2664 STATE HIGHWAY 68<br>PORTER MN 56280-3005 |
| US BANK NA DBA US BANK EQUIPMENT FI<br>1310 MADRID STREET<br>MARSHALL MN 56258-4099 | UNITED FIRE CASUALTY CO<br>GREGERSON ROSOW JOHNSON NILAN LTD<br>100 WASHINGTON AVE S STE 1550<br>MPLS MN 55401-2154 | UNITED FIRE GROUP<br>118 SECOND AVE SE<br>PO BOX 73909<br>CEDAR RAPIDS IA 52407-3909 |
| UPPER MINNESOTA VALLEY<br>REGIONAL DEVELOPMENT COM<br>323 W SCHLIEMAN AVE<br>APPLETON MN 56208-1278 | US DEPARTMENT OF AGRICULTURE<br>ATTN NED BERGMAN<br>6501 BEACON DRIVE<br>KANSAS CITY MO 64133-4675 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VELVA KNUTSON<br>356 2ND STREET<br>DAWSON MN 56232-2116 | VIOLET JENSEN<br>PO BOX 142<br>MILAN MN 56262-0142 | VLAMINCK ELECTRIC<br>505 MAPLE<br>PO BOX 34<br>PORTER MN 56280-0034 |
| WAYNE DUANE MONKE<br>2130 230TH AVENUE<br>CANBY MN 56220-2032 | WAYNE AND GWEN PEDERSON<br>2085 200TH AVENUE<br>CANBY MN 56220-2067 | WENDY STERZINGER<br>2455 HENRY DRIVE<br>IVANHOE MN 56142-4223 |
| WESTERN CONSOLIDATED<br>BOX 78<br>HOLLOWAY MN 56249-0078 | WESTERN EQUIPMENT FINANCE<br>503 HIGHWAY 2 WEST<br>PO BOX 640<br>DEVILS LAKE ND 58301-0640 | WESTWAY FEED PRODUCTS LLC<br>23623 NETWORK PLACE<br>CHICAGO IL 60673-1236 |
| WESTWAY FEED PRODUCTS LLC<br>DAVID WRIGHT<br>365 CANAL ST STE 2929<br>NEW ORLEANS LA 70130-1165 | WOOD AND CONN<br>PO BOX 187<br>REDWOOD FALLS MN 56283-0187 | WAYNE MONKE<br>2130 230TH AVE<br>CANBY MN 56220-2032 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| WESTERN CONSOLIDATED COOPERATIVE<br>520 CO RD 9<br>HOLLOWAY MN 56249-4000 | WESTERN EQUIPMENT FINANCE INC<br>CO JON R BRAKKE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | DAWN DETTLING<br>215 YORK ST N<br>CANNON FALLS MN 55009-1841 |
|---|---|---|
| DENNIS OBERLOH<br>PO BOX 186<br>530 WEST PARK RD<br>REDWOOD FALLS MN 56283-1431 | DANIEL M HOMOLKA<br>6400 TIMBER RIDGE<br>EDINA MN 55439-1057 | DUANE MONKE<br>2130 20TH AVENUE<br>CANBY MN 56220 |
| GERALD VANDEROSTYNE<br>3934 US HWY 75<br>CANBY MN 56220-2601 | HENRY JERZAK<br>380 250 OSNE<br>PORTER MN 56280 | JAMES VANDEROSTYNE<br>309 2ND ST W<br>CANBY MN 56220-1203 |
| ~~EXCLUDE~~<br>~~MARY JO A JENSEN CARTER~~<br>~~BUCKLEY JENSEN~~<br>~~1257 GUN CLUB ROAD~~<br>~~WHITE BEAR LAKE MN 55110-3379~~ | MICHAEL F MCGRATH<br>RAVICH MEYER KIRKMAN MCGRATH NAUMAN<br>150 SOUTH FIFTH STREET<br>SUITE 3450<br>MINNEAPOLIS MN 55402-5311 | WILLIAM BRIGGS<br>2141 HWY 68<br>CANBY MN 56220-2003 |